UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>    v.<br><br>BRIAN H. STOKER,<br><br>                                        Defendant. | Case No. 11-CIV-7388 (JSR) |



## MOTION TO ADMIT BROOK DOOLEY PRO HAC VICE

587665.01

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Brook Dooley, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Brian Stoker in the above-captioned action.

I am in good standing with the Bar of the State of California, and there are no disciplinary proceedings pending against me in any state or federal court. A Certificate of Good Standing in the State Bar of California is attached hereto as Exhibit A, and a proposed order is filed herewith.

Dated: October 31, 2011                            Respectfully Submitted,

By: _____
    BROOK DOOLEY (Cal. Bar #230423)
    KEKER & VAN NEST LLP
    633 Battery Street
    San Francisco, CA  94111-1809
    Telephone:  (415) 391-5400
    Facsimile:   (415) 397-7188
    Email:  bdooley@kvn.com

    Attorneys for Defendant
    BRIAN H. STOKER

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | Case No. 11-CIV-7388 (JSR) |
| Plaintiff, | |
| v. | |
| BRIAN H. STOKER, | |
| Defendant. | |

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Brook Dooley for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> BROOK DOOLEY
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400 / Facsimile: (415) 397-7188
> Email: bdooley@kvn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Brian H. Stoker in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated: _____        _____

Honorable Jed S. Rakoff
United States District Judge

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 1, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BROOK DOOLEY, #230423 was admitted to the practice of law in this state by the Supreme Court of California on May 14, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
**Custodian of Membership Records**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                  x

U.S. SECURITIES AND EXCHANGE      x
COMMISSION,                               x

                     Plaintiff,      x      No. 11-CV-7388 (JSR)
                                  x

           v.                       x

BRIAN H. STOKER,                   x

                  Defendant.    x

------------------------------------------------------------- x

## <u>CERTIFICATE OF SERVICE</u>

       I, Saverino Mercadante, hereby certify that on November 1, 2011, I served, via First-Class Mail, a true a correct copy of a Motion to Admit Counsel Pro Hac Vice  and supporting papers, dated October 31, 2011, on:

Richard Simpson
Jeffrey Infelise
Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549-4010

Dated: November 2, 2011

                                       _____
                                       Saverino Mercadante