UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>v.<br><br>BRIAN H. STOKER,<br><br>                            Defendant. | Case No. 11-CIV-7388 (JSR)<br><br> |



### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Steven K. Taylor for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

>STEVEN K. TAYLOR
>KEKER & VAN NEST LLP
>633 Battery Street
>San Francisco, CA 94111
>Telephone: (415) 391-5400 / Facsimile: (415) 397-7188
>Email: staylor@kvn.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Brian H. Stoker in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at http://nysd.uscourts.gov/ecf_registration.php.

Dated:     11/2/11                                               
Honorable Jed S. Rakoff
United States District Judge

587701.01