UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| U.S. SECURITIES AND EXCHANGE COMMISSION, | ECF CASE |
|---|---|
| Plaintiff, | 11-CV-7388 (JSR) |
| v. | ORDER FOR ADMISSION PRO HAC VICE |
| BRIAN H. STOKER, | |
| Defendant. | |

The motion of Jane M.E. Peterson, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar of Minnesota; and that his contact information is as follows:

    Jane M.E. Peterson
    SECURITIES AND EXCHANGE COMMISSION
    100 F Street, N.E.
    Washington, D.C. 20549-5949
    Tel: (202) 551-4468
    Fax: (202) 772-9292
    petersonjme@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 11/29/11
New York, New York

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE