# EXHIBIT 9

**From:** Lee, Hoin [HLee@milbank.com]
**Sent:** Thursday, February 22, 2007 6:27 PM
**To:** dpuglisi@puglisiassoc.com; koren.sumser@abnamro.com; jeffrey.tincher@abnamro.com; matthew.logan@abnamro.com; mitchell.post@abnamro.com; jessica.mead@abnamro.com; barbara.wolf@abnamro.com; marina.hartnett@abnamro.com; Jennifer.Bohannon@abnamro.com; rotimi.sekoni@abnamro.com; phayden@kennedycovington.com; BJohnson@kennedycovington.com; jcantrell@kennedycovington.com; samir.bhatt@credit-suisse.com; michael.shackelford@credit-suisse.com; lauri.whitlock@credit-suisse.com; todd.kornfeld@credit-suisse.com; bill.cirocco@credit-suisse.com; jennifer.chin@credit-suisse.com; jdonovan@whitecase.com; wli@whitecase.com; richard.ellison@maplesfinance.com; steven.o'connor@maplesfinance.com; henry.smith@maplesandcalder.com; jacqueline.forsythe@maplesandcalder.com; melisha.ebanks@maplesandcalder.com; theresa.pitcairn@maplesandcalder.com; v.victor@ixiscm.com; e.laxamana@ixiscm.com; k.alexander@ixiscm.com; j.falcone@ixiscm.com; jhabert@willkie.com; mgordon@willkie.com; lihutter@deloitte.com; kennchen@deloitte.com; rdaswani@deloitte.com; DSalz@ambac.com; CLachnicht@ambac.com; EHe@ambac.com; RSelvaggio@ambac.com; KMckay@ambac.com; frederick.utley@cliffordchance.com; Thien.Nguyen@cliffordchance.com
**Cc:** brian.stoker@citigroup.com; keith.pinniger@citigroup.com; frank.li@citigroup.com; wenhai.pan@citigroup.com; hamidah.thanawala@citigroup.com; jane.s.chwe@citigroup.com; anna.choe@citigroup.com; Hardin, Elizabeth Besio; Lee, Hoin; Robinson, Linda; Ito, Shigeyuki; Walker, Andrew; Mesler, Stacey; Kneip, Frederick C.; Cherington, Rachel
**Subject:** Class V Funding III - Final Offering Circular Draft Distribution

**Attachments:** Class V Funding III - Final OM.pdf

Attached please find a draft of the Final Offering Circular for the above-referenced transaction, marked to show changes against the Preliminary Offering Circular.

Please note that the attached is being distributed simultaneously to our client and remain subject to further changes, as well as ongoing review by Milbank.

In order to accommodate the tight time frame for this transaction, we respectfully request that any comments on the attached be submitted no later than the end of business tomorrow, Friday (2/23).

Should you have any questions or comments, please do not hesitate to contact me.


Kind regards,
Hoin


**Milbank**
**Global Finance**
**Hoin Lee**
1 Chase Manhattan Plaza
New York, New York  10005
T: 212-530-5783   F: 212-822-5783
hlee@milbank.com
www.milbank.com
<<Class V Funding III - Final OM.pdf>>


================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or

matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

==========================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Confidential Treatment Requested by Citi