# EXHIBIT 32

## Preston, Helen [CIB-HR]

**From:** Leat, Chad A [CIB-GFI]
**Sent:** Monday, February 26, 2007 1:48 PM
**To:** Raynes, Michael [CIB-FI]; Preston, Helen [CIB-HR]; Watson, Mark A [CIB-FI]
**Cc:** Arber, Diane Z [CIB-HR]; Warne, Janice L [CIB-GFI]; Dominguez, Nestor [CIB-GFI]
**Subject:** RE: Brian Stoker

This has been approved by Mark, Geoffrey and me.

Chad

-----Original Message-----
From: Raynes, Michael [CIB-FI]
Sent: Monday, February 26, 2007 1:47 PM
To: Preston, Helen [CIB-HR]; Leat, Chad A [CIB-GFI]; Watson, Mark A [CIB-FI]
Cc: Arber, Diane Z [CIB-HR]; Warne, Janice L [CIB-GFI]; Dominguez, Nestor [CIB-GFI]
Subject: Brian Stoker

Brian Stoker, a Director in the ABS CDO group has received an offer from Merrill to join their CDO group with a Tcomp gtee of $2.5mm. Brian made TC of $1.2mm this past year. Brian is one of the 2 Directors (the other is Michael Psyllos) supporting the ABS CDO business. We lost John Costango, the other Director to JP Morgan 4 weeks ago.

We would like to guarantee Brian this year at a Tcomp of $2.4mm. He is a critical senior member of the CDO business and this commitment is necessary to retain him.

Please let me know if you need any additional info. Thanks.

Confidential Treatment Requested by Citi

CITI 29929347