# EXHIBIT 38

From: Khan, Sohail [CIB-FI] [sohail.khan@citigroup.com]
Sent: Wednesday, November 01, 2006 4:46 PM
To: Bhatt, Samir; john.g.popp@credit-suisse.com
Cc: Stoker, Brian [CIB-GFI]; Mehrish, Shalabh [CIB-GFI]
Subject: CDO Squared Proposal - Portfolio

Attachments: sample portfolio.xls

Thanks for taking the time to talk about the CDO squared proposal earlier today. Given the refreshing experience we've had with your team in both the CLO and ABS CDO space, we're very keen to broaden the relationship to include this asset class.

As discussed, I'm attaching herewith a list of about 30 CDOs that are contemplated to be in the portfolio. This is a first cut, but should be good enough to give both parties an idea of whether or not a trade is feasible. Look forward to your early turnaround, we'd like to firm things up as soon as feasible.

Best,

Sohail Khan
Director
Global Structured Credit Products
Citigroup Global Markets Inc.
212.723.6452 (work), 917.292.3627 (cell) , 212.202.4684 (fax), sohail.khan@citigroup.com



Confidential Treatment Requested by Citi

CITI 14250375

CONFIDENTIAL

BS-BOND-SEC-00006438

| | A | B | C | D |
|---|---|---|---|---|
| 2 | | | | Altius 1 |
| 3 | | | | Altius 2 |
| 4 | | | | Altius 3 |
| 5 | | | | Aquarius |
| 6 | | | | Baldwin |
| 7 | | | | Bayberry |
| 8 | | | | Buchanan |
| 9 | | | | Carina |
| 10 | | | | Cetus1 |
| 11 | | | | Cetus2 |
| 12 | | | | Cetus3 |
| 13 | | | | Cetus4 |
| 14 | | | | Jackson |
| 15 | | | | Lacerta |
| 16 | | | | LBAM-BAC Midcr |
| 17 | | | | Libra |
| 18 | | | | Octans 3 |
| 19 | | | | Octans1 |
| 20 | | | | Octans2 |
| 21 | | | | Orion |
| 22 | | | | Pyxis |
| 23 | | | | Scorpius |
| 24 | | | | Topanga 2 |
| 25 | | | | Vela |
| 26 | | | | Virgo |

Confidential Treatment Requested by Citi

CITI 14250376

CONFIDENTIAL

BS-BOND-SEC-00006439