# EXHIBIT 39

From: Stoker, Brian [CIB-GFI] [1000242208@citigroup.com]
Sent: Monday, December 11, 2006 4:57 PM
To: Grant, Darius [CIB-GFI]
Subject: RE: CSAC CDO squared

Ok - latest is DQ may not want to do the deal.  CSAC is waiting for an update.

> _____
> From:    Grant, Darius [CIB-GFI]
> Sent:    Monday, December 11, 2006 3:37 PM
> To:      Stoker, Brian [CIB-GFI]
> Subject: FW: CSAC CDO squared
>
>
> Speak to me about this
> _____
> From:    Stoker, Brian [CIB-GFI]
> Sent:    Friday, December 08, 2006 4:18 PM
> To:      Mehrish, Shalabh [CIB-GFI]; Quintin, Donald J [CIB-GFI];
> Carosielli, Brian R [CIB-GFI]
> Cc:      Khan, Sohail [CIB-FI]; Grant, Darius [CIB-GFI]
> Subject: CSAC CDO squared
>
> Do you still want to do this?  Initially CSAC agreed to 10bps on the
> phone, then called back recently looking for 25bps or so.  We told
> them that didn't work and now it seems like they'd accept 12bps
> running.
>
> John Popp called me, but I didn't know what to tell him.
>
> Brian Stoker
> brian.stoker@citigroup.com
> ABS CDO Structuring
> 390 Greenwich St, 4th Floor
> New York, NY 10013
> Tel 212-723-6173
> Fax 646-291-1953
> Bbery 917-821-1139
>

Confidential Treatment Requested by Citi
CITI 18207823