# EXHIBIT 41

From: Bhatt, Samir [samir.bhatt@credit-suisse.com]
Sent: Thursday, December 21, 2006 8:03 PM
To: 'Stoker, Brian [CIB-GFI]'
Subject: RE: Maybe we call you a "selection agent"

Attachments: Single-A CDO Names.xls

hey Brian, I had sent this to Sohail earlier in terms of a list of deals that we would likely target for the cdo^2  - I went thru all of the abs cdos we have across our various deals as well as a bunch of other deals that I had looked at that would have worked but we did not have a place for at the time. they are from over the past 3 years.

From: Stoker, Brian [CIB-GFI] [mailto:brian.stoker@citigroup.com]
Sent: Thursday, December 21, 2006 5:18 PM
To: Bhatt, Samir
Subject: Maybe we call you a "selection agent"


Brian Stoker
brian.stoker@citigroup.com
ABS CDO Structuring
390 Greenwich St, 4th Floor
New York, NY 10013
Tel 212-723-6173
Fax 646-291-1953
Bbery 917-821-1139

===========================================================================
Please access the attached hyperlink for an important electronic communications disclaimer
http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
===========================================================================

Confidential Treatment Requested by Citi

CITI 18234083



| | A | B |
|---|---|---|
| 1 | Issuer | SERIES |
| 2 | ACABS | 2004-1 |
| 3 | ACABS | 2005-1 |
| 4 | ACABS | 2006-1A |
| 5 | ACABS | 2006-2 |
| 6 | ACABS | 2006-AQA |
| 7 | ACCDO | 7A |
| 8 | ACCDO | 9A |
| 9 | ARCAF | 2006-2A |
| 10 | BALDW | 2006-4A |
| 11 | BAYF | 2006-1A |
| 12 | BLHV | 2005-1 |
| 13 | BFCGE | 2006-1A |
| 14 | BFCSL | 2006-1A |
| 15 | Bluegrass | 2004-3 |
| 16 | BNLI | 2006-1A |
| 17 | Buchanan | 2006-1 |
| 18 | CACDO | 2006-1A |
| 19 | CAMBR | 5A |
| 20 | CBCL | 15A |
| 21 | CBCL | 16A |
| 22 | CETUS | 2006-1A |
| 23 | CETUS | 2006-2A |
| 24 | CETUS | 2006-3A |
| 25 | COMMO | 2005-3A |
| 26 | COMMO | 2006-5A |
| 27 | CRNMZ | 2006-2A |
| 28 | CTIUS | 2006-2A |
| 29 | DGCDO | 2005-1A |
| 30 | DGCDO | 2006-2A |
| 31 | DUKEF | 2005-9A |
| 32 | DUKEF | 2006-10A |
| 33 | DUKEF | 2006-12A |
| 34 | DUNHL | 2004-1X |
| 35 | EGAM | 2006-1A |
| 36 | ETRD | 2006-5A |
| 37 | FRLNG | 2006-1A |
| 38 | FTDG | 2006-1A |
| 39 | FTDRB | 2005-1A |
| 40 | FTSHR | 2005-1A |
| 41 | GEMST | 2005-2A |
| 42 | GEMST | 2005-3A |
| 43 | GEMST | 2005-4A |
| 44 | GEMST | 2005-6A |
| 45 | GLCR | 2004-2A |
| 46 | GLCR | 2006-4A |
| 47 | GLSTR | 2005-1A |
| 48 | GSCSF | 2005-1A |
| 49 | GSCSF | 2005-1A |
| 50 | HILLC | 2004-1A |
| 51 | HUNTN | 2006-1X |
| 52 | ICM | 2006-S1 |
| 53 | ICM | 2006-S2A |
| 54 | INDE7 | 7A |

Confidential Treatment Requested by Citi

CITI 18234084

| A | B |
|---|---|
| 55 IXCBO | 2005-1A |
| 56 IXCBO | 2006-2A |
| 57 JACKS | 2006-4A |
| 58 JPTR | 2004-1A |
| 59 JPTR | 2005-2A |
| 60 KNOLL | 2006-1A |
| 61 KNOLL | 2006-2A |
| 62 LAKES | 2004-1A |
| 63 LBRAC | 2006-1A |
| 64 LBRTS | 2006-1A |
| 65 LCERT | 2006-1A |
| 66 LHILL | 2006-1A |
| 67 LNR | 2006-1A |
| 68 LONGP | 2005-2A |
| 69 LSTRT | 2006-1A |
| 70 MIDOR | 2006-1A |
| 71 MKP | 4A |
| 72 MKP | 5A |
| 73 MKP | 6A |
| 74 MNPT | 2006-1A |
| 75 MNPT | 2006-2A |
| 76 MNTRS | 2006-1A |
| 77 MRCY | 2005-2A |
| 78 NASS | 2006-1A |
| 79 NCOVE | 2006-1A |
| 80 NCOVE | 2006-2A |
| 81 NCOVE | 2004-1A |
| 82 NEPT | 2006-1A |
| 83 OCTAN | 2006-2 |
| 84 OCTAN | 2006-1A |
| 85 OPCDO | 2006-3A |
| 86 ORCHD | 2006-2A |
| 87 ORPT | 2006-1 |
| 88 ORIN | 2006-2A |
| 89 ORIN | 2005-1A |
| 90 PASC | 2005-1A |
| 91 PINET | 2006-1A |
| 92 PYXIS | |
| 93 RFCCD | 2005-1A |
| 94 RIVER | 2004-1A |
| 95 FAI3 | 2006-1A |
| 96 SCORP | 2004-1A |
| 97 SHERW | 2005-2A |
| 98 SHERW | 2004-1A |
| 99 SMSTR | 2003-3A |
| 100 SOLST | 2006-3A |
| 101 SORIN | 2005-BA |
| 102 START | 2005-CA |
| 103 START | 2006-AA |
| 104 START | 2006-AA |
| 105 START | 2006-AA |
| 106 START | 2004-2A |
| 107 STRAG | 2005-3A |
| 108 TABS | |


Confidential Treatment Requested by Citi



| | A | B |
|---|---|---|
| 109 | TABS | 2005-4A |
| 110 | TABS | 2006-5A |
| 111 | TABS | 2006-6A |
| 112 | TIAF | 2006-1A |
| 113 | TOPG | 2005-1A |
| 114 | TOPG | 2006-1A |
| 115 | TOURM | 2005-1A |
| 116 | TOURM | 2006-2A |
| 117 | TRAIN | 2004-5A |
| 118 | TRNTY | 2005-1A |
| 119 | TSHP | 2006-1A |
| 120 | VELA | 2006-1A |
| 121 | VERT | 2005-1A |
| 122 | VERT | 2006-1A |
| 123 | VERT | 2006-2A |
| 124 | VRGO | 2006-1A |
| 125 | WEBS | 2006-1A |
| 126 | WTHK | 2004-1A |
| 127 | WITHR | 2004-1A |
| 128 | WTRAD | 2006-1A |
| 129 | ZING | 8A |

Confidential Treatment Requested by Citi

CITI 18234086