# EXHIBIT 42

SEC Ex. 485

From: Bhatt, Samir [samir.bhatt@credit-suisse.com]
Sent: Monday, January 08, 2007 10:12 AM
To: 'Khan, Sohail [CIB-FI]'
Subject: RE: List of CDOs

thanks - just called you on this - am trying to line up John and Andy to sit down and discuss this morning. I've seen some of these names trade in the 200's prior to year end

---

From: Khan, Sohail [CIB-FI] [mailto:sohail.khan@citigroup.com]
Sent: Monday, January 08, 2007 9:58 AM
To: samir.bhatt@credit-suisse.com
Subject: FW: List of CDOs
Importance: High

Ive got the desk to focus on this ahead of all the lists that are expected to come out this week. Lets try and firm this up in the next few hours so we can lock up our capacity. Whats the average spread you would like to execute these on.

If we can get this done, we're pretty much done on 50% of the portfolio (250mm) off the bat.

Pl advise ASAP.

-----Original Message-----
From: Carosielli, Brian R [CIB-GFI]
Sent: Monday, January 08, 2007 9:55 AM
To: Khan, Sohail [CIB-FI]
Cc: 'cdotradingdesk@iuo.ssmb.com'
Subject: FW: List of CDOs


Here are the names where we would like to buy protection from CSAC.
ACABS   2006-2
BALDW   2006-4A
BAYF    2006-1A
BFCGE   2006-1A
Buchanan    2006-1
CACDO   2006-1A
CAMBR   5A
CETUS   2006-2A
CETUS   2006-3A
JACKS   2006-4A
MKP     6A
LCERT   2006-1A
TABS    2006-5A
TABS    2006-6A
OCTAN   2006-1A
OCTAN   2006-2
ORIN    2006-1
ORIN    2006-2A
PYXIS   2006-1A
DGCDO   2006-2A
CRNMZ   2006-2A
LBRAC   2006-1A
VELA    2006-1A
MNPT    2006-2A
SCORP   2006-1A

==================================================================
Please access the attached hyperlink for an important electronic communications disclaimer:

http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
==================================================================

.fidential Treatment Requested by Citi

CITI 14370663