# EXHIBIT 43

**Quintin, Donald**

| | |
|---|---|
| **From:** | Quintin, Donald J [donald.j.quintin@citi.com] |
| **Sent:** | Tuesday, July 31, 2007 6:11 PM |
| **To:** | dquintin@nyc.rr.com |
| **Subject:** | FW: CDO^2 P&L v2.xls |

**Attachments:**   CDO^2 P&L v2.xls

[CDO^2 P&L v2.xls icon]

CDO^2 P&L v2.xls

```
-----Original Message-----
From: Huang, Jay [CMB-GFICC]
Sent: Tuesday, July 31, 2007 5:16 PM
To: Quintin, Donald J [CMB-GFICC]
Subject: CDO^2 P&L v2.xls
```

  <<CDO^2 P&L v2.xls>>

1

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

## CDO^2 P&L

| Deal | Estimated P&L |
|---|---|
| Zing X | -$29,964,390 |
| HSPI II | -$39,914,025 |
| Class V | -$43,376,602 |
| 888 Tactical | -$62,793,165 |
| | -$176,048,182 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

# Zing X

## CAPITAL STRUCTURE

| Cusip | Class | Rtg(M/S) | Coupon | ISSUED Par | ISSUED Price | CURRENT LONG Par | CURRENT LONG Price |
|---|---|---|---|---|---|---|---|
| 98887BAA5 | S | Aaa/AAA | 0 | 13,500,000 | 100.00 | 13,500,000 | 99.00 |
| 98887BAQ0 | A-1A | Aaa/AAA | 50 | 152,000,000 | 100.00 | 152,000,000 | 100.00 |
| 98887BAC1 | A-1B | Aaa/AAA | 50 | 120,000,000 | 100.00 | 120,000,000 | 100.00 |
| 98887BAE7 | A-2 | Aaa/AAA | 60 | 59,500,000 | 100.00 | 59,500,000 | 95.00 |
| 98887BAG2 | A-3 | Aaa/AAA | 70 | 75,000,000 | 100.00 | 75,000,000 | 95.00 |
| 98887BAJ6 | A-4 | Aa2/AA | 90 | 75,000,000 | 100.00 | 75,000,000 | 95.00 |
| 98887BAL1 | B | A2/A | 185 | 50,000,000 | 100.00 | 43,500,000 | 88.00 |
| 98887BAN7 | C | Baa2/BBB | 400 | 32,500,000 | 100.00 | 19,000,000 | 75.00 |
| 98887AAA7 | D | Ba1/BB+ | 750 | 5,000,000 | 100.00 | 0 | 100.00 |
| 98887AAC3 | Equity | NR/NR | | 35,000,000 | 100.00 | 25,000,000 | 50.00 |

Trade Date: 16-Jul-07
Settlement Date: 26-Jul-07
Payment Date: 2/20, 5/20, 8/20, 11/20
First Payment Date: 20-Nov-07
Legal Final: 20-Nov-57

## PROFITS

| | |
|---|---|
| Warehouse Carry: | $ 8,402,760 |
| Dealer Fees: | $ 8,750,000 |
| **P&L** | **$ 17,152,760** |

## LOSSES AND EXPENSES

**Discount from Sales:**

| | | |
|---|---|---|
| 98887BAA5 | S | $ - |
| 98887BAQ0 | A-1A | $ - |
| 98887BAC1 | A-1B | $ - |
| 98887BAE7 | A-2 | $ - |
| 98887BAG2 | A-3 | $ - |
| 98887BAJ6 | A-4 | $ - |
| 98887BAL1 | B | $ (150,150) |
| 98887BAN7 | C | (324,000) |
| 98887AAA7 | D | (263,000) |
| 98887AAC3 | Equity | (800,000) |

