SEC v. STOKER
11 Civ. 07388 (JSR)
INDEX TO EXHIBITS TO STATEMENT OF UNDISPUTED FACTS AND MOTION
FOR PARTIAL JUDGMENT

| Exhibit No. | Exhibit Description | Bates No. |
|---|---|---|
| 1 | Excerpts Samir Bhatt Investigative Testimony | |
| 2 | Excerpts Gene Deetz Deposition | |
| 3 | Excerpts Nestor Dominguez Deposition | |
| 4 | Excerpts Greenwald Deposition | |
| 5 | Excerpts Darius Grant Deposition | |
| 6 | Excerpts Muhammed Sohail Khan Investigative Testimony | |
| 7 | Excerpts Robert MacLaverty Deposition | |
| 8 | Excerpts Shalabh Mehrish Deposition | |
| 9 | Excerpts Robert Pinniger Investigative Testimony | |
| 10 | Excerpts Donald Quintin Investigative Testimony | |
| 11 | Excerpts Donald Quintin Deposition | |
| 12 | David Salz Investigative Testimony | |
| 13 | Excerpts Michael Shackelford Investigative Testimony | |
| 14 | Excerpts Brian Stoker Investigative Testimony | |
| 15 | Excerpts Brian Stoker Deposition | |
| 16 | Brian Stoker Answer | |
| 17 | Brian Stoker Complaint | |
| 18 | Expert Report Dr. Dwight Jaffee Report | |
| 19 | Expert Report Robert Maclaverty Report | |
| 20 | Robert MacLaverty Rebuttal Report | |
| 21 | Expert Report Dr. Jonathan Neuberger | |
| 22 | September 6, 2006 Citigroup publication entitled "The CDO of CDOs Handbook" | CITI 30001404 - 25 at 12 |
| 23 | E-mail chain dated September 13, 2006 | CITI 19336622-23 |
| 24 | E-mail chain dated September 19, 2006 | CITI 20423848 |
| 25 | E-mail chain dated September 29, 2006 | CITI 19405310-12 |
| 26 | E-mail chain dated October 3, 2006 | CITI 19410514 |
| 27 | E-mail chain dated October 13, 2006 | CITI 19435294 |
| 28 | E-mail dated October 19, 2006 | CITI 29977987 |
| 29 | Email dated October 23, 2006 | CITI 18122071 |
| 30 | Email dated October 25, 2006 | CITI 18130043 |
| 31 | Email dated October 26, 2006 | CITI 18132791-92 |
| 32 | E-mail dated October 26, 2006 | DGT00012442 |
| 33 | E-mail dated October 27, 2006 | CITI 19476072 |
| 34 | E-mail dated October 31, 2006 | CITI 20668084 |

| | | |
|---|---|---|
| 35 | Email dated November 1, 2006 | CITI 14250375-376 |
| 36 | Email dated November 1, 2006 | CITI 18143140 |
| 37 | Email dated November 2, 2006 | CITI 18144241-242 |
| 38 | Email dated November 3, 2006 | CITI 15898475-476 |
| 39 | Email dated November 14, 2006 | CITI 15952054-055 |
| 40 | E-mail dated November 19, 2007 | AMB-V_00030027-28 |
| 41 | Email dated November 22, 2006, | CITI 18178869-881 |
| 42 | E-mail chain dated December 8, 2006 | CITI 20837238 |
| 43 | E-mail chain dated December 12, 2006 | CITI 20845582 |
| 44 | E-mail chain dated December 14, 2006 | CITI 14960157-58 |
| 45 | December 20, 2006 Citigroup Publication entitled "CDO Outlook 2007" | CITI 15819698 - 764 |
| 46 | Email dated December 21, 2006 | CITI 18233944-946 |
| 47 | E-mail chain dated January 5, 2007 | CITI 19659855 |
| 48 | Email dated January 8, 2007 | CITI 20897133-136 |
| 49 | Email dated January 8, 2007 | CS CLV 1223251-52 |
| 50 | Email dated January 8, 2007 | CITI 14219307-308 |
| 51 | E-mail dated January 8, 2007 | CITI 18249474 |
| 52 | Email dated January 8, 2007 | CITI 14219307-308 |
| 53 | E-mail chain dated January 11, 2007 | CITI 14370694 |
| 54 | E-mail dated January 16, 2007 | CITI18277265 |
| 55 | Email dated January 24, 2007 | CITI 20990339-340 |
| 56 | E-mail dated January 24, 2007 | CITI 15905929 |
| 57 | January 26, 2007 Citigroup publication entitled "MBS and Real Estate ABS" | CITI 30061810-44 at 30061811 |
| 58 | E-mail dated January 29, 2007 | CITI 26045348 |
| 59 | E-mail dated February 5, 2007 | CITI 30085215 |
| 60 | E-mail dated February 6, 2007 | CITI 15907878 - 79 |
| 61 | E-mail dated February 8, 2007 | CITI 30081055 - 56 |
| 62 | E-mail chain dated February 8, 2007 | CITI 21057117 |

