Any investment services or products offered in this message are made available, solely to market counterparties and intermediate customers.
No other person may rely on the contents of such communication nor have access to any such investment services or products.

Confidential Treatment Requested by Citi

CITI 18144242

EXHIBIT-0336-0002

# EXHIBIT 38

From: Stoker, Brian [CIB-GFI] [1000242208@citigroup.com]
Sent: Friday, November 03, 2006 10:00 AM
To: Grant, Darius [CIB-GFI]
Subject: RE: CSAC CDO Squared

got it

>-----Original Message-----
>From: Grant, Darius [CIB-GFI]
>Sent: Fri 11/3/2006 8:54 AM
>To: Stoker, Brian [CIB-GFI]
>Cc:
>Subject: Re: CSAC CDO Squared
>
>
>Are you involved. Hopefully so we get the revenue. Let's chat in asia - can't discuss over email.
>
>-----Original Message-----
>From: Stoker, Brian [CIB-GFI]
>To: Grant, Darius [CIB-GFI]
>Sent: Fri Nov 03 08:51:44 2006
>Subject: RE: CSAC CDO Squared
>
>I hope so. This is DQ's prop trade (don't tell CSAC). CSAC agreed to terms even though they don't get to pick the assets.
>
>-----Original Message-----
>From: Grant, Darius [CIB-GFI]
>Sent: Fri 11/3/2006 8:46 AM
>To: Stoker, Brian [CIB-GFI]
>Cc:
>Subject: Re: CSAC CDO Squared
>
>
>Are we doing this?
>-----Original Message-----
>From: Brian [FI] Stoker
>To: Donald J [FI] Quintin
>To: Shalabh [FI] Mehrish
>Cc: Marek [FI] Troszczynski
>Cc: Grant, Darius [CIB-GFI]
>Cc: Sohail [FI] Khan
>Cc: Brian R [FI] Carosielli
>Sent: Nov 2, 2006 4:55 PM
>Subject: CSAC CDO Squared
>
>Here's an engagement letter blacklined to our CSAC high-grade deal. Key terms:
>
>$700MM ABS CDO Squared (single-A and BBB rated assets)
>CSAC gets 10bps senior fees
>Citi gets 2% structuring fees. subject to change in Citi's sole discretion.
>Citi takes gains/losses if Citi terminates or mutually terminates
>CSAC takes losses if CSAC is bad (fraud...). doesn't buy 20% of the equity, or refuses to proceed.
>Citi takes 100% risk on downgraded assets.
>Citi gets last look on all liquidations.
>
>
><<Class V 2007 Eng Let 20061102 v Ridgeway 2.doc>>



Confidential Treatment Requested by Citi

CITI 15898475

EXHIBIT-0370-0001

Case 1:11-cv-07388-JSR   Document 49-20   Filed 05/23/12   Page 4 of 16

# EXHIBIT 39

From: Stoker, Brian [CIB-GFI] [brian.stoker@citigroup.com]
Sent: Tuesday, November 14, 2006 9:52 AM
To: Shackelford, Michael
Subject: FW: CDO Squared Proposal - Portfolio

Attachments: sample portfolio.xls

fyi

-----Original Message-----
From: Khan, Sohail [CIB-FI]
Sent: Wednesday, November 01, 2006 3:46 PM
To: Bhatt, Samir; 'John Popp (john.g.popp@credit-suisse.com)'
Cc: Stoker, Brian [CIB-GFI]; Mehrish, Shalabh [CIB-GFI]
Subject: CDO Squared Proposal - Portfolio

Thanks for taking the time to talk about the CDO squared proposal earlier today. Given the refreshing experience we've had with your team in both the CLO and ABS CDO space, we're very keen to broaden the relationship to include this asset class.

As discussed, I'm attaching herewith a list of about 30 CDOs that are contemplated to be in the portfolio. This is a first cut, but should be good enough to give both parties an idea of whether or not a trade is feasible. Look forward to your early turnaround, we'd like to firm things up as soon as feasible.

Best,

Sohail Khan
Director
Global Structured Credit Products
Citigroup Global Markets Inc.
212.723.6452 (work), 917.292.3627 (cell) , 212.202.4684 (fax), sohail.khan@citigroup.com



Confidential Treatment Requested by Citi

CITI 15952054

| | A | B | C | D |
|---|---|---|---|---|
| 2 | | | | |
| 3 | | | Altius 1 | |
| 4 | | | Altius 2 | |
| 5 | | | Altius 3 | |
| 6 | | | Aquarius | |
| 7 | | | Baldwin | |
| 8 | | | Bayberry | |
| 9 | | | Buchanan | |
| 10 | | | Cerina | |
| 11 | | | Cetus1 | |
| 12 | | | Cetus2 | |
| 13 | | | Cetus3 | |
| 14 | | | Cetus4 | |
| 15 | | | Jackson | |
| 16 | | | Lacerta | |
| 17 | | | LBAM-BAC Midori | |
| 18 | | | Libra | |
| 19 | | | Octans 3 | |
| 20 | | | Octans1 | |
| 21 | | | Octans2 | |
| 22 | | | Orion | |
| 23 | | | Pyxis | |
| 24 | | | Scorpius | |
| 25 | | | Topanga 2 | |
| 26 | | | Vela | |
| 27 | | | Virgo | |

