# EXHIBIT 78

From: "Stoker, Brian [CMB-GFICC]" <1000242208@citigroup.com>
To: "Grant, Darius [CMB-GFICC]" <dg76017@imcnam.ssmb.com>
Date: Wed, 27 Jun 2007 13:33:52 -0700
Subject: Savings by Selling to CSAC, Vandy and Harding

I did a detailed analysis of the CDOs that Citi sold Vandy, Harding and CSAC.

The deals were:
Armitage
Class V 3
Adams Square
Ridgeway 2
Octonion
888
Jupiter (Harding HG).

Citi sold them $2BB of CDOs. If we hadn't sold them and instead held them until now (like we have done with several other deals), we'd have lost $800MM. Class V 3 made us $250MM in profits. Ridgeway 2 saved us $160MM. Trading got about $330MM of profits from shorting assets. Carmen made about $130MM because we bought his Lacertas, Cetus... Citi syndicate book received about $340MM of benefit.

Even if you haircut my estimates of profits (or losses avoided), these numbers are still huge.

<<Savings by Selling to Harding and CSAC.xls>>



Confidential Treatment Requested by Citi

CITI 15025665

| Sum of Notional / Original Face | CDO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type/M Rating/Carmen | 888 | Adams Square | Armitage | Harding HG | Octonion | Ridgeway 2 | Class V 3 | Grand Total |
| CDO^2 A1 | | | 8,000,000 | | | 25,000,000 | 20,000,000 | 53,000,000 |
| CDO^2 A2 | 40,000,000 | | 10,000,000 | 52,000,000 | | 48,000,000 | 40,000,000 | 190,000,000 |
| CDO^2 Aa2 | | | 25,000,000 | 62,500,000 | | 110,000,000 | | 197,500,000 |
| CDO^2 Aa3 | | | 2,000,000 | | | | | 2,000,000 |
| CDO^2 Aaa | | | 35,000,000 | 20,000,000 | | | | 55,000,000 |
| CDO^2 Baa2 | | 45,000,000 | | | 20,000,000 | | | 65,000,000 |
| CRE Aa1 | | | | 6,100,000 | | | | 6,100,000 |
| HG A1 | | | | | | 5,000,000 | | 5,000,000 |
| HG A2 | 40,000,000 | | | | | | 20,000,000 | 60,000,000 |
| HG A3 | 10,000,000 | | | | | 15,000,000 | | 45,000,000 |
| HG Aa2 | | | 20,000,000 | 20,000,000 | | 15,000,000 | | 45,000,000 |
| HG Aa3 | | | 27,700,000 | 20,000,000 | | 43,100,000 | | 90,800,000 |
| HG Aaa | | | | 20,000,000 | | | | 20,000,000 |
| Mezz A1 | | | 15,000,000 | | | | 40,000,000 | 55,000,000 |
| Mezz A2 | 90,000,000 | | 38,917,143 | 19,873,162 | | 109,000,000 | 470,000,000 | 707,917,143 |
| Mezz A3 | 15,000,000 | | 24,500,000 | 20,000,000 | | 19,500,000 | 40,000,000 | 119,000,000 |
| Mezz Aa2 | | | 115,000,000 | | | 74,500,000 | | 189,500,000 |
| Mezz Aa3 | | | 30,000,000 | | | | | 30,000,000 |
| Mezz Aaa | | | | 19,873,162 | | 50,000,000 | | 69,873,162 |
| Mezz Baa2 | | 20,000,000 | | | 14,960,000 | | | 34,960,000 |
| Mezz Baa3 | | 8,000,000 | | | 10,000,000 | | | 18,000,000 |
| Grand Total | 195,000,000 | 73,000,000 | 351,117,143 | 240,473,162 | 44,960,000 | 499,100,000 | 630,000,000 | 2,033,650,305 |

| Sum of Savings | CDO | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type/M Rating/Carmen | 888 | Adams Square | Armitage | Harding HG | Octonion | Ridgeway 2 | Class V 3 | Grand Total |
| CDO^2 A1 | | | (3,960,000) | | | (10,125,000) | (9,000,000) | (23,085,000) |
| CDO^2 A2 | (23,520,000) | | (6,330,000) | (31,626,000) | | (28,440,000) | (21,840,000) | (111,756,000) |
| CDO^2 Aa2 | | | (9,318,000) | (20,070,000) | | (41,244,000) | | (70,632,000) |
| CDO^2 Aa3 | | | (876,000) | | | | | (876,000) |
| CDO^2 Aaa | | | (8,760,000) | (5,280,000) | | | | (14,040,000) |
| CDO^2 Baa2 | | (55,335,000) | | | (23,100,000) | | | (78,435,000) |
| CRE Aa1 | | | | 0 | | | | 0 |
| HG A1 | | | | | | (900,000) | | (900,000) |
| HG A2 | (10,410,000) | | | | | | (5,820,000) | (16,230,000) |
| HG A3 | (4,260,000) | | (3,480,000) | | | (4,950,000) | | (18,690,000) |
| HG Aa2 | | | (4,396,800) | (2,700,000) | | (6,131,700) | | (13,228,500) |
| HG Aa3 | | | | (3,300,000) | | | | (3,300,000) |
| HG Aaa | | | | (1,836,000) | | | | (1,836,000) |
| Mezz A1 | | | (4,230,000) | | | | (10,800,000) | (15,030,000) |
| Mezz A2 | 32,928,000 | | (15,686,194) | | | (40,683,000) | (179,952,000) | (269,249,194) |
| Mezz A3 | (8,100,000) | | (14,923,500) | (6,900,000) | | (7,155,000) | (24,000,000) | (61,078,500) |
| Mezz Aa2 | | | (21,690,600) | | | (13,513,500) | | (35,204,100) |
| Mezz Aa3 | | | (5,490,000) | | | | | (5,490,000) |
| Mezz Aaa | | | | (2,384,779) | | (6,024,000) | | (8,408,779) |
| Mezz Baa2 | | (18,750,000) | | | (13,836,160) | | | (32,586,160) |
| Mezz Baa3 | | (9,720,000) | | | (12,000,000) | | | (21,720,000) |
| Grand Total | (79,218,000) | (83,805,000) | (105,141,094) | (74,096,779) | (48,936,160) | (159,166,200) | (251,412,000) | (801,777,234) |

