Euroclear................................................................158
Event of Default.....................................................72
Exchange Act........................................................158
Excluded Property.................................................158
Exercise Amount.....................................................87
Exercise Percentage.................................................87
Expected Interest Amount........................................86
Expense Reserve Account........................................89
Failure to Pay Interest.............................................85
Failure to Pay Principal..........................................83
FFIEC...................................................................138
Final Amortization Date..........................................83
Firm Offer............................................................176
Fitch.....................................................................159
Fixed Rate Security...............................................159
Floating Rate Security...........................................159
Floating Rate Security—Deemed...........................159
Floating Rate Security—Deemed Asset Hedge......159
Floating Rate Security—Deemed Spread..............159
Form-Approved ABS Asset Agreement................159
Form-Approved CDO Asset Agreement................159
Franchise Securities..............................................182
FRB......................................................................159
FSMA....................................................................69
Future Flow Securities..........................................182
German Investors..........................................51, 133
Global Notes..........................................................23
Guaranteed Debt Security.....................................183
Healthcare Securities............................................183
Hedge Agreements................................................159
Hedge Collateral...................................................160
Hedge Collateral Account.......................................89
Hedge Counterparty.............................................160
Hedge Payment....................................................160
Hedge Payments—Defaulted................................160
Hedge Replacement Account..................................90
Hedge Replacement Proceeds..............................160
Hedge Termination Receipts.................................160
Hedge Termination Receipts Account.....................89
Holder..................................................................160
Home Equity Loan Securities...............................183
Implied Writedown..............................................160
Implied Writedown Amount.................................160
Implied Writedown Excess Payment
   Reimbursement Amount..................................160
Implied Writedown Reimbursement Amount.........160
Income Note Component......................................160
Income Note Paying Agency Agreement................55
Income Note Paying Agent......................................1
Income Note Register...........................................160
Income Note Registrar......................................1, 60
Income Notes.......................................................160
Increased Fixed Amounts.....................................161
Indenture.............................................................161
Indenture Register................................................161
Indenture Registrar..........................................1, 60

Index Security......................................................183
Indirect Participants...............................................65
Initial CDS Agreement...........................................88
Initial CDS Asset Counterparty................................1
Initial Offerees....................................................115
Initial Purchaser......................................................1
Initial Rating.......................................................161
Insurance Trust Preferred CDO Security...............183
Interest Collection Account..................................161
Interest Collections..............................................161
Interest Coverage Amount....................................161
Interest Coverage Ratio........................................162
Interest Coverage Test..........................................162
Interest Only Security..........................................183
Interest Shortfall....................................................86
Interest Shortfall Amount.......................................85
Intermediation Fee.................................................88
Inverse Floating Rate Security..............................184
Investment Company Act.....................................162
Investment Criteria................................................82
Investment Tax Act........................................51, 133
Irish Listing Agent...................................................2
Irish Note Paying Agent..........................................2
Irish Stock Exchange............................................162
IRS......................................................................129
ISDA.....................................................................82
Issuer.......................................................................1
Junior Class..........................................................162
Key Counterparties...............................................162
LaSalle....................................................................1
LIBOR...................................................................57
LIBOR Determination Date...................................57
LIG................................................................42, 100
Listed Notes.........................................................162
London Business Day............................................57
Majority...............................................................162
Management Agreement......................................100
Management Fee..................................................111
Management Fee Basis Amount...........................111
Manager...........................................................1, 42
Manager Default..................................................109
Manager Sections....................................................v
Mandatory Funding/Ratings Provisions..................67
Mandatory Redemption Date—Initial......................5
Manufactured Housing Securities.........................184
Margin Stock.......................................................162
Market Value.......................................................162
Market Value CDO Security................................184
Master Agreement..................................................82
Maturity..............................................................163
Maturity Date—Final..............................................6
Maturity Date—Stated............................................6
Measurement Date...............................................163
Minimum Reporting Requirements........................51
Monthly Report.....................................................79
Moody's..............................................................163

