# Indicative Target Asset Allocation[1]



▲ The Portfolio is expected to consist of approximately [55] issues with a projected average rating of [A2/A]

▲ All of the assets in the initial portfolio will be rated at [A3/A-] or above

▲ The Portfolio is expected to be [90]% ramped on the closing date

---

[1] Portfolio targets are indicative and subject to change.

4

citigroup

Confidential Treatment Requested by Citi

CITI 09570342

# Indicative Transaction Terms[1]

| | |
|---|---|
| Issuer: | Class V Funding III, Ltd. |
| Manager: | Credit Suisse Alternative Capital, Inc. |
| Transaction Type: | A rule 3(c)(7) exempt Collateralized Debt Obligation |
| Pricing Date: | [ ], 2007 |
| Closing Date: | [ ], 2007 |
| Form of Issue/Delivery: | Rule 144A and Regulation S eligible (Global Notes), Physical Certificates for 144A Income Notes and Accredited Investor Purchasers of Class B and C Notes and Income Notes |
| Payment Interval: | [Quarterly] |
| Senior Collateral Management Fee: | [10] bps |
| Non-call Period | [3] years |
| Trading: | Manager has the discretion to sell (without reinvesting proceeds from sales) any credit impaired and/or defaulted assets |

[1] The information presented is preliminary and subject to change. Actual terms of the transaction may vary. Refer to the Offering Circular for a complete listing of transaction terms.

citigroup

5

Confidential Treatment Requested by Citi

CITI 09570343



**2    THE MANAGER**

*Information related to CSAC, its personnel, organization, affiliates, processes and historical performance has been provided by CSAC. Citigroup is not responsible for the content of the following section and has not independently verified any such information.*

Confidential Treatment Requested by Citi

CITI 09570344

citigroup

**A.    Credit Suisse Alternative Capital – Firm Overview**

*Information related to CSAC, its personnel, organization, affiliates, processes and historical performance has been provided by CSAC. Citigroup is not responsible for the content of the following section and has not independently verified any such information.*

Confidential Treatment Requested by Citi

CITI 09570345



# Firm Overview

- ▲ Credit Suisse Alternative Capital, Inc. is an indirect subsidiary of Credit Suisse Group

- ▲ Credit Suisse Group is a leading global financial services company headquartered in Zurich. Credit Suisse Group is engaged in investment, private, and commercial banking, and asset management. Credit Suisse Group's registered shares (CSGN) are listed in Switzerland and Frankfurt, and in the form of American Depositary Shares (CSR) in New York

- ▲ Founded in 1856, Credit Suisse Group has 150 years of history and operates in over 50 countries with approximately 45,000 staff of over 100 different nationalities.

6

Confidential Treatment Requested by Citi

CITI 09570346

# Firm Overview (continued)

CREDIT SUISSE ALTERNATIVE INVESTMENTS IS ONE OF THE PREMIER CREDIT & STRUCTURED PRODUCT INVESTMENT MANAGERS

▲ Credit Suisse Alternative Investments' Leveraged Investments Group ("LIG") through Credit Suisse Alternative Capital, Inc., will manage Class V Funding III, Ltd.

▲ LIG has two core competencies

• Managing credit risk assets

• Structured products

▲ Assets under management—approximately $15.0 billion market value, including $2.49 billion in structured products[1]



Senior Secured Loans 59.5%

Cash 5.6%

High Yield Bonds 12.5%

2nd Lien Loans 2.7%

Structured Products 19.7%

[1] Market value as of November, 2006. Includes uninvested principal cash and defaulted securities.

