"Stranded Utility Asset Securities": Asset Backed Securities backed by cash flow from stranded utility assets and other costs authorized for recovery by state law in the jurisdiction of the related utility.

"Structured Finance Security": Any CDO Security, CMBS Security or other registered asset backed security, including any CDS Asset, the CDS Reference Obligation with respect to which is a Structured Finance Security; *provided*, that either such security (or, with respect to a CDS Asset or Covered Short CDS Asset, the CDS Reference Obligation) is treated as debt for U.S. federal income tax purposes or the issuer thereof is not a U.S. person and is treated as a corporation that is not a United States real property holding corporation as defined in Section 897(c)(2) of the Code for U.S. federal income tax purposes.

"Structured Settlement Security": A security that provides for the disbursement of money for an injured person's legal claim where all or part of the arrangement calls for future periodic payments.

"Student Loan Securities": Securities that entitle the holders thereof to receive payments that depend (except for rights or other assets designed to assure the servicing or timely distribution of proceeds to holders of the securities) on the cash flow from loans made to students (or their parents) to finance educational needs.

"Tax Lien Securities": Asset Backed Securities that entitle the holders thereof to receive payments that depend (except for rights or other assets designed to assure the servicing or timely distribution of proceeds to holders of the Asset Backed Securities) on the cash flow from a pool of tax obligations owed by businesses and individuals to state and municipal governmental taxing authorities, generally having the following characteristics: (1) the obligations have standardized payment terms and require minimum payments; (2) the tax obligations are obligations of numerous borrowers and accordingly represent a very diversified pool of obligor credit risk; and (3) the repayment stream on the obligation is primarily determined by a payment schedule entered into between the relevant tax authority and obligor, with early repayment on such obligation predominantly dependent upon interest rates and the income of the obligor following the commencement of amortization.

"Time Share Securities": Asset Backed Securities that entitle the holders thereof to receive payments that depend primarily on the cash flow from residential mortgage loans (primarily secured on a first priority basis, subject to permitted liens, easements and other encumbrances) by residential real estate the proceeds of which were used to purchase fee simple interests in timeshare estates in units in a condominium, generally having the following characteristics: (1) the mortgage loans have standardized payment terms and require minimum monthly payments; (2) the mortgage loans are obligations of numerous borrowers and accordingly represent a diversified pool of obligor credit risk; (3) repayment of such securities can vary substantially from their contractual payment schedules and depends entirely upon the rate at which the mortgage loans are repaid; and (4) the repayment of such mortgage loans is subject to a contractual payment schedule, with early prepayment of individual loans depending on numerous factors specific to the particular obligors and upon whether, in the case of loans bearing interest at a fixed rate, such loans or securities include an effective prepayment premium and with early repayment depending primarily on interest rates and the sale of the mortgaged real estate and related dwelling and generally no penalties for early repayment.

"Tobacco Settlement Securities": Asset Backed Securities that entitle the holders thereof to receive payments that depend (except for rights or other assets designed to assure the servicing or timely distribution of proceeds to holders of the Asset Backed Securities) on the cash flow from receivables representing the right of litigation claimants in legal actions related to tobacco products to receive future scheduled payments under settlement agreements that are funded by annuity contracts, which receivables may have varying maturities.

"Toggle Security": Any floating rate security that is a U.S. agency security and has a complex condition on its floating rate.

Confidential Treatment Requested by Ambac

AMB-V_00045347

## INDEX OF DEFINED TERMS

ABS CDO Security ............................................. 180
ABS Small Business Loan Securities .................... 180
Accounts ........................................................... 143
Accredited Investor ........................................... 143
Accrued Interest Purchased With Principal .......... 143
ACI ................................................................... 100
Actual Interest Amount ....................................... 86
Additional Fixed Amounts .................................. 143
Administration Agreement .................................... 53
Administrative Expenses ..................................... 143
Administrator ......................................................... 2
Advisers Act ..................................................... 143
Affected Bank .................................................... 122
Affiliate ............................................................ 143
Aircraft Securities ............................................. 180
Applicable Class A1 Swap Notional Amount ....... 143
Applicable Issuer .............................................. 143
Applicable Recovery Rate .................................. 143
Approved Ratings Threshold ............................... 143
Articles ............................................................... 52
Asset Backed Securities ..................................... 180
Automobile Lease Securities .............................. 180
Automobile Loan Securities ............................... 180
Available Funds ................................................ 144
Average Life ..................................................... 144
Balance Sheet CDO Security .............................. 180
Bank ................................................................... 42
Bank Trust Preferred CDO Security .................... 180
Base Rate .......................................................... 144
Base Rate Reference Bank .................................. 144
Benefit Plan Investor .......................... 50, 126, 135
Benefit Plan Investor Limitation ......................... 136
BTB Counterparty ............................................... 46
Business Day ..................................................... 144
Cap Corridor Floater .......................................... 180
Capacity Subaccount ........................................... 91
Cash .................................................................. 144
Cash Asset ........................................................ 144
Cashflow Swap Agreement ................................... 93
Cashflow Swap Collateral Account ....................... 90
Cashflow Swap Counterparty ......................... 2, 93
Cashflow Swap Counterparty Ratings
    Requirement .................................................. 144
Cashflow Swap Fee Payment .............................. 144
Cashflow Swap Payment ..................................... 145
Cashflow Swap Payments—Defaulted ................. 145
Cashflow Swap Ratings Determining Party .......... 145
Cashflow Swap—Collateralization Event ............. 94
Cashflow Swap—Deferred Shortfall Amount ....... 144
Cashflow Swap—Interest Rate ............................ 144
Cashflow Swap—Interest Shortfall Amount ......... 145
Cashflow Swap—Shortfall Amount ...................... 145
Cashflow Swap—Substitute Party ........................ 95