**MTM on Current Longs:**

| | | |
|---|---|---|
| 98887BAA5 | S | $ (135,000) |
| 98887BAQ0 | A-1A | - |
| 98887BAC1 | A-1B | $ (2,975,000) |
| 98887BAE7 | A-2 | $ (3,750,000) |
| 98887BAG2 | A-3 | $ (3,750,000) |
| 98887BAJ6 | A-4 | $ (5,220,000) |
| 98887BAL1 | B | $ (4,750,000) |
| 98887BAN7 | C | - |
| 98887AAA7 | D | $ (12,500,000) |
| 98887AAC3 | Equity | (12,500,000) |
| **Total Losses and Expenses:** | | **$ (47,117,150)** |

| **P&L** | **$ (29,964,390)** |
|---|---|

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0520

**NEW ISSUE SALES**

| Cusip | Class | Customer | Size | Price | Settle Date | Notes |
|---|---|---|---|---|---|---|
| 98887BAL1 | B | ZAIS | 6,500,000 | 97.6900 | 07/26/07 | |
| 98887BAN7 | C | ZAIS | 8,500,000 | 97.6000 | 07/26/07 | |
| 98887BAN7 | C | HALCYON | 5,000,000 | 97.6000 | 07/26/07 | |
| 98887AAA7 | D | HALCYON | 5,000,000 | 94.7400 | 07/26/07 | |
| 98887AAC3 | Equity | ZAIS | 10,000,000 | 92.0000 | 07/26/07 | |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0521

| | | |
|---|---|---|
| IG | 0.05% | Fed Funds |
| Non-IG | 0.40% | |

| Last Payment Date | Days Since Last PayDate | Last Libor Reset | Coupon Spread | CARRY | | | FINANCING | | | IG/Non-IG |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Prev Periods AI | Last Period AI | Total Carry | Prev Periods Financing | Last Period Financing | Total Financing | |
| 07/26/07 | 0 | 5.3630 | 1.8500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 07/26/07 | 0 | 5.3630 | 4.0000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 07/26/07 | 0 | 5.3630 | 4.0000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 07/26/07 | 0 | 5.3630 | 7.5000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 07/26/07 | 0 | 5.3630 | 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0522



| | Check | |
|---|---|---|
| S | 13,500,000 | 13,500,000 |
| A-1A | 152,000,000 | 152,000,000 |
| A-2 | 59,500,000 | 59,500,000 |
| A-3 | 75,000,000 | 75,000,000 |
| A-4 | 75,000,000 | 75,000,000 |
| B | 43,500,000 | 43,500,000 |
| C | 19,000,000 | 19,000,000 |
| Equity | 25,000,000 | 25,000,000 |



Assumption
5.25%

| Prev Libors | | |
|---|---|---|
| Date | Days | Libor |
| 07/26/07 | 92 | 5.363 |
| 10/26/07 | 92 | |
| 01/26/08 | 0 | |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0523

# HSPI II

## CAPITAL STRUCTURE

| Cusip | Class | Rtg(M/S) | Coupon | ISSUED Par | ISSUED Price | CURRENT LONG Par | CURRENT LONG Price |
|---|---|---|---|---|---|---|---|
| 40432AAA9 | S | Aaa/AAA | 35 | 26,500,000 | 100.00 | 26,500,000 | 99.50 |
| 40432AAC5 | A1 | Aaa/AAA | 50 | 350,000,000 | 100.00 | 350,000,000 | 100.00 |
| 40432AAE1 | A2 | Aaa/AAA | 70 | 105,000,000 | 100.00 | 0 | 100.00 |
| 40432AAG6 | A3 | Aaa/AAA | 90 | 63,000,000 | 100.00 | 48,000,000 | 78.00 |
| 40432AAJ0 | A4 | Aa2/AA | 135 | 85,000,000 | 100.00 | 60,000,000 | 71.00 |
| 40432AAL5 | B1 | A1/A+ | 275 | 26,000,000 | 100.00 | 13,000,000 | 50.00 |
| 40432AAN1 | B2 | A3 | 375 | 35,000,000 | 100.00 | 35,000,000 | 50.00 |
| 40432AAQ4 | C | Baa2/BBB | 625 | 5,000,000 | 100.00 | 0 | 100.00 |
| 40432AAS0 | D | Ba1/BB+ | 1000 | 6,000,000 | 100.00 | 0 | 100.00 |
| 40432CAA5 | INC | NR | | 24,000,000 | 100.00 | 0 | 100.00 |

| | |
|---|---|
| Trade Date: | 18-May-07 |
| Settlement Date: | 14-Jun-07 |
| Payment Date: | 1/30, 4/30, 7/30, 10/30 |
| First Payment Date: | 30-Oct-07 |
| Legal Final: | 30-Jul-52 |

## PROFITS

| | |
|---|---|
| Warehouse Carry: | $ 5,505,706 |
| Dealer Fees: | $ 18,580,000 |
| | $ 24,085,706 |