| 63 | E-mail dated February 12, 2007 | CITI 18388311 |
|---|---|---|
| 64 | E-mail dated February 12, 2007 | STO 0003161-62 |
| 65 | E-mail chain dated February 12, 2007 | CITI 15816668 - 69 |
| 66 | E-mail dated February 12, 2007 | CITI 17125482 |
| 67 | E-mail dated February 13, 2007 | CITI 22306532 - 34 |
| 68 | E-mail dated February 14, 2007 | CITI 18416633 - 669 |
| 69 | E-mail dated February 14, 2007 | CITI 18416633 - 669 at 651 - 652 |
| 70 | E-mail chain dated February 15, 2007 | CITI 12081411-12 |
| 71 | E-mail chain dated February 20, 2007 | CITI-STOKER-STIP 00000121 - 123 |
| 72 | E-mail chain dated February 26, 2007 | CITI 29929347 |
| 73 | E-mail dated February 28, 2007 | CITI 00204621-25 |
| 74 | E-mail dated March 1, 2007 | CITI 15019692 |
| 75 | E-mail dated March 2, 2007 | CITI 14185340 |
| 76 | E-mail chain dated March 13, 2007 | CITI 18514856-57 |
| 77 | E-mail chain dated April 5, 2007 | MG-Stoker 00001893-95 |
| 78 | Email dated June 27, 2007 | CITI 15025665-676 |
| 79 | June 28, 2007 letter from BNP Paribas to Ambac Credit Products LLC re: "Credit Derivative Transaction (Class V Funding III, Ltd,. Class A1 floating Rate notes due 2052) | AMB-V_00501177 - 87 |
| 80 | E-mail dated July 17, 2007 | STO 0003929 - 3932 |
| 81 | Ambac Underwriting Memo for Class V Funding III | AMB-V_00502535-580 |
| 82 | Printout of native file of spreadsheet titled "Copy of Credit Suisse Alternative Investments Class V Funding III - TRADE LOG 3_6_07.xls" | CS CLV 1745804-6125 |
| 83 | Class V Funding Offering Circular | CITI 09572290 - 500 |
| 84 | Class V Funding III flip book | CITI 09570331-394 |
| 85 | Class V Funding III Offering Memorandum | AMB- |

| | | |
|---|---|---|
| | | V_00045145-353 |
| 86 | Memo from Salz to Gandolfo re: "Class V III - Surveillance Update" | AMB-V_00058925 - 35 |
| 87 | AMBAC asset spreadsheet (losses on Class V III) | AMB-V_00435757 |
| 88 | AMBAC memo re: "Securitization Senior Credit Committee Meeting" | AMB-V_00502581 - 624 |
| 89 | Citigroup deals spreadsheet | CITI 01973034 - 36, 01973067 - 69 at 01973067 |
| 90 | Citigroup Global markets Structured Products Group Spreadsheet | CITI 02057338 - 341, 02057946 - 949 at 2057946 |
| 91 | Class V Funding III, LTD Offering Circular | CITI 09572290 - 500 |
| 92 | Mortgage Market Snapshot | CITI 01425668 |
| 93 | Class V Funding III, Ltd. Tranche Spreadsheet | CITI 22179908 - 11 |
| 94 | 1006 Summary - Non-Naked Shorts | CITI 10619469 |
| 95 | Class V III Funding Ltd. Term Sheet | CITI 30054163-64 |
| 96 | 1006 Summary – Naked Shorts | CITI 10619469 |
| 97 | Class V Funding Offering Circular with edits | AMB-V_00077604-818 at 692 |
| 98 | E-mail dated February 22, 2007 | AMB-V_00081773-74 |
| 99 | E-mail dated February 29, 2007 with 11 page attachment (printout of native file) | CITI 21176965 |
| 100 | E-mail chain dated February 15, 2007 | CITI 10083150-51 |
| 101 | E-mail dated February 14, 2007 | CITI 12081353-54 |
| 102 | E-mail chain dated October 23, 2006 | CITI 19465988 |
| 103 | E-mail chain dated February 14, 2007 | CITI 12081332-33 |
| 104 | E-mail chain dated January 11, 2007 | CITI 14370694 |
| 105 | 888 Tactical Fund Ltd. | CITI 02400494 |