Confidential Treatment Requested by Citi

CITI 15952055

# EXHIBIT 40

| | |
|---|---|
| **From:** | Bhatt, Samir [samir.bhatt@credit-suisse.com] |
| **Sent:** | Monday, November 19, 2007 11:33 AM |
| **To:** | Salz, David |
| **Cc:** | 'Mehrish, Shalabh ' |
| **Subject:** | FW: Class V Funding III, LTD. Notice of Event of Default |
| **Attachments:** | 41a6ef26.pdf |



41a6ef26.pdf (58 KB)

```
-----Original Message-----
From: rotimi.sekoni@abnamro.com [mailto:rotimi.sekoni@abnamro.com]
Sent: Monday, November 19, 2007 10:30 AM
Cc: alan.george@abnamro.com; chevelle.gandsey@abnamro.com;
jeffrey.tincher@abnamro.com
Subject: Class V Funding III, LTD. Notice of Event of Default


All.

Hard copies will follow.

Please see attached:



(See attached file: 41a6ef26.pdf)


Let us know if you have any questions.   Thanks.

Rotimi Sekoni
Credit Products, CDO Group
LaSalle Bank N.A.
540 West Madison, 18th Floor
Chicago, IL 60661
Phone:(312) 992-3555
Fax:(312) 277-3187

As of October 1, 2007, LaSalle Bank became part of the Bank of America family
of companies, and no longer is affiliated with ABN AMRO Bank N.V.

----------------------------------------------------------------------
As of October 1, 2007, LaSalle Bank became part of the Bank of America family
of companies, and is no longer affiliated with ABN AMRO Bank N.V.
----------------------------------------------------------------------



==========================================================================

                                    1
```

Confidential Treatment Requested by Ambac

AMB-V_00030027

Please access the attached hyperlink for an important electronic communications disclaimer:

http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
==================================================================

2

Confidential Treatment Requested by Ambac

AMB-V_00030028

# EXHIBIT 41

From: Stoker, Brian [CIB-GFI] [1000242208@citigroup.com]
Sent: Wednesday, November 22, 2006 9:03 AM
To: Mehrish, Shalabh [CIB-GFI]; Khan, Sohail [CIB-FI]; Quintin, Donald J [CIB-GFI]; Carosielli, Brian R [CIB-GFI]
Cc: Grant, Darius [CIB-GFI]
Subject: CSAC CDO squared

Attachments: CDO^2 deal summary.xls

FYI - Here is the latest structure. This assumes all single-A CDOs, but I'd recommend more BBBs. I'm thinking the president/constellation deals should be single-A and rest should be BBB. If ok, we'll restructure it.
Let me know if you want to change the asset or liab spread assumptions.
Lastly, we'll rerun 2 structures. One structure with OC tests where all defaults happen in year 3 (b/c downgrades will hit then). A second structure without OC tests where defaults hit in year 5 (b/c defaults/pikking should occur about then). That will help us decide which deal to do. Shalabh - can you give us different liability spread for the liabilities with and without OC tests?

Brian

-----Original Message-----
From: Troszczynski, Marek [CIB-GFI]
Sent: Tuesday, November 21, 2006 6:08 PM
To: Quintin, Donald J [CIB-GFI]
Cc: Stoker, Brian [CIB-GFI]
Subject: RE: Any luck in getting me the CSAC presentation today. thanks

Donald,

Here is a quick comparison between two structures for the CDO^2 trade.
The returns might now look great as the spreads on liabilities are pretty wide (per Shalabh). Let's discuss with Brian tomorrow when he gets in.

Thanks,
Marek

Marek Troszczynski van Genderen
Citigroup Global Markets Inc.
Global Structured Credit Products
390 Greenwich St. 4th Floor
New York, NY 10013
E-mail: marek.troszczynski@citigroup.com
Phone: +1 212.723.6173
Fax:   +1 646.291.5986
Cell:  +1 617.953.8991



Confidential Treatment Requested by Citi

CITI 18178869

EXHIBIT-0373-0001

**DISCLAIMER:**

The performance result contained herein is a hypothetical performance projection based on certain assumptions with respect to significant factors that may prove not to be as assumed. It is not intended to predict actual results, which may differ substantially from those reflected in these projections, but is based only on the assumptions used to make the projection. The projection may not reflect changes in the expected performance of the collateral or the impact of all structural characteristics of the security, including cat events and cash flow priorities at all prepayment levels and/or interest rates. You should understand the assumptions and evaluate whether they are appropriate for their purposes and you should consider whether the projection should be tested based on assumptions different from those used herein. Performance results are based on mathematical models that use inputs to calculate results. As with all models, results may vary significantly depending upon the value of the inputs used, which values may be based on certain assumptions. Models used in any analysis may be proprietary, making the results difficult for any third party to reproduce. Assumptions used in this projection subsequently may be determined to be unreasonable when used or may become unreasonable at a future time. Assumptions may be modified from time to time to reflect changed circumstances.