Confidential Treatment Requested by Citi

CITI 15025666

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | Sum of Notional / Original Face | Trading/ Carmen | | |
| 3 | Type/M Rating/Carmen | Carmen | Trading | Grand Total |
| 4 | CDO^2 A1 | | 20,000,000 | 20,000,000 |
| 5 | CDO^2 A2 | 92,000,000 | 40,000,000 | 132,000,000 |
| 6 | CDO^2 Aa2 | 110,000,000 | | 110,000,000 |
| 7 | CDO^2 Baa2 | 25,000,000 | | 25,000,000 |
| 8 | HG A2 | | 40,000,000 | 40,000,000 |
| 9 | HG Aa2 | | 17,000,000 | 17,000,000 |
| 10 | Mezz A1 | | 55,000,000 | 55,000,000 |
| 11 | Mezz A2 | | 615,917,143 | 615,917,143 |
| 12 | Mezz A3 | | 40,000,000 | 40,000,000 |
| 13 | Mezz Aa2 | | 35,000,000 | 35,000,000 |
| 14 | Mezz Aa3 | | 30,000,000 | 30,000,000 |
| 15 | Mezz Baa2 | | 4,960,000 | 4,960,000 |
| 16 | Grand Total | 227,000,000 | 897,877,143 | 1,124,877,143 |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | Sum of Savings | Trading/ Carmen | | |
| 23 | Type/M Rating/Carmen | Carmen | Trading | Grand Total |
| 24 | CDO^2 A1 | | (9,000,000) | (9,000,000) |
| 25 | CDO^2 A2 | (57,516,000) | (21,840,000) | (79,356,000) |
| 26 | CDO^2 Aa2 | (41,382,000) | | (41,382,000) |
| 27 | CDO^2 Baa2 | (30,685,000) | | (30,685,000) |
| 28 | HG A2 | | (11,028,000) | (11,028,000) |
| 29 | HG Aa2 | | (2,605,800) | (2,605,800) |
| 30 | Mezz A1 | | (15,030,000) | (15,030,000) |
| 31 | Mezz A2 | | (236,315,194) | (236,315,194) |
| 32 | Mezz A3 | | (24,000,000) | (24,000,000) |
| 33 | Mezz Aa2 | | (4,446,000) | (4,446,000) |
| 34 | Mezz Aa3 | | (5,490,000) | (5,490,000) |
| 35 | Mezz Baa2 | | (4,568,160) | (4,568,160) |
| 36 | Grand Total | (129,783,000) | (334,323,154) | (464,106,154) |

Confidential Treatment Requested by Citi

CITI 15025667

CURRENT SPREAD TABLE IS AT THE BOTTOM OF THE SHEET

| CDO | Trade Date | Name | Notional / Original Face | Price | DM | | MDY |
|---|---|---|---|---|---|---|---|
| | | | 2,033,650,305 | | | | |
| 888 | 1/8/2007 | ACABS 2006-AGA A3 | 10,000,000 | 100.00 | | 265 | A2 |
| 888 | 1/8/2007 | AURIG 2006-1A D | 10,000,000 | 100.00 | | 265 | A2 |
| 888 | 1/8/2007 | CRNMZ 2006-2A C | 10,000,000 | 100.00 | | 247 | A2 |
| 888 | 1/8/2007 | LBRAC 2006-1A C | 10,000,000 | 100.00 | | 245 | A2 |
| 888 | 1/8/2007 | ORIN 2006-2A C1 | 10,000,000 | 100.00 | | 260 | A2 |
| 888 | 1/8/2007 | RDGW 2006-1A B | 10,000,000 | 100.00 | | 290 | A3 |
| 888 | 1/8/2007 | VRGO 2006-1A A3 | 10,000,000 | 100.00 | | 265 | A2 |
| 888 | 1/8/2007 | WEBS 2006-1A A3L | 10,000,000 | 100.00 | | 261 | A2 |
| 888 | 1/12/2007 | AURIG 2006-1A D | 10,000,000 | 100.00 | | 268 | A2 |
| 888 | 1/12/2007 | CRNMZ 2006-2A C | 10,000,000 | 100.00 | | 242 | A2 |
| 888 | 1/12/2007 | LBRAC 2006-1A C | 10,000,000 | 100.00 | | 242 | A2 |
| 888 | 1/12/2007 | VRGO 2006-1A A3 | 20,000,000 | 100.00 | | 267 | A2 |
| 888 | 2/13/2007 | ADMSQ 2007-2A B | 20,000,000 | 100.00 | | 200 | A2 |
| 888 | 2/16/2007 | PLETT 2007-1A B | 15,000,000 | 100.00 | | 300 | A3 |
| 888 | 2/23/2007 | CETUS 2006-4A B | 20,000,000 | 100.00 | | 140 | A2 |
| 888 | 2/23/2007 | CLSVF 2007-3A B | 20,000,000 | 100.00 | | 300 | A2 |
| Adams Square | 2/8/2007 | CETUS 2006-4A C | 10,000,000 | 100.00 | | 425 | Baa2 |
| Adams Square | 2/8/2007 | OCTAN 2006-3A C | 10,000,000 | 100.00 | | 425 | Baa2 |
| Adams Square | 2/9/2007 | COOKS 2007-7A A | 10,000,000 | 100.00 | | 465 | Baa2 |
| Adams Square | 2/9/2007 | PLETT 2007-1A D | 8,000,000 | 100.00 | | 475 | Baa3 |
| Adams Square | 2/14/2007 | EIGHT 2007-1A C | 10,000,000 | 100.00 | | 550 | Baa2 |
| Adams Square | 2/15/2007 | LCERT 2006-1A C | 5,000,000 | 100.00 | | 425 | Baa2 |
| Adams Square | 3/15/2007 | OCTON 2007-1A C | 10,000,000 | 99.00 | | 450 | Baa2 |
| Adams Square | 2/28/2007 | HSPI 2006-1A C | 10,000,000 | 60.00 | | 375 | Baa2 |
| Armitage | 7/14/2005 | MCKIN 2005-2A A2 | 6,000,000 | 100.31 | | 52 | Aa2 |
| Armitage | 7/18/2005 | CETUS 2006-1 A2 | 10,000,000 | 99.80 | | 52 | Aa2 |
| Armitage | 7/18/2005 | CETUS 2006-1 B | 10,000,000 | 99.50 | | 145 | A2 |
| Armitage | 8/9/2005 | ICM 2006-S2A A3L | 5,000,000 | 100.00 | | 60 | A2 |
| Armitage | 8/9/2005 | Jackson 2006-1 B | 2,000,000 | 100.00 | | 70 | Aa3 |
| Armitage | 8/9/2005 | Jackson 2006-1 C | 8,000,000 | 100.00 | | 175 | A1 |
| Armitage | 10/5/2006 | BALDW 2006-4A 1 | 15,000,000 | 100.00 | | 230 | A1 |
| Armitage | 10/13/2006 | BAYF 2006-1A 4 | 14,917,143 | 100.00 | | 170 | A2 |
| Armitage | 10/13/2006 | MKP 6A C | 10,000,000 | 100.00 | | 140 | A2 |
| Armitage | 10/13/2006 | TOPG 2005-1A B | 15,000,000 | 100.00 | | 145 | A3 |
| Armitage | 11/2/2006 | FAB 2006-1A A4 | 6,500,000 | 100.00 | | 54 | Aa2 |
| Armitage | 11/2/2006 | FAB 2006-1A B | 4,500,000 | 100.00 | | 145 | A3 |
| Armitage | 12/20/2006 | ICM 2006-S2A A3L | 6,000,000 | 100.00 | | 200 | A2 |
| Armitage | 1/22/2007 | RDGW 2006-1A B | 20,000,000 | 100.00 | | 210 | A3 |
| Armitage | 2/21/2007 | OCTON 2007-1A A3 | 15,000,000 | 100.00 | | 60 | Aa2 |
| Armitage | 2/21/2007 | OCTON 2007-1A B | 8,000,000 | 98.68 | | 225 | A2 |
| Armitage | 2/22/2007 | OCTON 2007-1A A3 | 11,000,000 | 99.63 | | 68 | Aa2 |
| Armitage | 3/1/2007 | ADMSQ 2007-2A A3 | 20,000,000 | 100.00 | | 60 | Aa2 |
| Armitage | 3/1/2007 | CLSFV 2007-3A A3 | 20,000,000 | 99.35 | | 70 | Aaa |
| Armitage | 3/7/2007 | LSECA 2007-1A A4 | 5,000,000 | 98.68 | | 100 | Aa2 |
| Armitage | 3/7/2007 | LSECA 2007-1A A4 | 15,000,000 | 98.94 | | 95 | Aa2 |
| Armitage | 3/9/2007 | EIGHT 2007-1A A2 | 15,000,000 | 97.61 | | 100 | Aaa |
| Armitage | 3/9/2007 | LSECA 2007-1A B | 5,000,000 | 94.25 | | 340 | A3 |
| Armitage | 3/15/2007 | CETUS 2006-4A A2 | 10,000,000 | 99.00 | | 115 | Aa2 |
| Armitage | 3/15/2007 | RAFF 2006-2A A4 | 10,000,000 | 98.17 | | 110 | Aa2 |
| Armitage | 3/23/2007 | ADMSO 2006-1A 31 | 15,000,000 | 100.00 | | 300 | Aa2 |
| Armitage | 3/23/2007 | LEXN 2008-2A C | 15,000,000 | 100.00 | | 240 | Aa3 |
| Armitage | 3/23/2007 | MNPT 2006-2A A3 | 15,000,000 | 100.00 | | 250 | Aa3 |
| Armitage | 4/3/2007 | STAK 2007-1A A4 | 20,000,000 | 96.92 | | 205 | Aa2 |
| Armitage | 4/25/2007 | STAK 2007-1A A4 | 7,500,000 | 95.25 | | 250 | Aa2 |
| Armitage | 5/24/2007 | RDGW 2007-2A A5 | 11,700,000 | 97.50 | | 200 | A2 |
| Cass V 3 | 1/9/2007 | ACABS 2006-2A A3L | 10,000,000 | | | 185 | A1 |
| Cass V 3 | 1/9/2007 | BALDW 2006-1A 1 | 10,000,000 | | | 235 | A2 |
| Cass V 3 | 1/9/2007 | BAYF 2006-1A 4 | 10,000,000 | | | 235 | A2 |
| Cass V 3 | 1/9/2007 | BRGGF 2006-1A A3L | 10,000,000 | | | 185 | A2 |
| Cass V 3 | 1/9/2007 | BUCHN 2006-1 A4 | 10,000,000 | | | 235 | A1 |