Confidential Treatment Requested by Citi

CITI 09572497

Moody's Asset Correlation Factor ........................ 163
Moody's Asset Correlation Factor—Maximum ...... 20
Moody's First Rating Trigger Event ..................... 163
Moody's First Trigger Ratings Threshold ............. 163
Moody's Rating ..................................................... 163
Moody's Rating Factor .......................................... 167
Moody's Rating Factor—Maximum ....................... 20
Moody's Recovery Rate ......................................... 168
Moody's Recovery—Minimum ............................... 21
Moody's Second Trigger Ratings Event ............... 168
Moody's Second Trigger Ratings Threshold ......... 168
Moody's Trading Restriction Event ...................... 168
Moody's Weighted Average Rating Factor ........... 169
Moody's Weighted Average Recovery Rate ......... 169
Multi-Sector CDO Securities ................................ 184
Mutual Fund Securities ......................................... 184
Natural Resource Security .................................... 184
Negative Amortization Security ........................... 184
Net Aggregate Adjusted Notional Amount ........... 169
NIM Security ........................................................ 184
Non-Co-Issued Notes ............................................ 169
Non-U.S. Holder ................................................... 128
Non-U.S. Issuers .................................................... 47
Non-U.S. Person ................................................... 169
Note Calculation Agent ........................................... 1
Note Paying Agents ................................................. 2
Note Purchase Agreement .................................... 139
Noteholder ............................................................ 169
Notes .............................................................. i, 169
Offering Circular ..................................................... ii
Offshore Transaction .............................................. 62
OID ....................................................................... 129
OID Note .............................................................. 169
Oil and Gas Securities .......................................... 184
Optional Redemption Date—Initial ......................... 5
Ordinary Shares ...................................................... 52
Other Indebtedness .............................................. 155
Outstanding .......................................................... 169
Pari Passu Class ................................................... 170
participants ............................................................. 61
Parties in Interest ................................................. 135
Pay-As-You-Go Confirmation .............................. 170
Paying Agent ........................................................ 170
Payment Account ................................................... 90
Payment Amount .................................................. 170
Payment Date ........................................................... 5
Payment Report ...................................................... 79
Payment Requirement ............................................ 85
Period ................................................................... 170
Period End Date ................................................... 170
Periodic Interest ................................................... 170
Periodic Interest Accrual Period ........................... 170
Periodic Interest Cumulative Shortfall Amount ... 170
Periodic Interest Rate ........................................... 170
Periodic Interest Shortfall Amount ....................... 171
Person ................................................................... 171
PFIC ..................................................................... 130
Physical Settlement Amount .................................. 87
PIK Bond .............................................................. 185
PIKing Bond ........................................................ 185
PIKing Bond Amount ........................................... 171
Placement Agent ...................................................... 1
Placement Agreement .......................................... 139
Plan Asset Regulation .......................................... 135
Plans ..................................................................... 135
Portfolio Limitations .............................................. 21
Portfolio Quality Tests ........................................... 20
Posted Collateral Subaccount ................................ 91
Principal Balance ................................................. 171
Principal Balance Target .......................................... 2
Principal Balance—Aggregate ............................. 171
Principal Balance—Portfolio ............................... 171
Principal Collection Account ............................... 171
Principal Collections ............................................ 171
Principal Coverage Amount ................................. 171
Principal Coverage Discount Security ................. 172
Principal Coverage Ratio ..................................... 172
Principal Coverage Test ....................................... 172
Principal Only Security ....................................... 185
Priority of Payments ................................................ 9
Priority of Payments—Interest Collections ............ 6
Priority of Payments—Principal Collections ......... 9
Project Finance CDO Security ............................. 185
Project Finance Securities ................................... 185
Prospectus Directive .............................................. 51
PTCE .................................................................... 136
QEF ........................................................................ 48
QIB ....................................................................... 172
QP ........................................................................ 172
Ramp-Up End Date .................................................. 5
Ramp-Up Period .................................................. 172
Rating Agency ..................................................... 172
Rating Agency Confirmation ............................... 173
Ratings Confirmation Failure ....................... 20, 173
Real Estate CDO Securities ................................. 185
Real Estate Investment Trust Preferred Security .. 186
Redemption .............................................................. 6
Redemption Amount ............................................ 173
Redemption Date ................................................. 173
Redemption Price ................................................. 173
Reference Banks .................................................... 57
Registered ............................................................ 173
Regulation S ........................................................ 173
Regulation S Global Notes .................................... 23
Regulation S Offeree ........................................... 115
Relevant Entity .................................................... 173
Relevant Implementation Date ............................ 139
Relevant Member State ....................................... 139
Required Amount ................................................ 173
Requisite Noteholder ........................................... 173
Reserve Account .................................................. 173
Reserve Investments ............................................ 173