7

citigroup

Confidential Treatment Requested by Citi

CITI 09570347

# Leveraged Investment Group (LIG) Organization

- LIG will have responsibility for the management of the CDO

## SENIOR MANAGEMENT

- John Popp, Managing Director*
  Group Head
  23 Years Experience
- Andrew Marshak, Managing Director*
  Portfolio Management & Trading
  17 Years Experience
- David Lerner, Managing Director*
  U.S. Leveraged Loans
  17 Years Experience
- Thomas Flannery, Director*
  U.S. High Yield Bonds
  11 Years Experience
- Glenn Clarke, Director**
  Europe
  10 Years Experience
- Michael Shackelford, Director
  ABS
  14 Years Experience
- Richard Quin, Director
  Asia/Pacific
  18 Years Experience
- Lauri Whitlock, Director
  Chief Operating Officer
  17 Years Experience

## CREDIT ANALYSTS

### U.S.

Linda Karn - 12 Years*
Director
- Media & Telecommunications
- Printing and Publishing

Vance Shaw, CFA - 25 Years
Director
- Oil & Gas
- Utilities

Ed DeBruyn - 9 Years
Vice President
- Manufacturing
- Paper & Packaging

Louis Farano - 13 Years
Vice President
- Consumer Products
- Food, Beverage & Tobacco

Ryan Lim - 7 Years
Vice President
- Building Products
- Ecological
- Metals & Mining

David Mechlin - 1 Year
Analyst
- Technology

James Potesky - 21 Years
Director
- Chemicals
- Industrials

Adrienne Dale - 7 Years
Vice President
- Automotive
- Retail & Restaurants

Nicholas Milovich - 10 Years
Vice President
- Aerospace & Defense
- Cargo & Transportation
- Healthcare

Raphael Savitz - 6 Years
Vice President
Hedge Fund

Ramin Kamali - 5 Years
Associate
- Financial Services
- Homebuilding
- Real Estate

Ilan Friedman - 6 Years
Associate
Trading

Berchmans Rivera - 1 Year
Analyst
- Gaming, Hotels

### Europe

Daragh Murphy, CFA - 8 Years
Vice President

Regan Hoult, CFA - 7 Years
Vice President

Ayesha Chenoy - 5 Years
Associate

Roberta Girard - 6 Years
Associate

Jakob von Kalckreuth - 4 Years
Associate

### ABS

Samir Bhatt - 10 Years
Director

Judy Sun - 8 Years
Vice President

William Nunez - 12 Years
Vice President

Adam Kaplan - 7 Years
Associate

Brian Herr - 8 Years
Associate

### Asia/Pacific

Nik Persic - 8 Years
Vice President

## MIDDLE OFFICE

Bill Cirocco, Director

### CDO Manager

Jennifer Chin, VP Mgr.

### System Administration

Amy Altman, VP

### Investor Reporting

Charles Abraham, VP Mgr.
Giselle Almanzar, VP

### Trade Administration

John Ladigoski, VP Mgr.
Yancy Hoyos, AVP
Donya Ramsay, AVP
Jamie Abid, AVP
Ryan Wofford, AVP

### Portfolio Administration

Maggie Swales, VP Mgr.
Michelle Murissi, VP Mgr.
Paul Bodnar, AVP
Josh Mednick, AVP
Doreen Nitollano, AVP
Daryl Phills, AVP
Michelle Wagner
Andrew Worthington

* US and European Credit Committee member.
** European Credit Committee member.

citigroup

citigroup

# ABS Investment Team

▶ The 5 ABS investment committee members of LIG have extensive experience in structuring and investing in CDO's and ABS securities

| Name | Position | Years of Industry Experience |
|---|---|---|
| John G. Popp | Managing Director and LIG Group Head | 21 |
| Andrew H. Marsilak | Managing Director and Head of Portfolio Management | 15 |
| Michael Shackelford | Director and Portfolio Manager | 13 |
| Samir Bhatt | Director and Credit Analyst | 10 |
| Thomas Flannery | Director and Portfolio Manager | 16 |

▶ The ABS investment committee meets once a week to review the portfolio and discuss purchases made pursuant to established investment parameters. The committee also meets on an ad hoc basis to approve credits for purchase that are not included within approved investment parameters