Cashflow Swap—Substitution Event ..................... 95
Cashflow Swap—Suspension Event ..................... 145
Catastrophe Bond .............................................. 181
CBO Security ..................................................... 181
CDO Assets ....................................................... 145
CDO of CDO Security ........................................ 181
CDO Securities .................................................. 181
CDO Vehicles .................................................... 100
CDS Asset ......................................................... 145
CDS Asset Capacity Amount .............................. 146
CDS Asset Collateral Account .............................. 90
CDS Asset Counterparties ..................................... 18
CDS Asset Counterparty ..................................... 146
CDS Asset Counterparty Forbearance .................. 146
CDS Asset Counterparty Termination Payment .... 147
CDS Asset Interest Payment ............................... 147
CDS Asset Interest Reimbursement ..................... 147
CDS Asset Issuer Account ................................... 91
CDS Asset Loss Payment .................................... 147
CDS Asset Payment ........................................... 147
CDS Asset Principal Payment ............................. 147
CDS Asset Principal Reimbursement ................... 147
CDS Asset Writedown Reimbursement ................ 147
CDS Asset/SCA Issuer Termination Payment ....... 147
CDS Assets .......................................................... 18
CDS Cash Settlement Payment ........................... 147
CDS Collateral Agreement ................................... 13
CDS Collateral Credit Enhancement Event ......... 147
CDS Collateral Elective Withdrawal ................... 148
CDS Collateral Elective Withdrawal Effective
    Date ............................................................ 148
CDS Collateral Eligibility Criteria ...................... 148
CDS Collateral Eligible Securities ...................... 148
CDS Collateral Excess ....................................... 148
CDS Collateral Intraperiod Excess ...................... 148
CDS Collateral Investment Downgrade ............... 148
CDS Collateral Ratings Event ............................. 148
CDS Collateral Replacement Event ..................... 148
CDS Collateral Required Amount ........................ 149
CDS Collateral Securities Counterparty ................. 1
CDS Collateral Shortfall ..................................... 149
CDS Collateral Voting Notice ............................. 149
CDS Collateral Voting Notice Cut-Off Date ........ 149
CDS Collateral Voting Rights ............................. 149
CDS Collateral Voting Rights Event .................... 149
CDS Collateral Withholding Event ...................... 149
CDS Fixed Amount ............................................ 149
CDS Interest Shortfall ........................................ 149
CDS Issuer Up-Front Payment ............................ 150
CDS Payment Priority ........................................ 150
CDS Physical Settlement Payment ...................... 150
CDS Principal Shortfall ...................................... 150
CDS Reference Obligation .................................. 150

188

Confidential Treatment Requested by Ambac

AMB-V_00045348

CDS Reference Obligation Notional Amount ....... 151
CDS Reference Obligor ............................................ 151
Certificated Notes ..................................................... 23
CFC ......................................................................... 131
CGML ................................................................ 1, 69
Citigroup ..................................................................... 1
Class ........................................................................ 151
Class A Notes .......................................................... 151
Class A1 Designee .................................................... 66
Class A1 Eligible Investments ................................ 151
Class A1 Eligible Noteholder .................................. 151
Class A1 Mandatory Note Funding .......................... 151
Class A1 Mandatory Note Funding Reserve
    Account .................................................................. 92
Class A1 Note Amount ............................................ 151
Class A1 Note Funding .............................................. 66
Class A1 Note Funding Date .................................... 151
Class A1 Note Funding Request .............................. 151
Class A1 Note Funding Subaccount .......................... 91
Class A1 Notes ........................................................ 151
Class A1 Option Fee .................................................. 67
Class A1 Option Fee Rate .......................................... 11
Class A1 Requisite Ratings ...................................... 151
Class A1 Swap ........................................................... 11
Class A1 Swap Counterparty ....................................... 1
Class A1 Swap Notional Amount ............................... 11
Class A1 Swap Notional Amount—Average ........... 151
Class A1 Swap Ratings Event .................................. 151
Class A1 Swap Termination Date ................................ 5
Class A2 Notes ........................................................ 152
Class A3 Notes ........................................................ 152
Class A4 Notes ........................................................ 152
Class B Notes .......................................................... 152
Class C Component .................................................. 152
Class C Notes .......................................................... 152
Class Q Combination Note Notional Balance ......... 152
Class Q Combination Notes .................................... 152
Class S Notes .......................................................... 152
Clearstream ............................................................. 152
CLO Securities ....................................................... 181
Closing Date ............................................................... 5
CMBS Conduit Securities ...................................... 181
CMBS Credit Tenant Lease Securities ................... 181
CMBS Large Loan Securities ................................. 181
CMBS Securities .................................................... 182
CMBS Single Asset Securities ............................... 182
Code ........................................................................ 152
Co-Issued Notes ..................................................... 152
Co-Issuer .................................................................... 1
Co-Issuers .................................................................. 1
Collateral ................................................................... 14
Collateral Administration Agreement ....................... 77
Collateral Administrator .............................................. 1
Collateral Obligations ............................................. 152
Collection Account .................................................... 88
Commercial Mortgage Loans .................................... 31