## LOSSES AND EXPENSES

**Discount from Sales:**

| | | |
|---|---|---|
| 40432AAA9 | S | $ - |
| 40432AAC5 | A1 | $ - |
| 40432AAE1 | A2 | $ - |
| 40432AAG6 | A3 | $ (676,800) |
| 40432AAJ0 | A4 | $ (2,298,300) |
| 40432AAL5 | B1 | $ (1,610,530) |
| 40432AAN1 | B2 | $ - |
| 40432AAQ4 | C | $ (483,000) |
| 40432AAS0 | D | $ - |
| 40432CAA5 | INC | $ (6,838,601) |

**MTM on Current Longs:**

| | | |
|---|---|---|
| 40432AAA9 | S | $ (132,500) |
| 40432AAC5 | A1 | $ - |
| 40432AAE1 | A2 | $ (10,560,000) |
| 40432AAG6 | A3 | $ (17,400,000) |
| 40432AAJ0 | A4 | $ (6,500,000) |
| 40432AAL5 | B1 | $ (17,500,000) |
| 40432AAN1 | B2 | $ - |
| 40432AAQ4 | C | $ - |
| 40432AAS0 | D | $ - |
| 40432CAA5 | INC | $ - |
| Total Losses and Expenses: | | $ (63,999,731) |

| P&L | $ (39,914,025) |
|---|---|

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0524

100

## NEW ISSUE SALES

| Cusip | Class | Customer | Size | Price | Settle Date | Notes | Last Payment Date | Days Since Last PayDate | Last Libor Reset |
|---|---|---|---|---|---|---|---|---|---|
| 40432AAE1 | A2 | BSAM | 80,000,000 | 100.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAE1 | A2 | BAWAG | 25,000,000 | 100.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAG6 | A3 | TAMCO | 15,000,000 | 95.4880 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAJ0 | A4 | Harding (Citi Warehouse) | 20,000,000 | 90.2410 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAJ0 | A4 | TAMCO (Citi Warehouse) | 5,000,000 | 93.0700 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAL5 | B1 | ZAIS (COMBO) | 3,000,000 | 89.2790 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAL5 | B1 | CSAC | 10,000,000 | 87.1110 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAC4 | C | HALCYON | 2,000,000 | 90.3400 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAC4 | C | ZAIS (COMBO) | 3,000,000 | 90.3400 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432AAS0 | D | HALCYON | 6,000,000 | 100.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432CAA5 | Equity | Halcyon | 3,000,000 | 100.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432CAA5 | Equity | EFG | 2,000,000 | 87.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432CAA5 | Equity | Shell Pension | 3,900,000 | 68.8974 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432CAA5 | Equity | ZAIS (COMBO) | 3,000,000 | 70.3800 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |
| 40432CAA5 | Equity | Basis Capital | 12,100,000 | 63.0000 | 06/14/07 | | 06/14/07 | 0 | 5.3080 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0525

| | |
|---|---|
| Fed Funds Assumption | 5.25% |

| | |
|---|---|
| IG | 0.05% |
| Non-IG | 0.40% |

**Prev Libors**

| Date | Days | Libor |
|---|---|---|
| 06/14/07 | 138 | 5.308 |
| 10/30/07 | 92 | |
| 01/30/08 | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |

| Coupon Spread | CARRY | | | FINANCING | | | IG/Non-IG |
|---|---|---|---|---|---|---|---|
| | Prev Periods AI | Last Period AI | Total Carry | Prev Periods Financing | Last Period Financing | Total Financing | |
| 0.7000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.7000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.9000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 1.3500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 1.3500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 2.7500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 2.7500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 6.2500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 6.2500 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 10.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 0.0000 | | | | | | | Non-IG |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

| | Check | |
|---|---|---|
| S | 26,500,000 | 26,500,000 |
| A1 | 350,000,000 | 350,000,000 |
| A3 | 48,000,000 | 48,000,000 |
| A4 | 60,000,000 | 60,000,000 |
| B1 | 13,000,000 | 13,000,000 |
| B2 | 35,000,000 | 35,000,000 |
| C | 0 | 0 |
| INC | 0 | 0 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0527