Confidential Treatment Requested by Citi

CITI 18178870

EXHIBIT-0373-0002

# CDO^2

| | STRUCTURE | A-1 | A-2 | A-3 | B |
|---|---|---|---|---|---|
| | Desired Rating | Aaa/AAA | Aaa/AAA | Aa2/AA | A2/A |
| | Principal (mm) | 450,000,000 | 100,000,000 | 70,000,000 | 44,000,000 |
| | Percent of Structure | 63.5% | 14.1% | 9.9% | 6.2% |
| | Percent Subordination | 35.7% | 21.4% | 11.4% | 5.1% |
| | Average Life (yrs) | 6.6 | 6.7 | 6.7 | 7.0 |
| | Principal Coverage Test | | | 0.0% | 0.0% |
| | O/C Cusion | | | 0.00% | 0.00% |
| | Interest Coverage Test | | | 0.0% | 0.0% |
| | Expected Coupon * | 0.30% | LIBOR + 0.65% | LIBOR + 0.85% | LIBOR + 2.00% |
| | ** | LIBOR + 0.55% | | | |
| | + | Undrawn | | | |
| | ** | Drawn | | | |

## MISCELLANEOUS ASSUMPTIONS

| | | |
|---|---|---|
| Auction Call | 8 years | |
| Auction Price | 100% | |
| Deal Size | 700,000,000 | |
| Pro rata paydown of Class A until 50% of original balance outstanding | | |

## ANNUAL FEE AND EXPENSES ASSUMPTIONS (per annum)

| | | |
|---|---|---|
| Trustee Fee | 0.020% | |
| Senior Collateral Management Fee | 0.100% | |
| PIK fee | 0.070% | |
| Other Fees | 144,000 | |
| Citigroup Structuring Fee | 2.00% | |

## REINVESTMENT ASSUMPTIONS

| | | | | |
|---|---|---|---|---|
| Reinvestment Period | 0.0 Years | | CDR | 0.00% |
| Reinvestment Term | 0.0 Years | 15% | IRR | 11.9% |
| | | 10% | 11.3% | 9.0% |
| | | | | 7.4% |

Confidential Treatment Requested by Citi

CITI 18178871

EXHIBIT-0373-0003

| | C | D | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| | | | Preferred Shares | | | | | | |
| | Baa2/BBB | Baa3/BBB- | NR/NR | | | | | | |
| | 10,000,000 | 14,000,000 | 20,200,000 | | | | | | |
| | 1.4% | 2.0% | 2.9% | | | | | | |
| | 3.7% | 1.7% | | | | | | | |
| | 7.0 | 7.0 | | | | | | | |
| | 0.0% | 100.0% | | | | | | | |
| | 0.00% | 1.74% | | | | | | | |
| | 0.0% | 0.0% | | | | | | | |
| | LIBOR + 4.50% | LIBOR + 6.00% | | | | | | | |
| | 0.15% | 0.30% | | 0.45% | 0.60% | 0.75% | 0.90% | 1.05% | 1.20% | 1.35% |
| | 9.8% | 7.4% | | 4.6% | -2.1% | -5.0% | -6.2% | -7.5% | -8.8% | -10.2% |
| | | | 60% Recovery Rate | | | | | | |

Confidential Treatment Requested by Citi

CITI 18178872

EXHIBIT-0373-0004

| | B | D | E | F | G |
|---|---|---|---|---|---|
| 47 | Float Spread (100% Fl Reinv.) | | | | |
| 48 | RATING AGENCY ASSUMPTIONS | | | Preferred Share II | |
| 49 | Minimum Float Spread (Rating Agencies) | NA | | -5% | |
| 50 | Minimum Fixed Coupon (Rating Agencies) | LIBOR + 1.50% | | 0% | |
| 51 | % of Floating Reinvestment (Rating Agencies) | 0.00% | | | |
| 52 | Maximum WARF | 100% | | -5% | |
| 53 | Maximum WAL | 125 | | | |
| 54 | | 8.0 Years | | -10% | |
| 55 | PORTFOLIO CHARACTERISTICS | | | | |
| 56 | Target Floating Spread | | | -15% | |
| 57 | Target Fixed Rate | LIBOR + 1.50% | | | |
| 58 | Target WARF | 0.00% | | | |
| 59 | Target WAL | 125 | | 0.00% | 0.15% |
| 60 | | 6.8 Years | | | |
| 61 | | | | | 0.30% |
| 62 | | | | | |

Confidential Treatment Requested by Citi

CITI 18178873

EXHIBIT-0373-0005



Confidential Treatment Requested by Citi

CITI 18178874

EXHIBIT-0373-0006