Confidential Treatment Requested by Citi

CITI 15025668

delete some Class V3 trades not done with Citi

| Row | SP | Cash? | Type | Type/M Rating/Carmen | Trading/Carmen | Current Spread | Savings | Duration |
|---|---|---|---|---|---|---|---|---|
| 5 | A | | Mezz | Mezz A2 | Trading | 850 | (3,510,000) | |
| 6 | A- | | | | | | (797,577,234) | |
| 7 | A | | HG | HG A2 | | 700 | (2,610,000) | |
| 8 | A- | | Mezz | Mezz A2 | Trading | 850 | (3,618,000) | |
| 9 | A | | Mezz | Mezz A2 | Trading | 850 | (3,630,000) | |
| 10 | A- | | Mezz | Mezz A2 | Trading | 850 | (3,540,000) | |
| 11 | A | | HG | HG A3 | | 1000 | (4,260,000) | |
| 12 | A | | HG | HG A2 | Trading | 700 | (2,610,000) | |
| 13 | A | | Mezz | Mezz A2 | Trading | 850 | (3,534,000) | |
| 14 | A | | HG | HG A2 | | 700 | (2,592,000) | |
| 15 | A | | Mezz | Mezz A2 | Trading | 850 | (3,648,000) | |
| 16 | A | | IIG | HG A2 | Trading | 700 | (2,598,000) | |
| 17 | A | | Mezz | Mezz A2 | Trading | 850 | (7,800,000) | |
| 18 | A | | Mezz | Mezz A3 | | 1200 | (8,100,000) | |
| 19 | A | | Mezz | CDO^2 A2 | Carmen | 1200 | (12,720,000) | |
| 20 | BBB | | CDC^2 | CDO^2 A2 | | 1200 | (10,800,000) | |
| 21 | BBB | | Mezz | CDO^2 Baa2 | Carmen | 2500 | (12,450,000) | |
| 22 | BBB | | Mezz | Mezz Baa2 | | 2000 | (9,450,000) | |
| 23 | BBB- | | Mezz | CDO^2 Baa2 | Carmen | 2500 | (12,210,000) | |
| 24 | BBB | | Mezz | Mezz Baa3 | | 2500 | (9,120,000) | |
| 25 | BBB | | CDC^2 | CDO^2 Baa2 | | 2500 | (11,700,000) | |
| 26 | BBB | | Mezz | CDO^2 Baa2 | Carmen | 2000 | (6,225,000) | |
| 27 | BBB | | Mezz | Mezz Baa1 | | 2000 | (9,300,000) | |
| 28 | BBB | | CDC^2 | CDO^2 Baa2 | | 2500 | (12,750,000) | |
| 30 | AA | yes | IG | IIG Aa2 | Trading | 400 | (1,252,800) | |
| 31 | AA | yes | Mezz | CDO^2 A2 | Carmen | 700 | (3,888,000) | |
| 32 | A | yes | Mezz | CDO^2 A2 | Carmen | 1200 | (6,330,000) | |
| 33 | AA | yes | Jackson | CDO^2 Aa2 | | 700 | (1,920,000) | |
| 34 | AA | yes | Jackson | CDO^2 Aa3 | | 800 | (876,000) | |
| 35 | AA | yes | Jackson | CDO^2 A1 | | 1000 | (3,960,000) | |
| 36 | A | No | Mezz | Mezz A1 | Trading | 700 | (4,230,000) | |
| 37 | A | No | Mezz | Mezz A2 | Trading | 850 | (6,086,194) | |
| 38 | A- | Yes | Mezz | Mezz A3 | Trading | 850 | (4,260,000) | |
| 39 | A | Yes | Mezz | Mezz A2 | | 1200 | (9,495,000) | |
| 40 | A- | Yes | Mezz | Mezz Aa2 | | 450 | (1,544,400) | |
| 41 | A | No | Mezz | Mezz A3 | | 1200 | (2,848,500) | |
| 42 | AA- | Yes | HG | HG A3 | Trading | 850 | (2,340,000) | |
| 43 | AA | Yes | Mezz | Mezz Aa2 | | 1000 | (9,480,000) | |
| 44 | AA | Yes | Mezz | Mezz Aa2 | | 450 | (3,510,000) | |
| 45 | AA- | Yes | Mezz | Mezz Aa2 | | 850 | (3,000,000) | |
| 46 | A | Yes | Mezz | Mezz Aa2 | | 450 | (2,521,200) | |
| 47 | AAA | Yes | CDC^2 | Mezz Aa2 | | 450 | (4,890,000) | |
| 48 | A | Yes | Mezz | CDO^2 Aaa | | 500 | (5,160,000) | |
| 49 | A | Yes | Mezz | Mezz Aa2 | | 450 | (1,050,000) | |
| 50 | A | Yes | CDC^2 | CDO^2 Aaa | | 450 | (3,195,000) | |
| 51 | A- | Yes | Mezz | Mezz A3 | | 500 | (3,600,000) | |
| 52 | AA | Yes | Mezz | CDO^2 Aa2 | Carmen | 1200 | (2,580,000) | |
| 53 | A- | Yes | HG | HG Aa2 | | 700 | (3,510,000) | |
| 54 | AA- | No | Mezz | Mezz Aa3 | | 400 | (1,740,000) | |
| 55 | AA | No | Mezz | Mezz Aa3 | | 450 | (1,350,000) | |
| 56 | AA- | Yes | Mezz | Mezz Aa2 | Trading | 550 | (2,790,000) | |
| 57 | AA | Yes | Mezz | Mezz Aa2 | Trading | 550 | (2,700,000) | |
| 58 | AA | Yes | Mezz | Mezz Ac2 | | 450 | (2,940,000) | |
| 59 | AA | Yes | M2zz | M2zz Ac2 | | 400 | (900,000) | |
| 60 | AA | Yes | HG | HG Aa2 | | 400 | (1,404,000) | |
| 61 | A- | | Mezz | Mezz A2 | Trading | 850 | (3,990,000) | |
| 62 | A | | Mezz | Mezz A1 | Trading | 700 | (2,790,000) | |
| 63 | A | | Mezz | Mezz A2 | Trading | 850 | (3,690,000) | |
| 64 | A | | Mezz | Mezz A2 | Trading | 850 | (3,990,000) | |
| 65 | A | | Mezz | Mezz A1 | Trading | 700 | (2,790,000) | |