Confidential Treatment Requested by Citi

CITI 09572498

Residential A Mortgage Securities ........................ 186
Residential B/C Mortgage Securities .................... 186
Restaurant and Food Services Securities .............. 186
RMBS Securities ................................................... 186
Rule 144A ............................................................. 173
Rule 144A Global Notes ......................................... 23
Rule 144A Offeree ................................................ 115
S&P ...................................................................... 173
S&P Approved Ratings Threshold ....................... 174
S&P Break-Even Default Rate ............................. 174
S&P CDO Monitor ............................................... 174
S&P CDO Monitor Test ......................................... 21
S&P Current Portfolio .......................................... 174
S&P First Rating Trigger Event ........................... 174
S&P Loss Rate Differential .................................. 174
S&P Minimum Average Recovery Rate ............... 174
S&P Minimum Average Recovery Rate—
 Minimum ............................................................ 21
S&P Proposed Portfolio ....................................... 174
S&P Rating ........................................................... 174
S&P Recovery Rate .............................................. 175
S&P Required Ratings Downgrade Event ........... 175
S&P Required Ratings Threshold ........................ 176
S&P Scenario Default Rate .................................. 176
Sale Proceeds ....................................................... 176
SEC ...................................................................... 176
Second Additional Fixed Amounts ....................... 176
Second Rating Trigger Event ............................... 176
Secured Note Paying Agent ..................................... 1
Secured Note Transfer Agent ............................... 176
Secured Notes ................................................. i, 176
Secured Obligations ............................................. 176
Secured Parties .................................................... 177
Securities Act ....................................................... 177
Semi-Annual Interest Reserve—Aggregate ......... 177
Semi-Annual Securities ....................................... 186
Semi-Annual Security Interest Reserve Amount ... 177
Senior CDO Security ........................................... 186
Senior Class ......................................................... 177
Share Register ...................................................... 177
Share Registrar ........................................................ 2
Share Trustee .......................................................... 2
Short CDS Assets ................................................. 177
Similar Law .......................................................... 135
Single-Tranche Synthetic CDO Security ............. 186
Spread .................................................................. 177
Static Bespoke CDO Security .............................. 186
Step-Down Bond .................................................. 186
Stranded Utility Asset Securities ......................... 187
Structured Finance Security ................................. 187
Structured Settlement Security ............................ 187
Student Loan Securities ....................................... 187
Subordinated CDS Asset/SCA Termination
 Payment .......................................................... 177
Subordinated Covered Short CDS Termination
 Payment .......................................................... 177
Tax Event ............................................................. 177
Tax Ineligible Investment .................................... 178
Tax Lien Securities .............................................. 187
Taxes ..................................................................... 60
Temporary Regulation S Global Notes ................. 23
Termination Events ................................................ 88
Time Share Securities .......................................... 187
Tobacco Settlement Securities ............................. 187
Toggle Security .................................................... 187
Transaction Documents ....................................... 178
Treasury ................................................................. 50
Trustee ..................................................................... 1
U.S. 10% Shareholder .......................................... 131
U.S. Collateral Debt Security ................................ 47
U.S. Holder .......................................................... 128
U.S. Person .......................................................... 178
U.S.$, $ or dollars ................................................ xiv
Underlying Instruments ....................................... 178
USA PATRIOT Act ............................................... 50
Warehousing Facility ............................................. 41
Weighted Average Life ........................................ 178
Weighted Average Life—Maximum ..................... 20
Weighted Average Spread ................................... 178
Weighted Average Spread—Minimum ................. 20
Writedown ............................................................. 84
Written Down Principal Balance ......................... 178
Written Down Security ........................................ 178

Confidential Treatment Requested by Citi

CITI 09572499

## PRINCIPAL OFFICES OF THE CO-ISSUERS

**Class V Funding III, Ltd.**
P.O. Box 1093 GT
Queensgate House
South Church Street, George Town
Grand Cayman, Cayman Islands