▶ LIG ABS portfolios are managed by Michael Shackelford. Mr. Shackelford has over 13 years of investment experience, including managing ABS portfolios for the past 8 years and managing ABS CDO portfolios for the past 4 years

▶ LIG ABS credit research is headed by Samir Bhatt. Mr. Bhatt has over 10 years of ABS credit research experience, including 5 years of ABS credit research at Credit Suisse's investment bank, and 2 years of purchasing ABS credits for LIG CDO portfolios

9

Confidential Treatment Requested by Citi

CITI 09570349

# LIG CDO Vehicles Under Management

| CDO Vehicles | Original Target Asset Mix | Total Approximate Initial Capitalization ($MM) | Closing Date |
|---|---|---|---|
| First Dominion Funding I-III | 75% Loans / 25% Bonds | 2,500 | 1998 - 1999 |
| CSAM Funding I-IV | 75 - 90% Loans / 10-25% Bonds | 2,200 | 2001 - 2004 |
| Atrium I-V | 85-90% Loans / 10-15% Bonds | 2,614 | 2002 - 2006 |
| Madison Park I-III | 85-90% Loans / 10-15% Bonds | 2,099 | 2005 - 2006 |
| Castle Garden Funding | 85% Loans / 15% Bonds | 850 | Oct 2005 |
| Cadogan Square CLO I-III | 90% EURO Loans / 10% EURO Bonds | 1,862 | 2005-2006 |
| Class V Funding | ABS CDO's, CLO's and Real Estate CDO's | 205 | April 2005 |
| Class VI Funding | ABS CDO's, CLO's and Real Estate CDO's | 300 | May 2006 |
| Ridgeway Court Funding I | High Grade ABS Securities | 2,000 | July 2006 |
| Adams Square Funding I | Mezzanine ABS Securities | 500 | Dec 2006 |
| Other Vehicles | High Yield Bonds | 1,335 | 1998 - 2001 |
| Total | | $16,485 | |

[1] Leveraged Loans includes cash representing principal proceeds pending reinvestment in substitute portfolio assets.  High Yield Bonds includes CDO securities.

[2] Cadogan Square CLO I, II, and III are managed by the LIG team on behalf of Credit Suisse International.

[3] €1,410,400,000 @ 1.3199 as of December 31, 2006.

[4] Includes $338 MM of undrawn super senior swap.

[5] Other Vehicles" includes three CDO Vehicles currently managed by the LIG team consisting of primarily high yield bonds.  The current LIG team assumed the management of the Other Vehicles in connection with the acquisition of the asset management business of First Dominion Capital, LLC ("FDC") by DLJ Asset Management Group, Inc. ("DLJAM") and the subsequent acquisition of DLJAM by Credit Suisse in 2000.  Each of the CDO Vehicles was organized prior to the acquisition of FDC by DLJAM and the acquisition of DLJAM by Credit Suisse.

citigroup

10

Confidential Treatment Requested by Citi

CITI 09570350

**B.    Portfolio Construction and Management**

*Information related to CSAC, its personnel, organization, affiliates, processes and historical performance has been provided by CSAC. Citigroup is not responsible for the content of the following section and has not independently verified any such information.*

citigroup

Confidential Treatment Requested by Citi

CITI 09570351



# Investment Philosophy

▲ LIG utilizes a credit-intensive, relative value investment approach in managing structured finance assets

▲ LIG believes performance is driven by a strong credit culture and systematic investment process

- Income, not trading gains, is intended to be the primary contributor of return
- Relative value discipline – mark-to-market versus new issue pricing
- Focus on preservation of principal – protect against downside
- Efficient diversification of asset type, issuer and servicer