Component .............................................................. 152
Conflicts Review Board ............................................ 44
Contingent CDO Security ....................................... 182
Corporate Trust Office ................................................ 1
Coverage Tests ....................................................... 152
Covered Short Available Spread Amount .............. 152
Covered Short CDS Asset ...................................... 153
Covered Short CDS Asset Additional Criteria ...... 153
Covered Short CDS Asset Collateral Account ...... 153
Covered Short CDS Asset Counterparty ............... 153
Covered Short CDS Asset Interest Payment .......... 153
Covered Short CDS Asset Premium Amount ........ 153
Covered Short CDS Asset Premium Test .............. 153
Covered Short CDS Asset Total Premium Test
    Amount ................................................................ 153
Covered Short CDS Criteria ................................... 153
Covered Short Matching Long Position ................. 154
Covered Short WAS Excess/Shortfall Amount ..... 154
Credit Card Securities ............................................. 182
Credit Derivatives Definitions .................................. 88
Credit Event .............................................................. 83
Credit Improved Security ....................................... 154
Credit Protection Amounts ....................................... 86
Credit Protection Payment ........................................ 83
Credit Risk Security ................................................ 154
CS ........................................................................... 101
CSS ................................................................... 42, 100
Custodial Account ................................................... 154
Custodian .................................................................... 1
Defaulted CDS Asset Termination Payments ........ 154
Defaulted Interest ................................................... 154
Defaulted Security .................................................. 155
Defaulted Security Amount .................................... 156
Deferrable Interest Notes ....................................... 156
Deliverable Obligation ........................................... 156
Depository .............................................................. 156
Designated Maturity ................................................. 57
determination date ..................................................... 82
Distressed Ratings Downgrade ................................. 84
DTC ........................................................................ 156
E.U. ........................................................................... 51
Eligible Collateral Debt Securities ........................... 14
Eligible Guarantee .................................................. 156
Eligible Guarantor .................................................. 156
Eligible Investment ................................................ 156
Eligible Replacement .............................................. 158
Eligible SPV ........................................................... 158
Eligible Successor ................................................... 110
Emerging Markets CDO Security ........................... 182
Emerging Markets Country ..................................... 158
Employee Services Agreement ............................... 100
Enhanced Equipment Trust Certificate ................. 182
Equipment Leasing Securities ................................ 182
Equity Security ....................................................... 158
ERISA ..................................................................... 135
ERISA Plans ........................................................... 135

Confidential Treatment Requested by Ambac

AMB-V_00045349

Euroclear..................................................................158
Event of Default .....................................................72
Exchange Act..........................................................158
Excluded Property ..................................................158
Exercise Amount .....................................................87
Exercise Percentage................................................87
Expected Interest Amount ......................................86
Expense Reserve Account .......................................89
Failure to Pay Interest............................................85
Failure to Pay Principal .........................................83
FFIEC .....................................................................138
Final Amortization Date .........................................83
Firm Offer..............................................................176
Fitch........................................................................159
Fixed Rate Security ...............................................159
Floating Rate Security ...........................................159
Floating Rate Security—Deemed ..........................159
Floating Rate Security—Deemed Asset Hedge.....159
Floating Rate Security—Deemed Spread...............159
Form-Approved ABS Asset Agreement..................159
Form-Approved CDO Asset Agreement .................159
Franchise Securities...............................................182
FRB .........................................................................159
FSMA........................................................................69
Future Flow Securities...........................................182
German Investors.............................................51, 133
Global Notes.............................................................23
Guaranteed Debt Security......................................183
Healthcare Securities .............................................183
Hedge Agreements .................................................159
Hedge Collateral.....................................................160
Hedge Collateral Account........................................89
Hedge Counterparty................................................160
Hedge Payment.......................................................160
Hedge Payments—Defaulted..................................160
Hedge Replacement Account ...................................90
Hedge Replacement Proceeds................................160
Hedge Termination Receipts ..................................160
Hedge Termination Receipts Account .....................89
Holder.....................................................................160
Home Equity Loan Securities.................................183
Implied Writedown ................................................160
Implied Writedown Amount...................................160
Implied Writedown Excess Payment
    Reimbursement Amount ....................................160
Implied Writedown Reimbursement Amount .........160
Income Note Component........................................160
Income Note Paying Agency Agreement .................55
Income Note Paying Agent.........................................1
Income Note Register .............................................160
Income Note Registrar.......................................1, 60
Income Notes..........................................................160
Increased Fixed Amounts ......................................161
Indenture.................................................................161
Indenture Register..................................................161
Indenture Registrar ...........................................1, 60

Index Security.........................................................183
Indirect Participants.................................................65
Initial CDS Agreement ............................................88
Initial CDS Asset Counterparty .................................1
Initial Offerees.......................................................115
Initial Purchaser.........................................................1
Initial Rating...........................................................161
Insurance Trust Preferred CDO Security ...............183
Interest Collection Account ...................................161
Interest Collections.................................................161
Interest Coverage Amount......................................161
Interest Coverage Ratio .........................................162
Interest Coverage Test ...........................................162
Interest Only Security ............................................183
Interest Shortfall ......................................................86
Interest Shortfall Amount ........................................85
Intermediation Fee...................................................88
Inverse Floating Rate Security...............................184
Investment Company Act .......................................162
Investment Criteria ..................................................82
Investment Tax Act ...........................................51, 133
Irish Listing Agent.....................................................2
Irish Note Paying Agent ............................................2
Irish Stock Exchange..............................................162
IRS..........................................................................129
ISDA.........................................................................82
Issuer ..........................................................................1
Junior Class ............................................................162
Key Counterparties.................................................162
LaSalle ........................................................................1
LIBOR.......................................................................57
LIBOR Determination Date......................................57
LIG ..................................................................42, 100
Listed Notes............................................................162
London Business Day ...............................................57
Majority ..................................................................162
Management Agreement.........................................100
Management Fee......................................................111
Management Fee Basis Amount..............................111
Manager................................................................1, 42
Manager Default.....................................................109
Manager Sections .......................................................v
Mandatory Funding/Ratings Provisions ..................67
Mandatory Redemption Date—Initial .......................5
Manufactured Housing Securities..........................184
Margin Stock ..........................................................162
Market Value ..........................................................162
Market Value CDO Security ..................................184
Master Agreement ....................................................82
Maturity ..................................................................163
Maturity Date—Final ................................................6
Maturity Date—Stated...............................................6
Measurement Date..................................................163
Minimum Reporting Requirements ..........................51
Monthly Report ........................................................79
Moody's ..................................................................163