# Class V

| CAPITAL STRUCTURE | | | | | ISSUED | | CURRENT LONG | |
|---|---|---|---|---|---|---|---|---|
| Cusip | Class | Rtg(M/S) | Coupon | Par | Price | Par | Price |
| 18272FAA7 | S | Aaa/AAA | 34 | 39,200,000 | 100.00 | 0 | 100.00 |
| 18272FAB5 | A-1 | Aaa/AAA | 45 | 500,000,000 | 100.00 | 0 | 100.00 |
| 18272FAC3 | A-2 | Aaa/AAA | 55 | 200,000,000 | 100.00 | 50,000,000 | 65.00 |
| 18272FAD1 | A-3 | Aaa/AAA | 70 | 120,000,000 | 100.00 | 64,000,000 | 64.00 |
| 18272FAE9 | A-4 | Aa2/AA | 120 | 75,000,000 | 100.00 | 23,000,000 | 64.00 |
| 18272FAF6 | B | A2/A | 300 | 50,000,000 | 100.00 | 10,000,000 | 25.00 |
| 18272FAG4 | C | Baa2/BBB | 525 | 35,000,000 | 100.00 | 10,000,000 | 25.00 |
| 18272KAC2 | Equity | NR/NR | | 22,000,000 | 100.00 | 0 | 0.00 |

Trade Date: 13-Feb-07
Settlement Date: 28-Feb-07
Payment Date: 2/28, 5/28, 8/28, 11/28
First Payment Date: 28-May-07
Legal Final: 28-Feb-47

| PROFITS | | LOSSES AND EXPENSES | | |
|---|---|---|---|---|
| Warehouse Carry: | $ 2,297,078 | Discount from Sales: | | |
| | | 18272FAA7 | S | $ - |
| | | 18272FAB5 | A-1 | $ - |
| Dealer Fees: | $ 34,000,000 | 18272FAC3 | A-2 | $ (392,100) |
| | | 18272FAD1 | A-3 | $ (6,477,120) |
| | | 18272FAE9 | A-4 | $ (2,544,760) |
| | | 18272FAF6 | B | $ (101,050) |
| | | 18272FAG4 | C | $ (970,650) |
| | | 18272KAC2 | Equity | $ (5,368,000) |
| | | | | |
| | | MTM on Current Longs: | | |
| | | 18272FAA7 | S | $ - |
| | | 18272FAB5 | A-1 | $ - |
| | | 18272FAC3 | A-2 | $ (17,500,000) |
| | | 18272FAD1 | A-3 | $ (23,040,000) |
| | | 18272FAE9 | A-4 | $ (8,280,000) |
| | | 18272FAF6 | B | $ (7,500,000) |
| | | 18272FAG4 | C | $ (7,500,000) |
| | | 18272KAC2 | Equity | $ - |
| Total Profits: | $ 36,297,078 | Total Losses and Expenses: | | $ (79,673,680) |

P&L   $ (43,376,602)

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

**NEW ISSUE SALES**

| Cusip | Class | Customer | Size | Price | Settle Date | Notes | Last Payment Date | Days Since Last PayDate | Last Libor Reset |
|---|---|---|---|---|---|---|---|---|---|
| 18272FAA7 | Sr(AAA) | WAMCO | 39,200,000 | 100.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAB5 | A-1 | IXIS | 500,000,000 | 100.0000 | 02/28/07 | Unfunded | 02/28/07 | 0 | 5.3600 |
| 18272FAC3 | A-2 | BSAM | 150,000,000 | 99.7386 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAD1 | A-3 | Vanderbilt | 20,000,000 | 99.3480 | 03/06/07 | | 02/28/07 | 6 | 5.3600 |
| 18272FAD1 | A-3 | Collineo | 10,000,000 | 99.7277 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAD1 | A-3 | Koch Warehouse(CA660) | 7,500,000 | 97.3710 | 07/03/07 | | 05/28/07 | 36 | 5.3550 |
| 18272FAD1 | A-3 | Moneygram | 10,000,000 | 57.0000 | 07/06/07 | | 05/28/07 | 39 | 5.3550 |
| 18272FAD1 | A-3 | ZAIS | 8,500,000 | 78.5610 | 07/19/07 | | 05/28/07 | 52 | 5.3550 |
| 18272FAE9 | A-4 | HARDING (HG Warehouse) | 10,000,000 | 100.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAE9 | A-4 | HARDING | 10,000,000 | 100.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3550 |
| 18272FAE9 | A-4 | Collineo (Citi Warehouse) | 25,000,000 | 92.0450 | 07/23/07 | | 05/28/07 | 56 | 5.3550 |
| 18272FAE9 | A-4 | Collineo (Citi Warehouse) | 7,000,000 | 92.0570 | 07/27/07 | | 05/28/07 | 60 | 5.3550 |
| 18272FAF6 | B | HARDING (888 Warehouse) | 20,000,000 | 100.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAF6 | B | HARDING (SETTLES OUTSIDE) | 10,000,000 | 100.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAF6 | B | COLLINEO | 10,000,000 | 98.9895 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAG4 | C | HARDING | 12,500,000 | 96.8560 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAG4 | C | HARDING (Octanion Warehouse) | 10,000,000 | 96.8560 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272FAG4 | C | HALCYON | 2,500,000 | 89.4700 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272KAC2 | Equity | BASIS | 17,500,000 | 74.8300 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272KAC2 | Equity | HALCYON | 2,500,000 | 89.4700 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |
| 18272KAC2 | Equity | CSAC | 2,000,000 | 65.0000 | 02/28/07 | | 02/28/07 | 0 | 5.3600 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0529