Confidential Treatment Requested by Citi

CITI 15025669

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 65 | Class V3 | 1/9/2007 | ACDO 2006-1A C1 | 10,000,000 | | 200 | A2 |
| 67 | Class V3 | 1/9/2007 | CAMBR 5A B | 10,000,000 | | 185 | A3 |
| 68 | Class V3 | 1/9/2007 | CETUS 2006-2A B | 10,000,000 | | 200 | A2 |
| 69 | Class V3 | 1/9/2007 | CETUS 2006-3A C1 | 10,000,000 | | 200 | A2 |
| 70 | Class V3 | 1/9/2007 | CLDW 2006-1A B | 10,000,000 | | 195 | A2 |
| 71 | Class V3 | 1/9/2007 | CRNMZ 2006-2A C | 10,000,000 | | 190 | A2 |
| 72 | Class V3 | 1/9/2007 | DGCDO 2006-2A C | 10,000,000 | | 190 | A2 |
| 73 | Class V3 | 1/9/2007 | JACKS 2006-4A D | | | 235 | A1 |
| 74 | Class V3 | 1/9/2007 | LBRAC 2006-1A C | | | 205 | A2 |
| 75 | Class V3 | 1/9/2007 | LCERT 2006-1A B | 10,000,000 | | 200 | A2 |
| 76 | Class V3 | 1/9/2007 | MKP 6A C | | | 185 | A2 |
| 77 | Class V3 | 1/9/2007 | MNPT 2006-2A A4 | 10,000,000 | | 200 | A2 |
| 78 | Class V3 | 1/9/2007 | OCTAN 2006-1A D | 10,000,000 | | 200 | A2 |
| 79 | Class V3 | 1/9/2007 | OCTAN 2006-2A C1 | 10,000,000 | | 200 | A2 |
| 80 | Class V3 | 1/9/2007 | ORIN 2006-1 C | 10,000,000 | | 200 | A2 |
| 81 | Class V3 | 1/9/2007 | ORIN 2006-2A C1 | 10,000,000 | | 200 | A2 |
| 82 | Class V3 | 1/9/2007 | PYXIS 2006-1A C | 10,000,000 | | 190 | A2 |
| 83 | Class V3 | 1/9/2007 | SCORP 2006-1A D | 10,000,000 | | 190 | A2 |
| 84 | Class V3 | 1/9/2007 | TABS 2006-5A A3 | 10,000,000 | | 205 | A2 |
| 85 | Class V3 | 1/9/2007 | VELA 2006-1A C | 10,000,000 | | 215 | A2 |
| 86 | Class V3 | 1/9/2007 | VERT 2006-1A A3 | 10,000,000 | | 215 | A2 |
| 87 | Class V3 | 1/12/2007 | ACASS 2006-2A A3L | 10,000,000 | | 265 | A1 |
| 88 | Class V3 | 1/12/2007 | BALDW 2006-4A 1 | 10,000,000 | | 265 | A2 |
| 89 | Class V3 | 1/12/2007 | BAYF 2006-1A 4 | 10,000,000 | | 215 | A2 |
| 90 | Class V3 | 1/12/2007 | BFCGE 2006-1A A3L | 10,000,000 | | 265 | A2 |
| 91 | Class V3 | 1/12/2007 | BUCHN 2006-1A A4 | 10,000,000 | | 230 | A1 |
| 92 | Class V3 | 1/12/2007 | CACDO 2006-1A C1 | 10,000,000 | | 215 | A3 |
| 93 | Class V3 | 1/12/2007 | CAMBR 5A B | 10,000,000 | | 230 | A2 |
| 94 | Class V3 | 1/12/2007 | CETUS 2006-2A B | 10,000,000 | | 230 | A2 |
| 95 | Class V3 | 1/12/2007 | CETUS 2006-3A C1 | 10,000,000 | | 220 | A2 |
| 96 | Class V3 | 1/17/2007 | CRNMZ 2006-2A C | 13,000,000 | | 220 | A2 |
| 97 | Class V3 | 1/12/2007 | DGCDO 2006-2A C | 10,000,000 | | 245 | A2 |
| 98 | Class V3 | 1/12/2007 | GSCSF 2006-4A A3 | 10,000,000 | | 245 | A2 |
| 99 | Class V3 | 1/12/2007 | GSCSF 2006-4A A3 | 10,000,000 | | 265 | A1 |
| 100 | Class V3 | 1/12/2007 | JACKS 2006-4A D | 10,000,000 | | 235 | A2 |
| 101 | Class V3 | 1/12/2007 | LBRAC 2006-1A C | 10,000,000 | | 230 | A2 |
| 102 | Class V3 | 1/12/2007 | LCERT 2006-1A B | 10,000,000 | | 215 | A2 |
| 103 | Class V3 | 1/12/2007 | MKP 6A C | 10,000,000 | | 215 | A2 |
| 104 | Class V3 | 1/17/2007 | MNPT 2006-2A A4 | 10,000,000 | | 230 | A2 |
| 105 | Class V3 | 1/12/2007 | OCTAN 2006-1A D | 10,000,000 | | 230 | A2 |
| 106 | Class V3 | 1/12/2007 | OCTAN 2006-2A C1 | 10,000,000 | | 230 | A2 |
| 107 | Class V3 | 1/12/2007 | ORIN 2006-1 C | 10,000,000 | | 230 | A2 |
| 108 | Class V3 | 1/12/2007 | ORIN 2006-2A C1 | 10,000,000 | | 230 | A2 |
| 109 | Class V3 | 1/12/2007 | PYXIS 2006-1A C | 10,000,000 | | 230 | A2 |
| 110 | Class V3 | 1/12/2007 | SCORP 2006-1A D | 10,000,000 | | 230 | A2 |
| 111 | Class V3 | 1/12/2007 | TADS 2005-5A A3 | 10,000,000 | | 220 | A2 |
| 112 | Class V3 | 1/12/2007 | TABS 2006-6A A3 | 10,000,000 | | 220 | A2 |
| 113 | Class V3 | 1/12/2007 | VELA 2006-1A C | 20,000,000 | | 220 | A2 |
| 114 | Class V3 | 1/12/2007 | VERT 2006-1A A3 | 10,000,000 | | 208 | A2 |
| 115 | Class V3 | 2/9/2007 | COOKS 2007-8A A | 20,000,000 | | 260 | A3 |
| 116 | Class V3 | 2/9/2007 | PLETT 2007-1A B | 20,000,000 | | 200 | A2 |
| 117 | Class V3 | 2/14/2007 | EIGHT 2007-1A B | 20,000,000 | | 300 | A2 |
| 118 | Class V3 | 2/15/2007 | OCTON 2007-1A B | 20,000,000 | | 200 | A2 |
| 119 | Harding HG | 7/20/2006 | CETUS 2006-1A B | 22,000,000 | 99.50 | 145 | A2 |
| 120 | Harding HG | 5/8/2006 | ESPF 2006-1A A3 | 20,000,000 | 99.91 | 47 | Aaa |
| 121 | Harding HG | 8/31/2006 | SORIN 2006-4A A3 | 6,000,000 | 100.00 | 34 | Aa1 |
| 122 | Harding HG | 11/3/2006 | HSPI 2006-1A A3 | 12,500,000 | 100.00 | 80 | Aa2 |
| 123 | Harding HG | 11/20/2006 | HSPI 2006-1A A2 | 19,873,162 | 100.00 | 60 | Aaa |
| 124 | Harding HG | 11/21/2006 | TSHP 2006-1A A1 | 20,000,000 | 100.00 | 50 | Aaa |
| 125 | Harding HG | 12/29/2006 | LCERT 2006-1A B | 20,000,000 | 100.00 | 175 | Aa2 |
| 126 | Harding HG | 2/23/2007 | CLSVF 2007-3A A4 | 10,000,000 | 100.00 | 120 | A2 |
| 127 | Harding HG | 2/23/2007 | CLSVF 2007-3A B | 20,000,000 | 100.00 | 300 | A2 |
| 128 | Harding HG | 2/28/2007 | TIERS 2007-07 | 20,000,000 | 100.00 | 105 | A3 |
| 129 | Harding HG | 3/30/2007 | STAK 2007-1A D | 20,000,000 | 97.25 | 625 | A2 |
| 130 | Harding HG | 5/31/2007 | BONIFACIUS CLASS B | 20,000,000 | 98.65 | 225 | Aa3 |
| 131 | Harding HG | 5/31/2007 | HSPI II CLASS A-4 | 20,000,000 | 90.24 | 300 | Aa2 |