**Class V Funding III, Corp.**
1209 Orange Street
Wilmington, Delaware 19801

### TRUSTEE, PRINCIPAL SECURED NOTE PAYING AGENT, INDENTURE REGISTRAR INCOME NOTE PAYING AGENT AND INCOME NOTE REGISTRAR

**LaSalle Bank National Association**
181 West Madison Street, 32nd Floor
Chicago, Illinois 60602

### TRANSFER AGENT

**LaSalle Bank National Association**
181 West Madison Street, 32nd Floor
Chicago, Illinois 60602

### IRISH LISTING AGENT

**Maples and Calder Listing Services Limited**
40 Lower Baggot Street
Dublin 2, Ireland

### IRISH NOTE PAYING AGENT

**Maples Finance Dublin**
40 Lower Baggot Street
Dublin 2, Ireland

### LEGAL ADVISERS

**To the Co-Issuers**

As to *United States* Law

**Milbank, Tweed, Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, New York 10005

As to *Cayman Islands* Law

**Maples and Calder**
P.O. Box 309 GT
Ugland House
South Church Street, George Town
Grand Cayman, Cayman Islands

**To the Initial Purchaser and Placement Agent**

**Milbank, Tweed, Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, New York 10005

**To the Manager**

**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036

195

Confidential Treatment Requested by Citi

CITI 09572500

# EXHIBIT 84

Exhibit
532
HO-10140 12-7-10

citigroup

Confidential

# Class V Funding III, Ltd.

CREDIT SUISSE ALTERNATIVE CAPITAL, INC. AS MANAGER

# CREDIT SUISSE

PRELIMINARY DISCUSSION MATERIALS

February 2007

Confidential Treatment Requested by Citi

CITI 09570331

## IMPORTANT NOTICE

The information presented in this material (the "Information") is preliminary and is superseded by a preliminary and then a final offering circular (the "Offering Circular"). The Information is in condensed summary form and is not complete. The information outlines the general structure, and summarizes certain but not all of the characteristics, of a collateralized debt obligation transaction of a portfolio of synthetic and cash asset-backed securities. This material is furnished to you, and, if applicable, to your beneficial owners (collectively, "you") to determine your preliminary interest in investing in the securities described herein (the "Securities") and on the understanding that as a sophisticated investor, you understand and accept its inherent limitations. You should base your investment decision with respect to the Securities on the information contained in the Offering Circular. An Offering Circular may be obtained by contacting your representative at Citigroup Global Markets Inc. ("Citigroup").

An investment in the Securities is speculative, not suitable for all clients, and intended for experienced and sophisticated investors who are willing to bear the high economic risk of the investment, which may include:

- loss of all or a substantial portion of the investment in the Securities due to leveraging or other speculative investment practices;
- lack of liquidity in that there may be no secondary market for the Securities and none expected to develop;
- volatility of returns;
- restrictions on transferring interests in the Securities;
- potential lack of diversification and resulting higher risk due to concentration within a single industry;
- absence of information regarding valuations and pricing;
- delays in tax reporting;
- phantom tax issues;
- less regulation and higher fees than mutual funds.

See the section titled "Risk Factors" herein and the risk factors in the Offering Circular.

Neither Citigroup nor any of its affiliates is responsible for the tax treatment of the Securities, whether or not the Securities are purchased by a trust or company administered by Citigroup or an affiliate. Citigroup assumes that, before making a commitment to purchase the Securities, you have taken whatever tax, legal or other advice you consider necessary and have arranged to account for any tax lawfully due on the income or gains arising from the Securities. Additionally, certain retirement plans covered by ERISA (including KEOGHs and IRAs) are restricted from holding some classes of Securities. Benefit plan investors subject to ERISA should confirm their status prior to making an investment.

None of Citigroup, Credit Suisse Alternative Capital, Inc. ("CSAC" or the "Manager") or their respective affiliates is acting as your advisor or agent. Therefore, prior to making any investment decision in the Securities, you should determine, without reliance upon Citigroup, CSAC or any of their respective affiliates, the economic risks and merits, as well as the legal, tax and accounting characterizations and consequences of the transaction, and independently determine that you are able to assume these risks. In this regard, by acceptance of these materials, you acknowledge that you have been advised that (a) Citigroup is not in the business of providing legal, tax or accounting advice, (b) you understand that there may be legal, tax or accounting risks associated with the transaction, (c) you should receive legal, tax and accounting advice from advisors with appropriate expertise to assess relevant risks and (d) you should apprise senior management in your organization as to the legal, tax and accounting advice (and, if applicable, risks) associated with this transaction and Citigroup's and Credit Suisse's disclaimers as to these matters. By acceptance of these materials, you and Citigroup hereby agree that from the commencement of discussions with respect to any transaction, and notwithstanding any other provision in this material, we hereby confirm that no participant in any transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such transaction.