11

Confidential Treatment Requested by Citi

CITI 09570352

citigroup

# CDO Investment Process

Evaluation of Underlying Collateral

Evaluation of Transaction Structure

Evaluation of Collateral Manager

Credit Committee and Investment Process

Ongoing Transaction Monitoring and Surveillance

12

Confidential Treatment Requested by Citi

CITI 09570353

citigroup

# CDO Investment Process

▲ Evaluation of Transaction Structure
- Analysis of structural features and protections
- Specific collateral quality tests including investment restrictions
- Projected Cash-Flow from underlying collateral through CDO waterfall
- Break-even collateral default and loss levels for
  - Break in yield
  - 0% yield

▲ Evaluation of Collateral Manager
- Understanding the collateral manager's overall strategy and their motivation for the CDO transaction
- Manager organizational structure and resources dedicated to credit analysis and surveillance
- Historical performance of previous CDO transactions and/or manager track record as related to the underlying asset classes of particular CDO

▲ Evaluation of Underlying Collateral
- Break-down of assets by credit rating and underlying asset classification
- Further analysis of larger positions and/or lower-rated assets, including discussion with collateral manager or obtaining manager credit report
- Review purchase prices of underlying securities and recent mark-to-market (if secondary position) including valuation of hedges

13

Confidential Treatment Requested by Citi

CITI 09570354

citigroup

# CDO Investment Process (continued)

▶ Ongoing Transaction Monitoring and Surveillance

Monitor CDO performance by evaluating distribution reports for:

- Collateral Characteristics
  - WARF, WAL, WAC, Weighted Average Spread
  - Compliance of OC/IC Coverage Tests
  - Change in underlying collateral mix
  - Fixed-rate assets vs. Size of hedge(s)
- Cash Flow Characteristics
  - Interest and Principal payments to debt classes
  - Hedge payments
  - Equity distributions
- Surveillance of underlying collateral characteristics:
  - Rating changes of underlying collateral
  - Delinquency and default performance of underlying ABS securities
  - Changes in credit outlook of underlying leveraged loans or bonds
  - Price movements of underlying collateral
- Surveillance Tools:
  - Distribution Reports
  - Rating agency reports and surveillance
  - Intex historical performance data

14

Confidential Treatment Requested by Citi

CITI 09570355

# CDO/ABS Investment Process

| Issuer and Service | Underlying Collateral | Transaction Structure | Investment Decision | Monitoring and Surveillance |
|---|---|---|---|---|
| ➢ Understand the Issuer's underwriting guidelines, methodology and exception process<br><br>➢ Review historical performance of issuer's previous transactions<br><br>➢ Assess servicer's resources dedicated to loan servicing and loss mitigation and firm's financial strength<br><br>➢ Research servicer's track record as related to the underlying collateral | ➢ Examine key collateral characteristics (e.g., FICO, LTV, IO's, MTA's, 2nd liens, etc)<br><br>➢ Scrutinize detailed break-down of collateral (e.g., by credit score, loan-to-value ratio, etc)<br><br>➢ Derive defaults and loss curves using historical data | ➢ Study structural features and protections<br><br>➢ Determine cash flow from underlying collateral through deal waterfall<br><br>➢ Develop breakeven scenarios by adjusting default/loss levels, prepay speeds, interest rates and deal triggers | ➢ Discuss issuer/servicer, collateral and structure<br><br>➢ Appraise loss coverage ratio versus rating<br><br>➢ Compare relative value versus other available credits<br><br>➢ Consensus decision making | ➢ Monitor key performance statistics using internal surveillance system<br><br>➢ Track performance versus original expectations<br><br>➢ Investigate poor performance<br><br>➢ Obtain regular mark-to-market pricing<br><br>➢ Evaluate performance and pricing for buy/sell/hold decision |

citigroup

15

Confidential Treatment Requested by Citi

CITI 09570356



# Case Study—Key Asset Characteristics

▶ Scrutinize key collateral characteristics

▶ Examine detailed breakdown of collateral

▶ Derive default and loss curves using historical data



16

Confidential Treatment Requested by Citi

CITI 09570357