Confidential Treatment Requested by Ambac

AMB-V_00045350

Moody's Asset Correlation Factor .......................... 163
Moody's Asset Correlation Factor—Maximum....... 20
Moody's First Rating Trigger Event ..................... 163
Moody's First Trigger Ratings Threshold ............. 163
Moody's Rating ................................................. 163
Moody's Rating Factor ...................................... 167
Moody's Rating Factor—Maximum ....................... 20
Moody's Recovery Rate ..................................... 168
Moody's Recovery—Minimum ............................... 21
Moody's Second Trigger Ratings Event ............... 168
Moody's Second Trigger Ratings Threshold ......... 168
Moody's Trading Restriction Event ..................... 168
Moody's Weighted Average Rating Factor ............ 169
Moody's Weighted Average Recovery Rate .......... 169
Multi-Sector CDO Securities ............................... 184
Mutual Fund Securities ...................................... 184
Natural Resource Security ................................. 184
Negative Amortization Security .......................... 184
Net Aggregate Adjusted Notional Amount ........... 169
NIM Security .................................................... 184
Non-Co-Issued Notes ........................................ 169
Non-U.S. Holder ............................................... 128
Non-U.S. Issuers ............................................... 47
Non-U.S. Person ............................................... 169
Note Calculation Agent ........................................ 1
Note Paying Agents ............................................. 2
Note Purchase Agreement .................................. 139
Noteholder ...................................................... 169
Notes ....................................................... i, 169
Offering Circular ................................................ ii
Offshore Transaction .......................................... 62
OID ............................................................... 129
OID Note ........................................................ 169
Oil and Gas Securities ....................................... 184
Optional Redemption Date—Initial ......................... 5
Ordinary Shares ................................................. 52
Other Indebtedness .......................................... 155
Outstanding .................................................... 169
Pari Passu Class ............................................... 170
participants ...................................................... 61
Parties in Interest ............................................ 135
Pay-As-You-Go Confirmation ............................. 170
Paying Agent ................................................... 170
Payment Account ............................................... 90
Payment Amount .............................................. 170
Payment Date ...................................................... 5
Payment Report ................................................. 79
Payment Requirement ......................................... 85
Period ............................................................ 170
Period End Date ............................................... 170
Periodic Interest .............................................. 170
Periodic Interest Accrual Period ......................... 170
Periodic Interest Cumulative Shortfall Amount .... 170
Periodic Interest Rate ....................................... 170
Periodic Interest Shortfall Amount ..................... 171
Person ............................................................ 171

PFIC ............................................................... 130
Physical Settlement Amount ................................ 87
PIK Bond ........................................................ 185
PIKing Bond .................................................... 185
PIKing Bond Amount ........................................ 171
Placement Agent .................................................. 1
Placement Agreement ....................................... 139
Plan Asset Regulation ....................................... 135
Plans ............................................................. 135
Portfolio Limitations ........................................... 21
Portfolio Quality Tests ........................................ 20
Posted Collateral Subaccount .............................. 91
Principal Balance .............................................. 171
Principal Balance Target ....................................... 2
Principal Balance—Aggregate ............................ 171
Principal Balance—Portfolio .............................. 171
Principal Collection Account .............................. 171
Principal Collections ......................................... 171
Principal Coverage Amount ............................... 171
Principal Coverage Discount Security ................. 172
Principal Coverage Ratio ................................... 172
Principal Coverage Test .................................... 172
Principal Only Security ..................................... 185
Priority of Payments ............................................ 9
Priority of Payments—Interest Collections ............. 6
Priority of Payments—Principal Collections ........... 9
Project Finance CDO Security ............................ 185
Project Finance Securities ................................. 185
Prospectus Directive .......................................... 51
PTCE ............................................................. 136
QEF ................................................................. 48
QIB ............................................................... 172
QP ................................................................ 172
Ramp-Up End Date .............................................. 5
Ramp-Up Period ............................................... 172
Rating Agency ................................................. 172
Rating Agency Confirmation .............................. 173
Ratings Confirmation Failure ..................... 20, 173
Real Estate CDO Securities .............................. 185
Real Estate Investment Trust Preferred Security ... 186
Redemption ......................................................... 6
Redemption Amount .......................................... 173
Redemption Date .............................................. 173
Redemption Price ............................................. 173
Reference Banks ................................................. 57
Registered ...................................................... 173
Regulation S ................................................... 173
Regulation S Global Notes .................................. 23
Regulation S Offeree ....................................... 115
Relevant Entity ................................................ 173
Relevant Implementation Date ........................... 139
Relevant Member State .................................... 139
Required Amount ............................................. 173
Requisite Noteholder ........................................ 173
Reserve Account .............................................. 173
Reserve Investments ........................................ 173

Confidential Treatment Requested by Ambac

AMB-V_00045351

Residential A Mortgage Securities .......................... 186
Residential B/C Mortgage Securities .................... 186
Restaurant and Food Services Securities ............... 186
RMBS Securities ................................................. 186
Rule 144A .......................................................... 173
Rule 144A Global Notes ....................................... 23
Rule 144A Offeree .............................................. 115
S&P ................................................................... 173
S&P Approved Ratings Threshold ........................ 174
S&P Break-Even Default Rate .............................. 174
S&P CDO Monitor ............................................... 174
S&P CDO Monitor Test ......................................... 21
S&P Current Portfolio .......................................... 174
S&P First Rating Trigger Event ............................ 174
S&P Loss Rate Differential ................................... 174
S&P Minimum Average Recovery Rate ................. 174
S&P Minimum Average Recovery Rate—
    Minimum ........................................................ 21
S&P Proposed Portfolio ....................................... 174
S&P Rating ......................................................... 174
S&P Recovery Rate .............................................. 175
S&P Required Ratings Downgrade Event .............. 175
S&P Required Ratings Threshold .......................... 176
S&P Scenario Default Rate ................................... 176
Sale Proceeds ...................................................... 176
SEC .................................................................... 176
Second Additional Fixed Amounts ........................ 176
Second Rating Trigger Event ................................ 176
Secured Note Paying Agent ..................................... 1
Secured Note Transfer Agent ................................ 176
Secured Notes ................................................. i, 176
Secured Obligations ............................................ 176
Secured Parties ................................................... 177
Securities Act ...................................................... 177
Semi-Annual Interest Reserve—Aggregate ........... 177
Semi-Annual Securities ........................................ 186
Semi-Annual Security Interest Reserve Amount ... 177
Senior CDO Security ............................................ 186
Senior Class ........................................................ 177
Share Register ..................................................... 177
Share Registrar ...................................................... 2
Share Trustee ......................................................... 2