| Fed Funds Assumption | 5.25% |
|---|---|

| | |
|---|---|
| IG | 0.05% |
| Non-IG | 0.40% |

**Prev Libors**

| Date | Days | Libor |
|---|---|---|
| 02/28/07 | 89 | 5.360 |
| 05/28/07 | 92 | 5.355 |
| 08/28/07 | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |

| Coupon Spread | CARRY | | | FINANCING | | | IG/Non-IG |
|---|---|---|---|---|---|---|---|
| | Prev Periods AI | Last Period AI | Total Carry | Prev Periods Financing | Last Period Financing | Total Financing | |
| 0.3400 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 0.4500 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 0.5500 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 0.7000 | $   - | $ 20,200.00 | $ 20,200.00 | $   - | $ (17,868.33) | $ (17,868.33) | IG |
| 0.7000 | $ 112,362.50 | $ 45,412.50 | $ 157,775.00 | $ (99,392.60) | $ (40,166.25) | $ ######## | IG |
| 0.7000 | $ 149,816.67 | $ 65,595.83 | $ 215,412.50 | $ (132,523.47) | $ (58,017.92) | $ ######## | IG |
| 0.7000 | $ 127,344.17 | $ 74,341.94 | $ 201,686.11 | $ (112,644.95) | $ (65,753.64) | $ ######## | IG |
| 1.2000 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 1.2000 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 1.2000 | $ 405,444.44 | $ 254,916.67 | $ 660,361.11 | $ (331,308.68) | $ (208,269.44) | $ ######## | IG |
| 1.2000 | $ 113,524.44 | $ 76,475.00 | $ 189,999.44 | $ (92,766.43) | $ (62,480.83) | $ ######## | IG |
| 3.0000 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 3.0000 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 3.0000 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 5.2500 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 5.2500 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 5.2500 | $   - | $   - | $   - | $   - | $   - | $   - | IG |
| 0.0000 | $   - | $   - | $   - | $   - | $   - | $   - | Non-IG |
| 0.0000 | $   - | $   - | $   - | $   - | $   - | $   - | Non-IG |
| 0.0000 | $   - | $   - | $   - | $   - | $   - | $   - | Non-IG |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP



CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

# 888 Tactical Funding

## CAPITAL STRUCTURE

| Cusip | Class | Rtg(M/S) | Coupon | ISSUED Par | ISSUED Price | CURRENT LONG Par | CURRENT LONG Price |
|---|---|---|---|---|---|---|---|
| 28248EAA0 | S | Aaa/AAA | 34 | 39,200,000 | 100.00 | 0 | 100.00 |
| TAC9C6VL0 | A-1 | Aaa/AAA | 28 | 500,000,000 | 100.00 | 0 | 100.00 |
| 28248EAE2 | A-2 | Aaa/AAA | 55 | 200,000,000 | 100.00 | 132,500,000 | 75.00 |
| 28248EAG7 | A-3 | Aaa/AAA | 70 | 120,000,000 | 100.00 | 100,000,000 | 74.00 |
| 28248EAJ1 | A-4 | Aa2/AA | 120 | 75,000,000 | 100.00 | 25,000,000 | 64.00 |
| 28248EAL6 | B | A2/A | 300 | 50,000,000 | 100.00 | 20,000,000 | 30.00 |
| 282489AA1 | C | Baa2/BBB | 550 | 35,000,000 | 100.00 | 15,000,000 | 30.00 |
| 282489AC7 | Equity | NR/NR | | 23,500,000 | 100.00 | 2,500,000 | 16.00 |