Confidential Treatment Requested by Citi

CITI 15025670

| # | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 67 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 68 | A | | Mezz | Mezz A3 | Trading | 1200 | (6,090,000) | | |
| 69 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 70 | A | | Mezz | Mezz A2 | Trading | 850 | (3,930,000) | | |
| 71 | A | | Mezz | Mezz A2 | Trading | 850 | (3,960,000) | | |
| 72 | A | | Mezz | Mezz A2 | Trading | 850 | (3,960,000) | | |
| 73 | A | | Jackson | CDO^2 A1 | Trading | 1000 | (4,590,000) | | |
| 74 | A | | Mezz | Mezz A2 | Trading | 850 | (3,870,000) | | |
| 75 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 76 | A | | Mezz | Mezz A2 | Trading | 850 | (3,990,000) | | |
| 77 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 78 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 79 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 80 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 81 | A | | Mezz | Mezz A2 | Trading | 850 | (3,900,000) | | |
| 82 | A | | HG | HG A2 | Trading | 700 | (3,000,000) | | |
| 83 | A | | Mezz | Mezz A2 | Trading | 850 | (3,960,000) | | |
| 84 | A | | Mezz | Mezz A2 | Trading | 850 | (3,960,000) | | |
| 85 | A | | Mezz | Mezz A2 | Trading | 850 | (3,870,000) | | |
| 86 | A | | Mezz | Mezz A2 | Trading | 850 | (3,810,000) | | |
| 87 | A | | Mezz | Mezz A2 | Trading | 850 | (3,810,000) | | |
| 88 | A | | Mezz | Mezz A1 | Trading | 700 | (2,610,000) | | |
| 89 | A | | Mezz | Mezz A2 | Trading | 850 | (3,510,000) | | |
| 90 | A | | Mezz | Mezz A2 | Trading | 850 | (3,810,000) | | |
| 91 | A | | Mezz | Mezz A1 | Trading | 700 | (2,610,000) | | |
| 92 | A | | Mczz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 93 | A | | Mezz | Mezz A2 | Trading | 1200 | (4,910,000) | | |
| 94 | A | | Mezz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 95 | A | | Mezz | Mezz A2 | Trading | 850 | (3,780,000) | | |
| 96 | A | | Mezz | Mezz A2 | Trading | 850 | (3,780,000) | | |
| 97 | A | | Mezz | Mezz A2 | Trading | 850 | (3,960,000) | | |
| 98 | A | | Mezz | Mezz A2 | Trading | 850 | (3,630,000) | | |
| 99 | A | | Mezz | Mezz A1 | Trading | 700 | (3,630,000) | | |
| 100 | A | | Jackson | CDO^2 A1 | Trading | 1000 | (4,410,000) | | |
| 101 | A | | Mezz | Mezz A2 | Trading | 850 | (3,690,000) | | |
| 102 | A | | Mezz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 103 | A | | Mczz | Mezz A2 | Trading | 850 | (3,810,000) | | |
| 104 | A | | Mczz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 105 | A | | Mezz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 106 | A | | Mezz | Mezz A2 | Trading | 700 | (2,820,000) | | |
| 107 | A | | Mezz | Mezz A2 | Trading | 850 | (3,720,000) | | |
| 108 | A | | Mezz | Mezz A2 | Trading | 850 | (3,780,000) | | |
| 109 | A | | Mezz | Mezz A2 | Trading | 850 | (3,780,000) | | |
| 110 | A | | Mezz | Mezz A2 | Trading | 850 | (3,852,000) | | |
| 111 | A | | HG | HG A2 | Trading | 850 | (6,840,000) | | |
| 112 | AAA | Yes | Mezz | Mezz A3 | Trading | 1200 | (12,000,000) | | |
| 113 | AAA | Yes | Mezz | Mezz A2 | Trading | 1200 | (10,800,000) | | |
| 114 | AA | Yes | Mezz | Mezz A2 | Trading | 850 | (7,800,000) | | |
| 115 | AAA | Yes | CDC^2 | CDO^2 A2 | Carmen | 1200 | (13,926,000) | | |
| 116 | AAA | Yes | Mezz | Mezz A2 | | 200 | (836,000) | | |
| 117 | A | Yes | HG | HG Aaa | | 34 | 0 | | |
| 118 | AA | Yes | CRE | CRE Aa1 | | 700 | (4,650,000) | | |
| 119 | A | Yes | CDC^2 | CDO^2 Aa2 | | 500 | (5,280,000) | | |
| 120 | AAA | Yes | CDC^2 | CDO^2 Aaa | | 250 | (2,384,779) | | |
| 121 | AA | Yes | Mezz | Mezz Aaa | Carmen | 1200 | (12,300,000) | | |
| 122 | A | Yes | Mezz | CDO^2 A2 | | 700 | (3,480,000) | | |
| 123 | A | Yes | CDC^2 | CDO^2 Aa2 | | 1200 | (5,400,000) | | |
| 124 | A | Yes | CDC^2 | CDO^2 A2 | Carmen | 850 | (7,140,000) | | |
| 125 | AA | Yes | Mezz | CDO^2 Aa2 | | 700 | (6,900,000) | | |
| 126 | AA | Yes | HG | HG Aa3 | | 500 | (3,300,000) | | |
| 127 | AA | Yes | CDC^2 | CDO^2 Aa2 | | 700 | (4,800,000) | | |