IRS Circular 230 Disclosure: Citigroup and its affiliates do not provide tax or legal advice. Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the

citigroup

Confidential Treatment Requested by Citi

CITI 09570332

citigroup

"promotion or marketing" of the transaction described herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

The Securities will not be registered under the Securities Act of 1933, as amended (the "Securities Act"), and the issuer of the Securities will not be registered under the Investment Company Act of 1940, as amended (the "Investment Company Act"). The Securities will not be recommended or approved by any United States federal or state securities commission or any other regulatory authority. Furthermore, the foregoing authorities have not confirmed the accuracy or determined the adequacy of this material. Any representation to the contrary is a criminal offense. The Securities will be subject to certain restrictions on transfers as described in the Offering Circular and the indenture pursuant to which the Securities will be issue (the "Indenture").

By accepting this information, (A) you agree that you are (1)(a) a qualified institutional buyer (as defined in Rule 144A of the Securities Act and/or an "Accredited Investor" (as defined under Regulation D under the Securities Act) or (b) not a U.S. Person (as defined in Regulation S under the Securities Act) in accordance with Regulation S and (2) are also a "qualified purchaser" for purposes of the Investment Company Act of 1940 and (B) you understand that the Securities have not been and will not be registered under the Securities Act or the securities laws of any state and may not be offered, sold or otherwise transferred unless an exemption from registration under the Securities Act and applicable state securities laws is available.

This material is not intended for distribution to, or to be used by, any person or entity in any jurisdiction or country which distribution or use would be contrary to law or regulation.

Neither Citigroup nor any of its affiliates makes any representation or warranty, express or implied, as to the accuracy or completeness of the Information. Information or data about past performance is no assurance of future results. Information and materials related to CSAC and its affiliates have been provided by CSAC. Citigroup has not independently verified such information and is not responsible for the content of such information.

This material contains "forward-looking" information. Such information may include, among other things, projections, forecasts or estimates of cashflows, yields or return, scenario analyses and proposed or expected portfolio composition. The forward-looking information is based upon certain assumptions about future events or conditions and is intended only to illustrate hypothetical results under those assumptions (not all of which are specified herein). Actual events or conditions are unlikely to be consistent with, and may differ materially from, those assumed. In addition, not all relevant events or conditions may have been considered in developing such assumptions. Accordingly, actual results will vary and the variations may be material. You should understand such assumptions and evaluate whether they are appropriate for your purposes.

No representation is made that the Securities will actually perform as described in any of the illustrative calculations presented herein. Actual results will differ, and may differ substantially, from those illustrated in the Information. Illustrative performance results are based on mathematical models that calculate those results by using inputs that are based on assumptions about a variety of future conditions and events.

As with all mathematical models, results may vary significantly depending upon the value of the inputs given, so that a relatively minor modification of an assumption may have a significant impact on the result. Future conditions and events are unlikely to match those assumed, both because it is impossible to predict the future and because the inherent limitations of the modeling process require the relevant conditions and events to be significantly simplified in order to generate inputs to the model. Among other things, the illustrative calculations do not take into account all aspects of the applicable security's characteristics under certain conditions, including characteristics that can have a significant impact on the results. For example, the illustrative calculations do not indicate the effects of redemption or call events and cash flow priorities at all prepayment levels and/or interest rates. Further, in evaluating the illustrative performance results, you should understand that not all of the hypothetical assumptions used in the model are described herein, and conditions and events that are not accounted for by the model may have a significant effect on the performance of the Securities.

Neither Citigroup nor any of its affiliates makes any representation or warranty, expressed or implied, as to the reasonableness of any assumptions used in calculating the illustrative performance information or the accuracy (mathematical or otherwise) or validity of such information. You should consider whether the behavior of the Securities should be tested based on different and/or additional assumptions from those included in the Information. In addition, the models used in

Confidential Treatment Requested by Citi

CITI 09570333

citigroup

any analysis may be proprietary, making the results difficult or impossible for any third party to reproduce. You may contact your Citigroup sales representative for detailed explanations of any modeling techniques employed in the Information. We undertake no obligation to provide you with any updated information reflecting changed circumstances or changed interpretations of the same circumstances. CUSTOMIZED CALCULATIONS WITH ASSUMPTIONS SPECIFIED BY YOU CAN BE PERFORMED BY CITIGROUP AT YOUR REQUEST.

Citigroup is required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with Citigroup. Citigroup will ask for an investor's complete name, street address, and taxpayer ID number. Citigroup may also request corporate formation documents, or other forms of identification, to verify information provided.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports. So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

Except as otherwise permitted herein, distribution of this material to any person other than the person to whom this was originally delivered and to such person's advisors is unauthorized and any reproduction, in whole or in part, or the divulgence of its contents, without the prior consent of Citigroup in each such instance is prohibited.