Short CDS Assets ................................................ 177
Similar Law ........................................................ 135
Single-Tranche Synthetic CDO Security ............... 186
Spread ................................................................ 177
Static Bespoke CDO Security ............................... 186
Step-Down Bond ................................................. 186
Stranded Utility Asset Securities .......................... 187
Structured Finance Security ................................. 187
Structured Settlement Security ............................. 187
Student Loan Securities ........................................ 187
Subordinated CDS Asset/SCA Termination
    Payment ....................................................... 177
Subordinated Covered Short CDS Termination
    Payment ....................................................... 177
Tax Event ........................................................... 177
Tax Ineligible Investment .................................... 178
Tax Lien Securities .............................................. 187
Taxes ................................................................... 60
Temporary Regulation S Global Notes ................... 23
Termination Events ............................................... 88
Time Share Securities .......................................... 187
Tobacco Settlement Securities ............................. 187
Toggle Security ................................................... 187
Transaction Documents ........................................ 178
Treasury ............................................................... 50
Trustee ................................................................... 1
U.S. 10% Shareholder .......................................... 131
U.S. Collateral Debt Security ................................. 47
U.S. Holder ......................................................... 128
U.S. Person ......................................................... 178
U.S.$, $ or dollars ............................................... xiv
Underlying Instruments ....................................... 178
USA PATRIOT Act ................................................ 50
Warehousing Facility ............................................ 41
Weighted Average Life ........................................ 178
Weighted Average Life—Maximum ........................ 20
Weighted Average Spread .................................... 178
Weighted Average Spread—Minimum ................... 20
Writedown ........................................................... 84
Written Down Principal Balance ........................... 178
Written Down Security ......................................... 178

Confidential Treatment Requested by Ambac

AMB-V_00045352

## PRINCIPAL OFFICES OF THE CO-ISSUERS

**Class V Funding III, Ltd.**
P.O. Box 1093 GT
Queensgate House
South Church Street, George Town
Grand Cayman, Cayman Islands

**Class V Funding III, Corp.**
1209 Orange Street
Wilmington, Delaware 19801

## TRUSTEE, PRINCIPAL SECURED NOTE PAYING AGENT, INDENTURE REGISTRAR INCOME NOTE PAYING AGENT AND INCOME NOTE REGISTRAR

**LaSalle Bank National Association**
181 West Madison Street, 32nd Floor
Chicago, Illinois 60602

## TRANSFER AGENT

**LaSalle Bank National Association**
181 West Madison Street, 32nd Floor
Chicago, Illinois 60602

## IRISH LISTING AGENT

**Maples and Calder Listing Services Limited**
40 Lower Baggot Street
Dublin 2, Ireland

## IRISH NOTE PAYING AGENT

**Maples Finance Dublin**
40 Lower Baggot Street
Dublin 2, Ireland

## LEGAL ADVISERS

**To the Co-Issuers**

As to *United States* Law

**Milbank, Tweed, Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, New York 10005

As to *Cayman Islands* Law

**Maples and Calder**
P.O. Box 309 GT
Ugland House
South Church Street, George Town
Grand Cayman, Cayman Islands

**To the Initial Purchaser and
Placement Agent**

**Milbank, Tweed, Hadley & McCloy LLP**
One Chase Manhattan Plaza
New York, New York 10005

**To the Manager**
**White & Case LLP**
1155 Avenue of the Americas
New York, New York 10036

193

Confidential Treatment Requested by Ambac

AMB-V_00045353

# EXHIBIT 86

# Ambac

## Memo

To:     Thomas Gandolfo

Cc:     Scott Gordon, Mike Gerity

From:   David Salz, Christine Lachnicht, Vandana Sharma

Date:

Re:     Class V III – Surveillance Update

---

Class V Funding III was approved by the underwriting committee on March 16, 2007.

| | |
|---|---|
| Issuer | Class V Funding III. Ltd. |
| Manager | Credit Suisse Alternative Capital |
| Underwriter | Citigroup |
| Trustee | ABN AMRO |
| Legal Final | February 22, 2052 |
| Reinvestment Period | Limited over 3 years (up to 10% including redemptions) |
| Assets | 100% single A mezzanine  CDO of ABS (including 2% CDO^2) |
| Size | $1 billion |
| Ambac Attachment | 50% |
| Ambac Exposure | $500 |
| AAA Attachment | 18% |
| Controlling Class | The Class A1 Notes (protected by Ambac) |
| Funded/Unfunded | The class is unfunded.  Funded notes will be created after losses, physical settlements and cash investments (limited to 20%) exceed 50%.  Repayment of any funded note is senior in the interest and principal waterfall.  CDS counterparty is responsible to fund these amounts. |
| CDS Counterparty | BNP |
| Ambac CDS obligations | Ultimate payment of principal on any funded notes and timely payment of interest and commitment fees |

1

Confidential Treatment Requested by Ambac

AMB-V_00058925

Executive Summary on Rating Actions:

- All 58 of the assets in this CDO are single A rated tranches of mezzanine CDO of ABS. The assets underlying these mezzanine CDO of ABS are predominantly Baa2/Baa3 rated midprime/subprime RMBS.

- At the current time, 20% of the portfolio is on Moody's negative watch and 12% is on S&P's negative watch. The combined list is represents 26% of the portfolio. Although there have been no downgrades, the expectation is that downgrades will follow in the next two months. The portfolio suffered higher levels of rating actions as compared to a similar transaction (i.e., 888). However, if all tranches on watch (i.e., 26%) with zero recovery, Ambac would still have nearly 50% of its initial subordination (i.e., 24%).