## PROFITS

| | |
|---|---|
| Warehouse Carry: | $ 2,903,804 |
| Dealer Fees: | $ 36,631,231 |

## LOSSES AND EXPENSES

Discount from Sales:

| Cusip | Class | Amount |
|---|---|---|
| 28248EAA0 | S | $ - |
| TAC9C6VL0 | A-1 | - |
| 28248EAE2 | A-2 | (1,340,000) |
| 28248EAG7 | A-3 | (550,600) |
| 28248EAJ1 | A-4 | - |
| 28248EAL6 | B | - |
| 282489AA1 | C | (412,600) |
| 282489AC7 | Equity | (5,300,000) |

MTM on Current Longs:

| Cusip | Class | Amount |
|---|---|---|
| 28248EAA0 | S | $ - |
| TAC9C6VL0 | A-1 | - |
| 28248EAE2 | A-2 | (33,125,000) |
| 28248EAG7 | A-3 | (26,000,000) |
| 28248EAJ1 | A-4 | (9,000,000) |
| 28248EAL6 | B | (14,000,000) |
| 282489AA1 | C | (10,500,000) |
| 282489AC7 | Equity | (2,100,000) |

| | |
|---|---|
| Total Losses and Expenses: | $ (102,328,200) |
| Total Profits: | $ 39,535,035 |
| P&L | $ (62,793,165) |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0532

**NEW ISSUE SALES**

| Cusip | Class | Customer | Size | Price | Settle Date | Notes | Last Payment Date | Days Since Last PayDate | Last Libor Reset |
|---|---|---|---|---|---|---|---|---|---|
| 28248EAA0 | S(AAA) | WAMCO | 39,200,000 | 100.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| TAC9C6VL0 | A-1 | | 500,000,000 | 100.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAE2 | A-2 | TAMCO | 20,000,000 | 98.9800 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAE2 | A-2 | SHENZHEN COMMERCIAL BANK | 20,000,000 | 97.6050 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAE2 | A-2 | Vanderbilt | 15,000,000 | 97.6050 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAE2 | A-2 | Koch Warehouse(CA660) | 12,500,000 | 97.6180 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAG7 | A-3 | MONEYGRAM | 20,000,000 | 97.2470 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAJ1 | A-4 | CSAC | 50,000,000 | 100.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 28248EAL6 | B | CSAC | 30,000,000 | 100.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 282489AA1 | C | CSAC | 10,000,000 | 97.9370 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 282489AA1 | C | HARDING (OCTONION) | 10,000,000 | 97.9370 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 282489AC7 | Equity | DILLON READ | 16,000,000 | 75.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |
| 282489AC7 | Equity | DB PROP | 5,000,000 | 74.0000 | 03/28/07 | | 03/28/07 | 0 | 5.3600 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

| Fed Funds Assumption | 5.25% |
|---|---|

| IG | 0.05% |
|---|---|
| Non-IG | 0.40% |

**Prev Libors**

| Date | Days | Libor |
|---|---|---|
| 03/28/07 | 92 | 5.360 |
| 06/28/07 | 92 | 5.353 |
| 09/28/07 | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |
| | 0 | |

| | CARRY | | | FINANCING | | | |
|---|---|---|---|---|---|---|---|
| Coupon Spread | Prev Periods AI | Last Period AI | Total Carry | Prev Periods Financing | Last Period Financing | Total Financing | IG/Non-IG |
| 0.3400 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.2800 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.5500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.5500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.5500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.5500 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.7000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 1.2000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 3.0000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 5.5000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 5.5000 | $ - | $ - | $ - | $ - | $ - | $ - | IG |
| 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |
| 0.0000 | $ - | $ - | $ - | $ - | $ - | $ - | Non-IG |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP

QUINTIN 0534

| | | Check |
|---|---|---|
| S | 0 | 0 |
| A-1 | 0 | 0 |
| A-2 | 132,500,000 | 132,500,000 |
| A-3 | 100,000,000 | 100,000,000 |
| A-4 | 25,000,000 | 25,000,000 |
| B | 20,000,000 | 20,000,000 |
| C | 15,000,000 | 15,000,000 |
| Equity | 2,500,000 | 2,500,000 |

CONFIDENTIAL TREATMENT REQUESTED BY
KRAMER LEVIN NAFTALIS & FRANKEL LLP