Confidential Treatment Requested by Citi

CITI 15025671

| # | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 134 | Harding HG | 5/31/2... | Pinnacle Peak 1 A3 | 20,000,000 | 95.74 | 175 | Aa2 |
| 135 | Octonion |  | ADMSQ 2006-1A D | 10,000,000 | 100.00 | 455 | Baa2 |
| 136 | Octonion |  | ADMSQ 2007-2A J | 10,000,000 | 98.91 | 500 | Baa3 |
| 137 | Octonion |  | CLSVF 2007-3A C | 10,000,000 | 96.86 | 600 | Baa2 |
| 138 | Octonion |  | EIGHT 2007-1A C | 10,000,000 | 100.00 | 550 | Baa2 |
| 139 | Octonion |  | PYXIS 2006-1A D | 4,960,000 | 100.00 | 465 | A2 |
| 140 | Ridgeway 2 | 9/28/2006 | ACABS 2006-AQA A3 | 15,000,000 | 100.00 | 142 | A2 |
| 141 | Ridgeway 2 | 9/28/2006 | LBRAC 2006-1A C | 15,000,000 | 100.00 | 142 | A2 |
| 142 | Ridgeway 2 | 9/28/2006 | OCTAN 2006-1A D | 15,000,000 | 100.00 | 147 | A2 |
| 143 | Ridgeway 2 | 10/2/2006 | BAYF 2006-1A 4 | 15,000,000 | 100.00 | 205 | A2 |
| 144 | Ridgeway 2 | 10/2/2006 | JACKS 2006-4A D | 30,000,000 | 99.80 | 175 | A1 |
| 145 | Ridgeway 2 | 10/3/2006 | CETUS 2006-2A A2 | 6,100,000 | 100.00 | 54 | Aa2 |
| 146 | Ridgeway 2 | 10/18/2006 | TIAF 2006-1A A3A | 20,000,000 | 100.39 | 55 | Aa2 |
| 147 | Ridgeway 2 | 11/3/2006 | HSPI 2006-1A A3 | 18,000,000 | 100.00 | 80 | A2 |
| 148 | Ridgeway 2 | 11/3/2006 | HSPI 2006-1A B | 40,000,000 | 99.28 | 200 | Aa2 |
| 149 | Ridgeway 2 | 11/21/2006 | LCERT 2006-1A A2 | 20,000,000 | 99.68 | 66 | Aa2 |
| 150 | Ridgeway 2 | 11/21/2006 | LCERT 2006-1A B | 30,000,000 | 99.74 | 180 | Aaa |
| 151 | Ridgeway 2 | 11/21/2006 | TSHP 2006-1A A1 | 30,000,000 | 100.00 | 50 | A2 |
| 152 | Ridgeway 2 | 11/21/2006 | TSHP 2006-1A B | 10,000,000 | 100.00 | 150 | Aaa |
| 153 | Ridgeway 2 | 11/28/2006 | TOPG 2006-2A A1 | 20,000,000 | 100.00 | 48 | A2 |
| 154 | Ridgeway 2 | 11/28/2006 | TOPG 2006-2A B | 9,000,000 | 100.00 | 145 | Aa2 |
| 155 | Ridgeway 2 | 2/15/2007 | EIGHT 2007-1A A4 | 20,000,000 | 100.00 | 120 | Aa2 |
| 156 | Ridgeway 2 | 2/15/2007 | EIGHT 2007-1A B | 10,000,000 | 100.00 | 300 | Aa2 |
| 157 | Ridgeway 2 | 2/15/2007 | OCTON 2007-1A A3 | 20,000,000 | 100.00 | 60 | A2 |
| 158 | Ridgeway 2 | 2/15/2007 | OCTON 2007-1A B | 10,000,000 | 98.88 | 200 | Aa2 |
| 159 | Ridgeway 2 | 3/5/2007 | LSECA 2007-1A A4 | 19,500,000 | 100.00 | 75 | Aa2 |
| 160 | Ridgeway 2 | 3/30/2007 | STAK 2007-1A C | 20,000,000 | 95.33 | 525 | A2 |
| 161 | Ridgeway 2 | 4/25/2007 | TIAF 2006-1A A3A | 16,000,000 | 93.00 | 190 | Aa2 |
| 162 | Ridgeway 2 | 4/27/2007 | ORCHID 2005-2A A3 | 11,000,000 | 93.75 | 195 | A3 |
| 163 | Ridgeway 2 | 5/21/2007 | STAK 2007-1A D | 10,000,000 | 97.23 | 625 | A3 |
| 164 | Ridgeway 2 | 5/24/2007 | HSPI 2007-2A B1 | 10,000,000 | 97.11 | 550 | Aa2 |
| 165 | Ridgeway 2 | 5/25/2007 | Pinnacle Peak 1 A3 | 10,000,000 | 97.11 | 150 | A1 |
| 166 | Ridgeway 2 | 5/25/2007 | Pinnacle Peak 1 B | 5,000,000 | 92.19 | 300 | Aa2 |
| 167 | Ridgeway 2 | 5/25/2007 | Pinnacle Peak 1 C | 15,000,000 | 95.42 | 450 | A3 |
| 168 | Ridgeway 2 | 5/30/2007 | COMMO 2006-5A B | 10,000,000 | 100.00 | 275 | Aa2 |
| 169 | Ridgeway 2 | 5/30/2007 | SHFLD 1A B | 5,000,000 | 95.00 | 144 | Aa2 |
| 170 | Ridgeway 2 | 5/30/2007 | SHFLD 2A B | 10,000,000 | 93.00 | 187 | Aa2 |
| 171 | Ridgeway 2 | 6/1/2007 | BLHV 2006-1A B | 10,000,000 | 100.00 | 300 | Aa2 |
| 172 | Ridgeway 2 | 6/21/2007 | LSECA 2007-1A B | 9,500,000 | 85.00 | 550 | A3 |

| Rating | Current Spread HG |
|---|---|
| Aaa | 200 |
| Aa1 | 300 |
| Aa2 | 400 |
| Aa3 | 500 |
| A1 | 600 |
| A2 | 700 |
| A3 | 1000 |
| Baa1 | 1200 |
| Baa2 | 1500 |
| Baa3 | 2000 |

| Deal Type | Rating |
|---|---|
| HG | Aaa |
| HG | Aa1 |
| HG | Aa2 |
| HG | Aa3 |
| HG | A1 |
| HG | A2 |