For UK investors only: This document has been approved for distribution in the UK by Citigroup Global Markets Limited, which is regulated by the Financial Services Authority. The securities described herein are not available in the UK to private investors as defined by the Financial Services Authority.

For Hong Kong investors only: Citigroup represents and agrees that:

(a) will not offer or sell in Hong Kong, by means of any document, any Securities other than (i) to persons whose ordinary business is to buy or sell shares or debentures (whether as principal or agent); or (ii) to "professional investors" as defined in the Securities and Futures Ordinance (Cap. 571) of Hong Kong and any rules made under that Ordinance; or (iii) in other circumstances which do not result in the document being a "prospectus" as defined in the Companies Ordinance (Cap. 32) of Hong Kong or which do not constitute an offer to the public within the meaning of that Ordinance; and
(b) it has not issued or had in its possession for the purposes of issue, and will not issue or have in its possession for the purposes of issue, whether in Hong Kong or elsewhere, any advertisement, invitation or document relating to the Securities, which is directed at, or the contents of which are likely to be accessed or read by, the public of Hong Kong (except if permitted to do so under the securities laws of Hong Kong) other than with respect to Securities which are or are intended to be disposed of only to persons outside Hong Kong or only to "professional investors" as defined in the Securities and Futures Ordinance and any rules made under that Ordinance.

For China investors only:

These materials do not constitute and offer or a solicitation of an offer they are for educational purposes only. These materials are for the indented recipient only and must not be copied and/or distributed within the PRC. If you are not the intended recipient of these materials please destroy them immediately and contact the sender. Credit Suisse Alternative Capital, Inc. has represented and agreed that neither it nor any of its affiliates has offered or sold or will offer or sell any of the Securities in the People's Republic of China (excluding Hong Kong, Macau and Taiwan) as part of the initial distribution of the Securities.

For Thailand investors only:

Citigroup has represented, warranted and agreed that it has not offered or sold and will not offer or sell any Securities and it has not distributed and will not distribute any other documents or material in connection with the Securities, either directly or indirectly, in Thailand or to any resident of Thailand.

Confidential Treatment Requested by Citi

CITI 09570334

*For Korea investors only:*

NO REPRESENTATION IS MADE WITH RESPECT TO THE ELIGIBILITY OF ANY RECIPIENTS OF THIS MARKETING MATERIAL TO ACQUIRE THE SECURITIES DESCRIBED HEREIN UNDER THE LAWS OF KOREA, INCLUDING BUT WITHOUT LIMITATION THE FOREIGN EXCHANGE TRANSACTION ACT AND REGULATIONS THEREUNDER. PROSPECTIVE INVESTORS WHO ARE KOREAN RESIDENTS SHOULD BE ADVISED OF THE INVESTMENT PROCEDURES UNDER THE LAWS OF KOREA, INCLUDING BUT WITHOUT LIMITATION, FILING REQUIREMENTS UNDER THE FOREIGN EXCHANGE TRANSACTION ACT AND REGULATIONS THEREUNDER.

THE SECURITIES HAVE NOT BEEN REGISTERED UNDER THE SECURITIES AND EXCHANGE ACT OF KOREA OR THE INDIRECT INVESTMENT ASSET MANAGEMENT BUSINESS ACT OF KOREA, AND NONE OF THE SECURITIES MAY BE OFFERED, SOLD OR DELIVERED, DIRECTLY OR INDIRECTLY, IN KOREA OR TO ANY RESIDENT OF KOREA, OR TO ANY PERSON FOR RE-OFFERING OR RESALE, DIRECTLY OR INDIRECTLY, IN KOREA OR TO ANY RESIDENT OF KOREA, EXCEPT AS PERMITTED BY APPLICABLE LAWS AND REGULATIONS OF KOREA.

*For Taiwan investors only:*

Any offering or sales activities in connection with offshore securities in the territory of Taiwan are strictly regulated. Any offering or sales of the Securities in the territory of Taiwan or to Taiwanese investors must be subject to certain restrictions under the applicable laws and rules. Each subscriber or purchaser of the Securities must seek professional opinions on its eligibility in subscribing or purchasing the Securities and represents and warrants that it is duly qualified to subscribe or purchase the Securities under the applicable Taiwanese laws and rules. Any holder of the Securities might be restricted from reselling the Securities in Taiwan except as otherwise approved by the regulator in Taiwan or according to applicable Taiwanese laws or rules.