- The transaction pays principal sequentially from origination and all OC and IC tests are passing at the current time. We expect that when the rating actions are finalized that junior OC tests may fail (next 6 months). In the short term, this is not too meaningful to us as expected portfolio principal amortization in the near term is minimal. As the next senior OC test fails, Ambac's exposure will begin declining through the diversion of excess cashflows through the interest waterfall.

- Pool is composed of both trigger and triggerless CDO of ABS. For trigger deals, the PIK (pay-in-kind) risk is that downgrades and incorporated asset haircuts in the overcollateralization tests of the underlying single A CDOs could lead to a shutoff of interest payments to the single A CDO. Triggerless deals do not have PIK risk. Initial assessment is that there is one transaction that may PIK in the near future (out of 58 investments). We do expect a few of the triggerless deals to be downgraded to the single B to double BB category based upon the percentage of underlying collateral downgraded.

- Underwriting stresses on the portfolio looked at a portfolio wide 3 notch downgrade (Aaa) and 6 notch downgrade (Aa2). Underwriting stresses including evaluating single A CDO losses based upon cumulative mortgage losses of 15-17% which exceeds the current view on the 2006 vintage. This result is explained in part by the diversification of asset pools in each underlying CDO of ABS (rating, vintage, asset type).

- What has changed since underwriting is an appreciation that as S&P drops more BBB/BB RMBS to CCC, synthetic transactions (most of the 2006 vintage) will experience overcollateralization test failures on trigger deals leading to a high probability of tranches PIKing; further, the right of the counterparty to deliver the security to the CDO has been accelerated as the CCC level allows physical settlement. Careful monitoring of trustee reporting is critical given the magnitude of changes in the underlyings.

- Based upon marks as of June 30, 2007 and provided to us by the manager, the portfolio was marked at $635 million (63.5%) (127% coverage to Ambac's class).

- Ambac's remedies beyond subordination are the following:

  o Overcollateralization and Interest Coverage diversion triggers.

  o Ability to replace the manager at effectively 177% of the initial exposure (currently 200.4%)

  o Ability to call an Event of Default at 169% of the initial exposure (currently 200.4%)

  o Ability to direct liquidation at effectively 125% of the initial exposure (currently 200.4%).

- In summary, this transaction will have additional marks. While we do not see a future claim, our level of confidence is less than with our other transactions and should be carefully monitored.

2

Confidential Treatment Requested by Ambac

AMB-V_00058926

## CLASS V FUNDING III, LTD. TRANSACTION SUMARY

| Overview of the transaction | CDO squared of Single A CDO of Mezzanine ABS.  The Moodys WARF at origination was 120 (A2).  Current WARF estimated to 147 (A2/A3).  Max WARF is 125.  (Aa2/Aa3).  There is one position in a CDO squared (2%) and one position in an RMBS bespoke (2%). |
|---|---|
| Attachment points | The natural AAA attachment point at close was 18%.  Ambac's 50% attachment is approximately 2.8x this level. |
| Collateral | Aggregate Collateral: $1.00 billion collateral pool comprising of 58 issuers.  Up to 100% can be synthetic positions and up to 20% can be cash positions.  In the most recent trustee report, 13.2% is in cash securities. |

| Amount of collateral in the deal impacted by the recent Moody's and S&P rating actions (RMBS and CDO) | As this is a pool of CDOs and to date no CDOs have been actually downgraded, we have highlighted tranches that S&P or Moody's has placed on negative watch. |
|---|---|

| Deal Name | Current Face | Moody's Action | Previous Rating | Current Rating | S&P Action | Previous Rating | Current Rating | % of Fund |
|---|---|---|---|---|---|---|---|---|
| ACABS 2006-2A A3L | $ 19,936,986 | watch | A2 | A2 | watch | A | A | 1.99% |
| ACABS 2006-1A A3L | $ 19,928,254 | | | A2 | watch | A | A | 1.99% |
| CETUS 2006-2A B | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| CETUS 2006-3A C1 | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| JACKS 2006-4A D | $ 20,000,000 | watch | A1 | A1 | | | A | 2.00% |
| MKP 6A C | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| LCERT 2006-1A B | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| TABS 2006-5A A3 | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| TABS 2006-6A A3 | $ 20,000,000 | | | A2 | watch | A | A | 2.00% |
| DGCDO 2006-2A C | $ 20,000,000 | watch | A2 | A2 | watch | A | A | 2.00% |
| VELA 2006-1A C | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| IXCBO 2006-2A C | $ 10,000,000 | watch | A2 | A2 | | | A | 1.00% |
| LSTRT 2006-1A D | $ 10,000,000 | watch | A2 | A2 | | | A | 1.00% |
| ORION 2006-2 | $ 20,000,000 | | | | Watch | A | A | 2% |
| | $ 259,865,240 | | | | | | | 25.99% |

| Pro-rata Pay? | Sequential from closing. |
|---|---|

| Triggers | |
|---|---|

| | Class A | Class B | Class C |
|---|---|---|---|
| Principal Coverage Ratio | 111.94% | 106.02% | 102.23% |
| Principal Coverage Test | 103.70% | 100.80% | 100.00% |
| Difference | 8.24% | 5.22% | 2.23% |

*The current rating agency downgrade activity does not currently affect the OC tests.  We would expect that once assets are taken off watch, that OC haircuts will kick in.  We also expect potential PIK assets to affect the OC tests quickly.  Further analysis is within.

| | Class A | Class B | Class C |
|---|---|---|---|
| Interest Coverage Ratio | 168.23% | 145.12% | 129.34% |
| Interest Coverage Test | 111.00% | 108.00% | 105.00% |
| Difference | 57.23% | 37.12% | 24.34% |

* We would not expect the interest coverage to change unless securities start to PIK which would have an affect.

| Haircuts | Haircuts in OC tests: BB assets by 10%; single B by 30%; CCC by 50%.  Assets that PIK are treated are counted at the lower of market or rating agency recovery rate (approximately 65% haircut). |
|---|---|