Confidential Treatment Requested by Citi

CITI 15025672

| Row | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|
| 134 | AA | Yes | HG | HG Aa2 | | 400 | (2,700,000) | | |
| 135 | BBB | Yes | Mezz | Mezz Baa2 | | 2000 | (9,270,000) | | |
| 136 | BBB | No | Mezz | Mezz Baa3 | | 2500 | (12,300,000) | | |
| 137 | BBB | No | CDO^2 | CDO^2 Baa2 | | 2500 | (11,400,000) | | |
| 138 | BBB | No | CDO^2 | CDO^2 Baa2 | | 2500 | (11,700,000) | | |
| 139 | BBB | Yes | Mezz | Mezz Baa2 | Trading | 2000 | (4,568,160) | | |
| 140 | A | | Mezz | Mezz A2 | Trading | 850 | (6,372,000) | | |
| 141 | A | | Mezz | Mezz A2 | Trading | 850 | (6,372,000) | | |
| 142 | A | | Mezz | Mezz A2 | | 850 | (6,327,000) | | |
| 143 | A | | Mezz | Mezz A2 | Trading | 850 | (5,805,000) | | |
| 144 | AA | | Jackson | CDO^2 A1 | | 1000 | (7,425,000) | | |
| 145 | AA | | Mezz | CDO^2 Aa2 | Carmen | 700 | (11,528,000) | | |
| 146 | AA | | HG | HG Aa2 | | 400 | (1,262,700) | | |
| 147 | AA | | CDO^2 | CDO^2 Aa2 | | 700 | (7,440,000) | | |
| 148 | AA | | CDO^2 | CDO^2 A2 | | 1200 | (10,800,000) | | |
| 149 | A | | Mezz | CDO^2 Aa2 | Carmen | 700 | (15,216,000) | | |
| 150 | AAA | | Mezz | Mezz Aaa | Carmen | 1200 | (12,240,000) | | |
| 151 | A | | Mezz | Mezz A2 | | 250 | (3,600,000) | | |
| 152 | AA | | Mezz | Mezz Aaa | | 850 | (4,200,000) | | |
| 153 | A | | Mezz | Mezz A2 | | 250 | (2,424,000) | | |
| 154 | A | | CDO^2 | CDO^2 Aa2 | | 850 | (3,807,000) | | |
| 155 | AA | | CDO^2 | CDO^2 A2 | | 700 | (6,960,000) | | |
| 156 | AA | | Mezz | Mezz Ae2 | | 1200 | (5,400,000) | | |
| 157 | A | | Mezz | Mezz A2 | | 450 | (4,680,000) | | |
| 158 | AA | | Mezz | Mezz Ae2 | | 850 | (3,900,000) | | |
| 159 | A | | Mezz | Mezz Ae2 | | 450 | (4,387,500) | | |
| 160 | AA | | HG | HG Aa2 | | 850 | (3,900,000) | | |
| 161 | A | | Mezz | Mezz A3 | Trading | 400 | (2,016,000) | | |
| 162 | A+ | | HG | HG Aa2 | | 400 | (1,353,000) | | |
| 163 | AA | | CDO^2 | CDO^2 A1 | | 1200 | (3,450,000) | | |
| 164 | A+ | | HG | HG Aa? | | 1000 | (2,700,000) | | |
| 165 | A | | HG | HG A3 | | 400 | (1,500,000) | | |
| 166 | AA | | Mezz | Mezz Ae2 | Trading | 600 | (900,000) | | |
| 167 | A | | Mezz | Mezz Ae2 | Trading | 1000 | (4,950,000) | | |
| 168 | AA | | Mezz | Mezz Ae2 | Trading | 450 | (918,000) | | |
| 169 | A | | Mezz | Mezz Ae2 | Trading | 450 | (1,578,000) | | |
| 170 | A+ | | Mezz | Mezz Ae2 | | 450 | (900,000) | | |
| 171 | A | | Mezz | Mezz A3 | | 1200 | (3,705,000) | | |

| | Mezz | CDO^2 or Carmen or Jackson | | Spread | |
|---|---|---|---|---|---|
| 180 | | | | | |
| 181 | 250 | 500 | | HG Aaa | 200 |
| 182 | 350 | 600 | | HG Aa1 | 300 |
| 183 | 450 | 700 | | HG Aa2 | 400 |
| 184 | 550 | 800 | | HG Aa3 | 500 |
| 185 | 700 | 1000 | | HG A1 | 600 |
| 186 | 850 | 1200 | | HG A2 | 700 |
| 187 | 1200 | 1500 | | | |
| 188 | 1500 | 2000 | | | |
| 189 | 2000 | 2500 | | | |
| 190 | 2500 | 3000 | | | |

Confidential Treatment Requested by Citi

CITI 15025673

| | F | G |
|---|---|---|
| 199 | | |
| 200 | HG | A3 |
| 201 | HG | Baa1 |
| 202 | HG | Baa2 |
| 203 | HG | Baa3 |
| 204 | Mezz | Aaa |
| 205 | Mezz | Aa1 |
| 206 | Mezz | Aa2 |
| 207 | Mezz | Aa3 |
| 208 | Mezz | A1 |
| 209 | Mezz | A2 |
| 210 | Mezz | A3 |
| 211 | Mezz | Baa1 |
| 212 | Mezz | Baa2 |
| 213 | Mezz | Baa3 |
| 214 | CDO^2 | Aaa |
| 215 | CDO^2 | Aa1 |
| 216 | CDO^2 | Aa2 |
| 217 | CDO^2 | Aa3 |
| 218 | CDO^2 | A1 |
| 219 | CDO^2 | A2 |
| 220 | CDO^2 | A3 |
| 221 | CDO^2 | Baa1 |
| 222 | CDO^2 | Baa2 |
| | CDO^2 | Baa3 |
| | CRE | Aa1 |

Confidential Treatment Requested by Citi

CITI 15025674

| # | H | I |
|---|---|---|
| 198 | HG A3 | 1000 |
| 199 | HG Baa1 | 1200 |
| 200 | HG Baa2 | 1500 |
| 201 | HG Baa3 | 2000 |
| 202 | Mezz Aaa | 250 |
| 203 | Mezz Aa1 | 350 |
| 204 | Mezz Aa2 | 500 |
| 205 | Mezz Aa3 | 550 |
| 206 | Vezz A1 | 700 |
| 207 | Vezz A2 | 850 |
| 208 | Vezz A3 | 1200 |
| 209 | Vezz Baa1 | 1500 |
| 210 | Vezz Baa2 | 2000 |
| 211 | Vezz Baa3 | 2500 |
| 212 | CDO^2 Aaa | 500 |
| 213 | CDO^2 Aa1 | 600 |
| 214 | CDO^2 Aa2 | 700 |
| 215 | CDO^2 Aa3 | 800 |
| 216 | CDO^2 A1 | 1000 |
| 217 | CDO^2 A2 | 1200 |
| 218 | CDO^2 A3 | 1500 |
| 219 | CDO^2 Baa1 | 2000 |
| 220 | CDO^2 Baa2 | 2500 |
| 221 | CDO^2 Baa3 | 3000 |
| 222 | CRE Aa1 | 34 |