*For Singapore investors only:*

We acknowledge that this presentation has not been registered as a prospectus with the Monetary Authority of Singapore. Each dealer will represent, warrant and agree that it will not offer or sell such Securities or cause such Securities to be made the subject of an invitation for subscription or purchase, and has not circulated or distributed, nor will it circulate or distribute this presentation or any other document or material in connection with the offer or sale, or invitation for subscription or purchase, of such Securities, whether directly or indirectly, to persons in Singapore other than (i) to an institutional investor under Section 274 of the Securities and Futures Act, Chapter 289 of Singapore (the "SFA"), (ii) to a relevant person pursuant to Section 275(1), or any person pursuant to Section 275(1A), and in accordance with the conditions specified in Section 275 of the SFA or (iii) otherwise pursuant to, and in accordance with the conditions of, any other applicable provision of the SFA.

Where Securities are subscribed or purchased under Section 275 by a relevant person which is:

(a) a corporation (which is not an accredited investor) (as defined in Section 4A of the SFA) the sole business of which is to hold investments and the entire share capital of which is owned by one or more individuals, each of whom is an accredited investor; or
(b) a trust (where the trustee is not an accredited investor) whose sole purpose is to hold investments and each beneficiary of the trust is an individual who is an accredited investor,

shares, debentures and units of shares and debentures of that corporation or the beneficiaries' rights and interest (howsoever described) in that trust shall not be transferred within 6 months after that corporation or that trust has acquired the shares pursuant to an offer made under Section 275 except:
(i) to an institutional investor (for corporations, under Section 274 of the SFA) or to a relevant person defined in Section 275(2) of the SFA, or to any person pursuant to an offer that is made on terms that such shares, debentures, and units of shares and debentures of that corporation or such rights and interest in that trust are acquired at a consideration of not less than S$200,000 (or its equivalent in a foreign currency) for each transaction, whether such amount is to be paid for in cash or by exchange of securities or other assets, and further for corporations, in accordance with the conditions specified in Section 275 of the SFA;
(ii) where no consideration is or will be given for the transfer; or

Confidential Treatment Requested by Citi

CITI 09570335

Case 1:11-cv-07388-JSR Document 49-53 Filed 05/23/12 Page 11 of 16



(iii) where the transfer is by operation of law.

<u>For Philippines investors only:</u>

In accordance with the requirements of the Securities Regulation Code ("SRC") and the Securities and Exchange Commission ("SEC"), we hereby disclose that: THE SECURITIES BEING OFFERED OR SOLD HAVE NOT BEEN REGISTERED WITH THE SEC UNDER THE SRC. ANY FUTURE OFFER OR SALE OF THE SECURITIES IS SUBJECT TO REGISTRATION REQUIREMENTS UNDER THE SRC UNLESS SUCH OFFER OR SALE QUALIFIES AS AN EXEMPT TRANSACTION.

The Securities are being offered to investors in the Philippines on the understanding that each such offeree is a "qualified buyer" as defined in the SRC/this is a private placement to fewer than twenty (20) investors in the Philippines within a twelve-month period. Consequently, the offer of the Securities to such offeree is exempt from registration with the SEC under Sections [10.1(1)/10.1(K)] of the SRC. A confirmation of exception from the SEC that the offer and sale of the Securities in the Philippines so qualifies as an exempt transaction has not been obtained.

2007 Citigroup Global Markets Inc. Member SIPC. All rights reserved. CITIGROUP and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world.

2007 Citigroup Global Markets Limited. Authorized and regulated by the Financial Services Authority. All rights reserved. CITIGROUP and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world.

Confidential Treatment Requested by Citi

CITI 09570336

# Table of Contents

IMPORTANT NOTICE

1  TRANSACTION OVERVIEW

2  THE MANAGER
   A.  Credit Suisse Alternative Capital – Firm Overview
   B.  Portfolio Construction and Management
   C.  Credit Suisse Alternative Capital – Performance

3  STRUCTURAL ANALYSIS

APPENDIX
   A.  RISK FACTORS
   B.  CREDIT DEFAULT SWAP OVERVIEW
   C.  BIOGRAPHIES

Confidential Treatment Requested by Citi

CITI 09570337

# 1 TRANSACTION OVERVIEW



This document outlines a potential investment vehicle structure and makes certain assumptions about the modeling parameters and market environment, including projections about the underlying assets, a part or all of which have yet to be purchased. The structure and assumptions contained herein are subject to change at anytime due to market conditions and other factors. Investment strategies may not achieve the desired results due to implementation lag, other timing factors, portfolio management decision-making, economic or market conditions or other unanticipated factors. The views and forecasts expressed in this presentation are as of January 2007, are subject to change without notice, may not come to pass and do not represent a recommendation or offer of any particular security, strategy, or investments.