3

| | |
|---|---|
| Acceleration and liquidation rights | Ambac, as the Controlling Class, can direct the liquidation of the collateral upon (i) any failure to pay AA interest, (ii) any failure to pay principal, (iii) with overcollateralization haircuts, the overcollateralization percentage to the AAAs of 76.75% (which is effectively 125% to Ambac's class at origination). |

4

Confidential Treatment Requested by Ambac

AMB-V_00058928

## ATTACHMENT POINT ANALYSIS

**Transaction Capital Structure:**

**Transaction Capital Structure:**

| Tranche (Moody's/S&P) | Rating | Initial Principal Amount* | Percent of Capital Structure | Coupon | WALife (years) | Expected Maturity* | Legal Final (years) |
|---|---|---|---|---|---|---|---|
| Class S | Aaa/AAA | $39,200,000 | 3.8% | 3 mo L +34 bps | | | 8 |
| Class A-1 (unfunded) | Aaa/AAA | $500,000,000 | 48.0% | 3 mo L +45 bps** | 5.5 | 8 years | 45 |
| Class A-2 | Aaa/AAA | $200,000,000 | 19.2% | 3 mo L +55 bps | 7 | 8 years | 45 |
| Class A-3 | Aaa/AAA | $120,000,000 | 11.5% | 3 mo L +70 bps | 7 | 8 years | 45 |
| Class A-4 | Aa2/AA | $75,000,000 | 7.2% | 3 mo L +120 bps | 7 | 8 years | 45 |
| Class B | A2/A | $50,000,000 | 4.8% | 3 mo L +300 bps | 7 | 8 years | 45 |
| Class C | Baa2/BBB | $35,000,000 | 3.4% | 3 mo L +525 bps | 6.3 | 8 years | 45 |
| Preference Shares | | $22,000,000 | 2.1% | N/A | NA | 8 years | 45 |
| TOTAL | | $1,041,200,000 | 100.0% | | | | |

*8 year auction call
**Unfunded cost is 28 bps and funded cost is L + 45 bps.

Ambac has sold protection on the entire unfunded Class A-1 Notes which is the most senior $500 million in the transaction and benefits from 50% subordination including a junior Aaa/AAA tranches totalling $320 million representing the bottom 39% of a natural AAA tranche. At Close, the 50% subordination represented 2.7x the required AAA subordination of 18.2%.

At the current time, it is not expected that an auction call will be successful unless subordinate classes would agree to reduced proceeds.

## CDO Manager Concentration (Three largest collateral managers by % of par)

| Collateral Manager | % |
|---|---|
| Harding | 9.25% |
| ACA | 7.00% |
| Tricadia | 5.00% |

## DOWNGRADE /WATCH ANALYSIS

| Cusip | Deal Name | Current Face | Moody's Action | Previous Rating | Current Rating | S&P Action | Previous Rating | Current Rating | Percent of Fund |
|---|---|---|---|---|---|---|---|---|---|
| 00389PAD7 | ACABS 2006-2A A3L | $ 19,936,986 | watch | A2 | A2 | watch | A | A | 1.99% |
| 00082WAD2 | ACABS 2006-1A A3L | $ 19,928,254 | | | A2 | watch | A | A | 1.99% |
| 15719MAC5 | CETUS 2006-2A B | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 15719RAF7 | CETUS 2006-3A C1 | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 903399AA1 | JACKS 2006-4A D | $ 20,000,000 | watch | A1 | A1 | | | A | 2.00% |
| 553129AD9 | MKP 6A C | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 50547QAC1 | LCERT 2006-1A B | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 87337WAD2 | TABS 2006-5A A3 | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 8733YAD8 | TABS 2006-6A A3 | $ 20,000,000 | | | A2 | watch | A | A | 2.00% |
| 25454XAD7 | DGCDO 2006-2A C | $ 20,000,000 | watch | A2 | A2 | watch | A | A | 2.00% |
| 55313HAC2 | VELA 2006-1A C | $ 20,000,000 | watch | A2 | A2 | | | A | 2.00% |
| 45072HAJ9 | IXCBO 2006-2A C | $ 10,000,000 | watch | A2 | A2 | | | A | 1.00% |

5

Confidential Treatment Requested by Ambac

AMB-V_00058929

| 543175AJ2 | LSTRT 2006-1A D | $ | 10,000,000 | watch | A2 | A2 | | | A | 1.00% |
|---|---|---|---|---|---|---|---|---|---|---|
| | ORION 2006-2 | $ | 20,000,000 | | | | Watch | A | A | 2.00% |

|  |  | $ | 259,865,240 | | | | | | | 25.99% |

**Asset Analysis:**

| | |
|---|---|
| Par Amount | 1,001,472,516 |
| Cash (including interest) | 345,014 |
| | 1,001,817,530 |
| | |
| % of Mezz CDO of ABS (or CDO^2) | 100% |
| % of HG CDO of ABS | 0% |
| | |
| % of Par Amount on Mdy's Watch | 20% |
| % of Par Amount with an affiliate tranche on Moody's watch | 38% |
| % of Par Amount on S&P Watch | 12% |
| % of Par Amount on S&P or Moody's Watch | 26% |
| % of Par Amount on S&P or an affiliate tranche on Moody's watch | 44% |
| | |
| Subordination | 50% |

Affiliate tranches means any tranche in the CDO has been put on watch.

Based upon the above rating actions, the following chart highlights the watch list for CDO-squared bonds in the portfolio with additional information on the underlyings.