Confidential Treatment Requested by Citi

CITI 15025675

| | A | B | C | D | E | F SPREAD | | G | H |
|---|---|---|---|---|---|---|---|---|---|
| | | Deal | Rating | Notional from Citi | Duration | Bought | Current | | Gain from Selling to Harding and CSAC deals |
| 2 | | Class V | Single A | 500,000,000 | 6 | 1.5% | 6.0% | | 135,000,000 |
| 3 | | 888 | Single A | 500,000,000 | 6 | 1.5% | 6.0% | | 135,000,000 |
| 4 | | Adams Square | BBB | 50,000,000 | 4 | 6.0% | 15.0% | | 18,000,000 |
| 5 | | Octonion | BBB | 50,000,000 | 4 | 6.0% | 15.0% | | 18,000,000 |
| 6 | | | | | | | | | |
| 7 | | Harding HG | AAA | 65,000,000 | 6 | 0.8% | 1.5% | | 2,730,000 |
| 8 | | | AA | 100,000,000 | 6 | 1.0% | 2.5% | | 9,000,000 |
| 9 | | | A | 35,000,000 | 6 | 1.5% | 6.0% | | 9,450,000 |
| 10 | | Harding HG Subtotal | | 200,000,000 | | | | | 21,180,000 |
| 11 | | | | | | | | | |
| 12 | | Ridgeway 2 | AAA | 130,000,000 | 6 | 0.8% | 1.5% | | 5,460,000 |
| 13 | | | AA | 200,000,000 | 6 | 1.0% | 2.5% | | 18,000,000 |
| 14 | | | A | 70,000,000 | 6 | 1.5% | 6.0% | | 18,900,000 |
| 15 | | Ridgeway 2 Subtotal | | 400,000,000 | | | | | 42,360,000 |
| 16 | | | | | | | | | |
| 17 | | GRAND TOTAL | | 1,700,000,000 | | | | | 369,540,000 |

Confidential Treatment Requested by Citi

CITI 15025676

# EXHIBIT 79

EXECUTION COPY

| | |
|---|---|
| DATE: | June 28, 2007 |
| TO: | Ambac Credit Products, LLC |
| | Attn: David Salz |
| FROM: | BNP Paribas, London Branch |
| SUBJECT: | Credit Derivative Transaction (Class V Funding III, Ltd., Class A1 Floating Rate Notes due 2052) |

The purpose of this letter (this "Confirmation") is to confirm the terms and conditions of the Credit Derivative Transaction entered into on the Trade Date specified below (the "Note Transaction") between BNP Paribas, London Branch ("BNP Paribas") and Ambac Credit Products, LLC ("ACP"). This Confirmation constitutes a "Confirmation" as referred to in the ISDA Master Agreement specified below.

The definitions and provisions contained in the 2003 ISDA Credit Derivatives Definitions (the "Credit Derivatives Definitions"), as published by the International Swaps and Derivatives Association, Inc., are incorporated into this Confirmation. In the event of any inconsistency between the Credit Derivatives Definitions and this Confirmation, this Confirmation will govern.

This Confirmation supplements, forms a part of, and is subject to, the 1992 ISDA Master Agreement and Schedule thereto, each dated as of March 16, 2007 as amended and supplemented from time to time (the "Agreement") between BNP Paribas and ACP. All provisions contained in the Agreement govern this Confirmation except as expressly modified below. This Confirmation is a Relevant Confirmation with respect to the Relevant Transactions, as defined in the Agreement.

Capitalized terms used but not defined herein, in the Agreement or in the Credit Derivatives Definitions shall have the meanings given to such terms in the Indenture dated as of February 28, 2007 (as the same may be amended from time to time, the "Indenture") by and between Class V Funding III, Ltd. and LaSalle Bank National Association, as trustee (the "Trustee").

The terms of the Transaction to which this Confirmation relates are as follows:

1. General Terms:

| | |
|---|---|
| Trade Date: | March 16, 2007 |
| Effective Date: | March 16, 2007 |
| Scheduled Termination Date: | The Payment Date occurring in February 2052 |
| Termination Date: | The earliest of (i) the Scheduled Termination Date, (ii) the date on which the Fixed Rate Payer Calculation Amount is reduced to zero, (iii) the date on which the Reference Obligations are prepaid, amortized or redeemed, in each case in full, pursuant to Article 9 of the Indenture or (iv) the Cash Settlement Date on which (a) the Seller purchases the Reference Obligation upon exercise of Seller's Right to Purchase pursuant to Section 12 of |

NYA 830688.8

Confidential Treatment Requested by Ambac                                AMB-V_00501177

|  |  |
|---|---|
|  | this Confirmation and (b) the Swap Transaction by and between Party A and Party B has terminated. |
| Floating Rate Payer: | ACP ("Seller") |
| Fixed Rate Payer: | BNP Paribas ("Buyer") |
| Calculation Agent: | Buyer, unless Buyer is the Defaulting Party (in which event the Calculation Agent shall be Seller). |
| Calculation Agent City: | London, unless Buyer is the Defaulting Party (in which event the Calculation Agent City shall be New York). |
| Business Day: | New York, London, and any other day that is a Business Day as defined in the Indenture. |
| Business Day Convention: | Following (which shall apply to any date referred to in this Confirmation, other than the Effective Date, that falls on a day that is not a Business Day). |
| Reference Entity: | The Reference Entity set out on Schedule A attached hereto. Section 2.31 of the Credit Derivatives Definitions shall not apply. |
| Reference Obligation: | The Reference Obligation set out on Schedule A attached hereto. Section 2.30 of the Credit Derivatives Definitions shall not apply. |
| All Guarantees | Not applicable. |
| Reference Price: | 100% |

2.  Fixed Payments:

Reference Obligation Notional Amount:   Shall equal:

(i) For the initial Fixed Rate Payer Calculation Period, the amount specified in Schedule A (the "Initial Notional Amount"), and (ii) with respect to any Calculation Period thereafter, an amount equal to the Initial Notional Amount of the Reference Obligation (x) increased by the sum of all Class A1 Note Fundings pursuant to Article 17 of the Indenture up to a maximum of USD500,000,000 and (y) decreased by the sum of all principal payments made in respect of the Reference Obligation (as a result of scheduled or accelerated amortization, acceleration of payment obligations, redemption or otherwise) to the extent allocable to a holder of the Reference Obligation having a principal amount equal to the outstanding principal amount of such Reference Obligation on the first day of the

Confidential Treatment Requested by Ambac                     AMB-V_00501178