Confidential Treatment Requested by Citi

CITI 09570338

citigroup

# Overview

▶ Class V Funding III, Ltd. (the "Issuer" or the "CDO") is a $[1.0] billion static CDO referencing ABS CDOs (the "Portfolio")

▶ The collateral manager is Credit Suisse Alternative Capital, Inc. ("CSAC" or the "Manager")

▶ The capital structure will be approximately [70]% unfunded, providing investors with a more efficient execution of the senior risk

▶ The Portfolio is expected to have an average rating of [A2]. It is anticipated that [100]% of the collateral in the Portfolio will be rated at or above [A3] by Moody's at closing

▶ Initial Portfolio will be comprised of [90]% synthetic assets

▶ The Class C Notes [Baa2/BBB] will be subject to an early amortization feature where on each Payment Date commencing on the [second] Payment Date, [25]% of the cashflows that would otherwise be paid to the Income Notes will be diverted to pay principal on the Class C Notes

1

Confidential Treatment Requested by Citi

CITI 09570339

# Transaction Details[1]

- The CDO will issue funded notes (the "Notes") rated "AAA" through "BBB" and funded income notes (the "Income Notes")
- Net proceeds from the issuance of the Notes and Income Notes will be invested in approximately $[100]MM of cash securities and the remainder will be invested in high quality assets ("Eligible Investments") and placed into an account (the "CDS Asset Collateral Account")

| | Class S[2] | Class A1A Unfunded SS[3] | Class A1B | Class A2 | Class A3 | Class B | Class C[4] | Income Notes |
|---|---|---|---|---|---|---|---|---|
| Rating (M/S) | [Aaa/AAA] | [Aaa/AAA] | [Aaa/AAA] | [Aaa/AAA] | [Aa2/AA] | [A2/A] | [Baa2/BBB] | [NR/NR] |
| Principal (mm) | [39.2] | [500.0] | [200.0] | [120.0] | [75.0] | [50.0] | [35.0] | [22.0] |
| % of Structure | – | [50.0]% | [20.0]% | [12.0]% | [7.5]% | [5.0]% | [3.5]% | [2.2]% |
| % Subordination | – | [50.0]% | [30.0]% | [18.0]% | [10.5]% | [5.5]% | [2.0]% | – |
| WAL (yrs)[5] | [2.6] | [5.7] | [5.7] | [6.5] | [6.5] | [6.5] | [5.7] | – |
| Legal Stated Maturity | [2015] | [2047] | [2047] | [2047] | [2047] | [2047] | [2047] | [2047] |
| Coupon | 3mL + [ ] bps | [ ] bps | 3mL + [ ] bps | 3mL + [ ] bps | 3mL + [ ] bps | 3mL + [ ] bps | 3mL + [ ] bps | N/A |

## Coverage Tests

| | Class A | | Class B | | Class C[6] | |
|---|---|---|---|---|---|---|
| | Test | Initial Level | Test | Initial Level | Test | Initial Level |
| Principal Coverage Test: | [103.7]% | [111.7]% | [100.8]% | [105.8]% | [100.0]% | [102.0]% |
| Interest Coverage Test: | [111.0]% | [145.5]% | [108.0]% | [124.8]% | [105.0]% | [109.0]% |

[1] Terms and structure are indicative and may change prior to the closing date.
[2] The Class S notes will be pari passu with the Class A1A notes for principal & interest and will be paid primarily with interest proceeds.
[3] The Class A1A notes are not offered hereby and will be issuable from time to time in Class A1A note fundings to the Class A1A designee in an aggregate amount up to the aggregate Class A1A swap notional amount.
[4] The Class C Notes will be subject to an early amortization feature where on each Payment Date commencing on the [second] Payment Date, [25]% of the cashflows that would otherwise be paid to the Income Notes will instead be diverted to pay principal on the Class C Notes.
[5] WAL is based on certain assumptions including a successful call in year [8].
[6] The Class C principal coverage test and interest coverage test use interest, but not principal, to amortize the Class C Notes, if triggered. Principal will then be used to pay down senior classes in an amount necessary to cure the tests.

citigroup

2

Confidential Treatment Requested by Citi

CITI 09570340

# Indicative Transaction Structure[1]



[1] Terms and structure are indicative and may change prior to the closing date.

3

Confidential Treatment Requested by Citi

CITI 09570341