6

Confidential Treatment Requested by Ambac

AMB-V_00058930

Mezzanine CDO of ABS to Watch (all CDO^2's and mezzanine CDO of ABS)

| | Cusip | Highest Tranche on Mdy's Watch | S&P Watch | Portfolios | FROM UBS | | | | | | BB rated Prior to DG's | Single A Attachment | Double AA Attachment | |
| | | | | | % DG by Moody's | % NW by Moody's | Total | Trigger | Managed | Manager | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TABS 2006-5A | 87337WAC4 | A2 | No | AA Bespoke, Class V III | 28.6 | 6.4 | 35 | Yes | yes | Tricadia | 9.76 | 9.8% | 15.4% | |
| ACABS 2006-2A | 00389PAC9 | A2 | Yes | AA Bespoke, Class V III | 21.7 | 11.9 | 33.6 | yes | Static | ACA | 28.57 | 11.6% | 15.5% | |
| KEFT 2006-1 | 487520AJ78T | A2 | Yes | 888 | 16.4 | 10.2 | 26.6 | Yes | Yes | Terwin | 2.27 | 8.4% | 12.4% | |
| MKP CBO VI | 553129AC1 | Aa2 | Yes | AA Bespoke, Class V III | 11.5 | 14.9 | 26.4 | Yes | yes | MKP | 9.46 | 8.5% | 9.9% | |
| DGCDO 2006-2A | 254XAC9 | A2· | Yes | AA Bespoke, Class V III | 17 | 7.2 | 24.2 | yes | yes | SSgA | 6.53 | 10.4% | 14.2% | |
| Jackson 2006-4 | 903399AA1? | A1 | No | Class V III | | | 24.0 | No | static | | | 8% | | |
| CETUS 2006-3A | 15719RAE0 | A2 | Yes | AA Bespoke, Class V III | 19 | 5 | 24 | No | yes | GSC | 0.01 | 12.7% | 19.7% | |
| CETUS 2006-2A | 15719MAB7 | Aa2 | Yes | AA Bespoke, Class V III | 19.8 | 2.5 | 22.3 | yes | yes | GSC | 0.0 | 9.4% | 14.9% | Test is A1 only |
| VELA 2006-1A | 55313HAC28T | A2 | Yes | AA Bespoke, Class V III, 888 | | | 20.2 | yes | yes | MKP | 0 | 15.5% | 19.4% | |
| OCTAN 2006-3 | 6757M1AF9 | Baa2 | Yes | Adams | 14% | 4% | 18.0 | no | yes | Harding | 0 | 9.5% | 15.0% | |
| IVYL 2006-1 | 46601QAJ78T | A2 | Yes | 888 | 13.3 | 4.4 | 17.7 | No | yes | Princeton | 7.80 | 9.00% | 12.7% | |
| LCERT 2006-1 | 50547QAB3 | A2 | No | AA Bespoke, Class V III, Adams | 9.4 | 4 | 13.4 | yes | Static | Magnatar | 0.0 | 9.5% | 15.0% | Test is A1 only |
| LSTRT 2006-1 | 543175AJ28C | A2 | Yes | AA Bespoke, Class V III, 888 | 10.2 | 2.8 | 13 | No | yes | JPMIM | 3.68 | 8.5% | 13.5% | |
| KNOLL 2006-2 | 49916RAD2 | A2 | Yes | AA Bespoke, Class V III | 7.5 | 2.3 | 9.8 | yes | no | Deerfield | 8.75 | 8.5% | 13.2% | |
| IXCBO 2006-2 | 45072HAJ98T | A2 | Yes | 888 | 3.4 | 4.3 | 7.7 | yes | yes | IXIS | 4.60 | 8.9% | 13.1% | |
| BFCSL 2006-1 | 08861KAC08T | Aa2 | Yes | 888 | 3 | 1 | 4.0 | Yes | yes | Braddock | 9.52 | 8.5% | 12.5% | |

To be added based upon S&P actions:  ACABS 2006-1A (AA Bespoke, Class V III) and TABS 2006-6A (AA Bespoke, Class V III)

7

Confidential Treatment Requested by Ambac

AMB-V_00058931

## COVERAGE TEST ANALYSIS

This deal has both principal coverage (OC) tests and interest coverage (IC) tests
There is limited reinvestment during the first three years up to 10% of the pool.
The payment sequence is sequential

|  | Class A | Class B | Class C |
|---|---|---|---|
| Principal Coverage Ratio (Actual) | 111.94% | 106.02% | 102.23% |
| Principal Coverage Test | 103.70% | 100.80% | 100.00% |
| Difference | 8.24% | 5.22% | 2.23% |

|  | Class A | Class B | Class C |
|---|---|---|---|
| Interest Coverage Ratio (Actual) | 168.23% | 145.12% | 129.34% |
| Interest Coverage Test | 111.00% | 108.00% | 105.00% |
| Difference | 57.23% | 37.12% | 24.34% |

- This pool will need to be closely monitored in the next two years as rating actions will affect the behavior of the underlyings CDOs and the triggers in this transaction.

- The pool is composed of tranches from CDOs which have OC and IC triggers and have tranches from CDOs which do not have OC and IC triggers. In addition, some of the synthetic exposures have implied writedown as a credit event (as explained below).

- The immediate and long term concern is the potential for PIK risk and implied writedowns.

  o PIK risk. For transactions that have OC and IC triggers, rating agency migration haircuts can cause junior tranches to PIK (pay in kind) as interest is diverted to other classes. Implication is that interest collections will be reduced. For OC purposes, after 2 periods of PIKing, the asset is treated as a defaulted asset for purposes of haircuts.

  o Implied writedown risk. For CDOs with triggers and those without, rating agency migration haircuts could lead to implied writedown prior to defaults (i.e., a comparison of par coverage with haircuts relative to the sum of synthetically referenced class and its senior securities. The economic effect is that this is a underlying single CDO credit event which permits the delivery of the asset. If the asset is unavailable, the CDS counterparty could claim for the writedown amount; however, as long as the full interest coupon on the underlying CDO of ABS has been paid, the CDO is entitled to interest (LIBOR + premium) on the amount of writedown paid.

- Based upon review and conversations with the portfolio manager, it is likely that one bond (MKP) will PIK in the near future. We will receive from the manager in the coming days their analysis of the OC coverages for the underlying single A CDOs.

- The expectation is that Class V will likely trip its most junior OC test in the next 6 months through a combination of PIKing bonds (1-2) and single B downgrades (1-2).

Confidential Treatment Requested by Ambac

AMB-V_00058932