## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 11/20/2006 | 11/24/2006 | ACABS 2006-1A A3L | A | 10,000,000 | 155 | BUY | Cheyne | Citibank |
| 11/20/2006 | 11/24/2006 | ACABS 2006-1A A3L | A | 10,000,000 | 160 | SELL | Citibank | UBS (for Cheyne) |
| 01/10/2007 | 01/16/2007 | ACABS 2006-1A A3L | A | 10,000,000 | 280 | SELL | Citibank | Morgan Stanley |
| 01/10/2007 | 01/16/2007 | ACABS 2006-1A A3L | A | 10,000,000 | 277 | BUY | CSAC Class V Funding | Citibank |
| 01/10/2007 | 01/16/2007 | ACABS 2006-1A A3L | A | 5,000,000 | 285 | SELL | Citibank | Magnetar |
| 01/10/2007 | 01/16/2007 | ACABS 2006-1A A3L | A | 10,000,000 | 282 | BUY | CSAC Class V Funding | Citibank |
| 02/28/2007 | 01/16/2007 | ACABS 2006-1A A3L | A | 5,000,000 | 285 | SELL | Citibank | Lehman |
| 09/28/2006 | 10/03/2006 | ACABS 2006-AQA A3 | A | 15,000,000 | 142 | BUY | CSAC (CA812) Warehouse | Citibank |
| 11/02/2006 | 11/07/2006 | ACABS 2006-AQA A3 | A | 15,000,000 | 185 | SELL | Citibank | Magnetar |
| 01/08/2007 | 01/11/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 265 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 268 | SELL | Citibank | Magnetar |
| 01/10/2007 | 01/16/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 265 | SELL | Citibank | Barclays |
| 01/10/2007 | 01/16/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 262 | BUY | CSAC Class V Funding | Citibank |
| 01/10/2007 | 01/16/2007 | ACABS 2006-AQA A3 | A | 5,000,000 | 271 | SELL | Citibank | Magnetar |
| 01/10/2007 | 01/16/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 268 | BUY | CSAC Class V Funding | Citibank |
| 01/22/2007 | 01/22/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 255 | SELL | Citibank | DB (for Harding) |
| 01/17/2007 | 01/22/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 252 | BUY | Harding | Citibank |
| 01/23/2007 | 01/26/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 260 | BUY | Cheyne | Citibank |
| 01/23/2007 | 01/26/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 265 | SELL | Citibank | Magnetar |
| 02/28/2007 | 01/16/2007 | ACABS 2006-AQA A3 | A | 5,000,000 | 271 | SELL | Citibank | Lehman |
| 03/06/2007 | 03/09/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 900 | BUY | ML Prop | Citibank |
| 03/06/2007 | 03/09/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 904 | SELL | Citibank | BSAM |
| 06/22/2007 | 06/22/2007 | ACABS 2006-AQA A3 | A | 10,000,000 | 904 | BUY | BSAM | Citibank |
| 11/17/2006 | 11/22/2006 | CLDW 2006-1A B | A | 5,000,000 | 168 | SELL | Citibank | Tricadia |
| 11/17/2006 | 11/22/2006 | CLDW 2006-1A B | A | 5,000,000 | 168 | SELL | Citibank | Tricadia |
| 01/09/2007 | 01/12/2007 | CLDW 2006-1A B | A | 10,000,000 | 195 | BUY | CSAC Class V Funding | Citibank |
| 01/16/2007 | 01/19/2007 | CLDW 2006-1A B | A | 5,000,000 | 215 | SELL | Citibank | Morgan Stanley |
| 01/16/2007 | 01/19/2007 | CLDW 2006-1A B | A | 10,000,000 | 215 | SELL | Citibank | Morgan Stanley |
| 01/16/2007 | 01/19/2007 | CLDW 2006-1A B | A | 10,000,000 | 214 | BUY | Halcyon CDO II (CA791) Warehouse | Citibank |
| 03/27/2007 | 03/30/2007 | CLDW 2006-1A B | A | 5,000,000 | 525 | BUY | Halcyon CDO I | Citibank |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/10/2007 | 01/16/2007 | ETRD 2006-5A A3 | A | 20,000,000 | 261 | SELL | Citibank | Goldman Sach |
| 01/10/2007 | 01/16/2007 | ETRD 2006-5A A3 | A | 20,000,000 | 258 | BUY | CSAC Class V Funding | Citibank |
| 01/11/2007 | 01/17/2007 | ETRD 2006-5A A3 | A | 20,000,000 | 255 | SELL | Citibank | GS Dealer (for Harding) |
| 01/11/2007 | 01/17/2007 | ETRD 2006-5A A3 | A | 20,000,000 | 252 | BUY | Harding | Citibank |
| 02/13/2007 | 02/16/2007 | ETRD 2006-5A A3 | A | 5,000,000 | 295 | SELL | Citibank | Morgan Stanley |
| 02/13/2007 | 02/16/2007 | ETRD 2006-5A A3 | A | 5,000,000 | 290 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/13/2007 | 02/16/2007 | ETRD 2006-5A A3 | A | 5,000,000 | 290 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 03/09/2007 | 03/14/2007 | ETRD 2006-5A A3 | A | 5,000,000 | 700 | SELL | Citibank | BS |
| 11/21/2006 | 11/27/2006 | GEMST 2006-5A C | A | 10,000,000 | 179 | BUY | Vertical (Facing Barclays) | Citibank |
| 12/22/2006 | 12/29/2006 | GEMST 2006-5A C | A | 5,000,000 | 230 | SELL | Citibank | QVT (Facing DB London) |
| 01/12/2007 | 01/18/2007 | GEMST 2006-5A C | A | 20,000,000 | 245 | SELL | Citibank | Lehman Brothers |
| 01/12/2007 | 01/18/2007 | GEMST 2006-5A C | A | 20,000,000 | 242 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | GEMST 2006-5A C | A | 9,000,000 | 250 | SELL | Citibank | Lehman |
| 01/18/2007 | 01/22/2007 | GEMST 2006-5A C | A | 9,000,000 | 247 | BUY | Halcyon CDO II (CA791) Warehouse | Citibank |
| 01/17/2007 | 01/22/2007 | GEMST 2006-5A C | A | 5,000,000 | 230 | BUY | Tricadia (facing CIBC London) | Citibank |
| 01/12/2007 | 01/18/2007 | GEMST 2006-6A C | A | 20,000,000 | 250 | SELL | Citibank | Lehman Brothers |
| 01/12/2007 | 01/18/2007 | GEMST 2006-6A C | A | 20,000,000 | 247 | BUY | CSAC Class V Funding | Citibank |
| 01/23/2007 | 01/26/2007 | GEMST 2006-6A C | A | 10,000,000 | 235 | SELL | Citibank | QVT (Facing DB London) |
| 01/23/2007 | 01/26/2007 | GEMST 2006-6A C | A | 10,000,000 | 200 | BUY | Cheyne | Citibank |
| 01/08/2007 | 01/11/2007 | GLCR 2006-4A C | A | 10,000,000 | 222 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | GLCR 2006-4A C | A | 10,000,000 | 225 | SELL | Citibank | GS Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | GLCR 2006-4A C | A | 10,000,000 | 220 | SELL | Citibank | Goldman Sach |
| 01/10/2007 | 01/16/2007 | GLCR 2006-4A C | A | 10,000,000 | 217 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | GLCR 2006-4A C | A | 5,000,000 | 200 | SELL | Citibank | JPM (for Harding) |
| 01/12/2007 | 01/18/2007 | GLCR 2006-4A C | A | 5,000,000 | 197 | BUY | Harding | Citibank |
| 01/18/2007 | 01/23/2007 | GLCR 2006-4A C | A | 10,000,000 | 185 | BUY | Winchester (Facing Deutsche Bank) | Citibank |
| 01/18/2007 | 01/23/2007 | GLCR 2006-4A C | A | 10,000,000 | 180 | BUY | Cohen (Facing UBS AG London) | Citibank |
| 02/06/2007 | 02/09/2007 | GLCR 2006-4A C | A | 10,000,000 | 180 | SELL | Citibank | Bear Stearns |
| 02/13/2007 | 02/16/2007 | GLCR 2006-4A C | A | 5,000,000 | 235 | SELL | Citibank | Morgan Stanley |
| 02/13/2007 | 02/16/2007 | GLCR 2006-4A C | A | 5,000,000 | 230 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/13/2007 | 02/16/2007 | GLCR 2006-4A C | A | 5,000,000 | 230 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/22/2007 | 02/27/2007 | GLCR 2006-4A C | A | 10,000,000 | 400 | SELL | Citibank | Magnetar |
| 03/09/2007 | 03/14/2007 | GLCR 2006-4A C | A | 5,000,000 | 601 | SELL | Citibank | BofA Dealer |
| 04/05/2007 | 04/12/2007 | GLCR 2006-4A C | A | 10,000,000 | 235 | BUY | Credaris | Citibank |
| 04/05/2007 | 04/12/2007 | GLCR 2006-4A C | A | 5,000,000 | 235 | SELL | Citibank | QVT (Facing DB London) |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/12/2007 | 01/18/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 245 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 245 | SELL | Citibank | Deutsche Bank |
| 01/12/2007 | 01/18/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 242 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 255 | BUY | Halcyon CDO II (CA791) Warehouse | Citibank |
| 02/06/2007 | 02/09/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 260 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 03/09/2007 | 03/14/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 850 | SELL | Citibank | BS |
| 03/09/2007 | 03/14/2007 | GSCSF 2006-4A A3 | A | 5,000,000 | 800 | SELL | Citibank | BofA |
| 05/22/2007 | 05/25/2007 | GSCSF 2006-4A A3 | A | 10,000,000 | 500 | SELL | Citibank | CSFB |
| 06/22/2007 | 06/27/2007 | GSCSF 2006-4A A3 | A | 5,000,000 | 800 | BUY | BofA | Citibank |
| 01/08/2007 | 01/11/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 227 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 230 | SELL | Citibank | BS Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 238 | SELL | Citibank | Bank of America |
| 01/10/2007 | 01/16/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 02/06/2007 | 02/09/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 210 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 03/06/2007 | 03/09/2007 | ICM 2006-S1 A3L | A | 10,000,000 | 630 | SELL | Citibank | QVT (Facing DB London) |
| 03/21/2007 | 03/26/2007 | ICM 2006-S1 A3L | A | 5,000,000 | 685 | SELL | Citibank | Dillon Read |
| 03/21/2007 | 03/26/2007 | ICM 2006-S1 A3L | A | 5,000,000 | 650 | BUY | QVT (Facing DB London) | Citibank |
| 12/15/2006 | 12/21/2006 | ICM 2006-S2A A3L | A | 6,000,000 | 200 | BUY | Vanderbilt (AVACD2) Warehouse | Citibank |
| 12/15/2006 | 12/21/2006 | ICM 2006-S2A A3L | A | 4,000,000 | 200 | BUY | Webster CDO (Facing RBS) | Citibank |
| 01/10/2007 | 01/16/2007 | ICM 2006-S2A A3L | A | 10,000,000 | 255 | SELL | Citibank | Barclays |
| 01/10/2007 | 01/16/2007 | ICM 2006-S2A A3L | A | 10,000,000 | 252 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 250 | SELL | Citibank | Barclays |
| 01/12/2007 | 01/18/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 247 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 248 | SELL | Citibank | Bank of America |
| 01/18/2007 | 01/18/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 245 | BUY | CSAC Class V Funding | Citibank |
| 01/23/2007 | 01/26/2007 | ICM 2006-S2A A3L | A | 10,000,000 | 225 | BUY | Tricadia (facing CIBC London) | Citibank |
| 01/23/2007 | 01/26/2007 | ICM 2006-S2A A3L | A | 10,000,000 | 227 | SELL | Citibank | ML Prop |
| 03/14/2007 | 03/19/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 650 | SELL | Citibank | ML |
| 03/14/2007 | 03/19/2007 | ICM 2006-S2A A3L | A | 5,000,000 | 636 | SELL | Citibank | BS |
| 01/10/2007 | 01/16/2007 | IXCBO 2006-2A C | A | 10,000,000 | 230 | SELL | Citibank | Goldman Sachs |
| 01/10/2007 | 01/16/2007 | IXCBO 2006-2A C | A | 10,000,000 | 227 | BUY | CSAC Class V Funding | Citibank |
| 01/19/2007 | 01/24/2007 | IXCBO 2006-2A C | A | 10,000,000 | 215 | SELL | Citibank | GS (for Harding) |
| 01/19/2007 | 01/24/2007 | IXCBO 2006-2A C | A | 10,000,000 | 212 | BUY | Harding | Citibank |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 08/09/2006 | 08/14/2006 | KNOLL 2006-2A C | A | 20,000,000 | 133 | BUY | KBC | Citibank |
| 10/11/2006 | 10/16/2006 | KNOLL 2006-2A C | A | 10,000,000 | 137 | SELL | Citibank | Wachovia (via Prebon) |
| 01/10/2007 | 01/16/2007 | KNOLL 2006-2A C | A | 10,000,000 | 269 | SELL | Citibank | Bank of America |
| 01/10/2007 | 01/16/2007 | KNOLL 2006-2A C | A | 10,000,000 | 266 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | KNOLL 2006-2A C | A | 10,000,000 | 248 | SELL | Citibank | BOA (for Harding) |
| 01/17/2007 | 01/22/2007 | KNOLL 2006-2A C | A | 10,000,000 | 245 | BUY | Harding | Citibank |
| 03/09/2007 | 03/14/2007 | KNOLL 2006-2A C | A | 5,000,000 | 700 | SELL | Citibank | BofA |
| 05/03/2007 | 05/08/2007 | KNOLL 2006-2A C | A | 5,000,000 | 300 | SELL | Citibank | QVT (Facing DB London) |
| 06/25/2007 | 06/28/2007 | KNOLL 2006-2A C | A | 15,000,000 | 350 | BUY | Cohen Brothers | Citibank |
| 06/25/2007 | 06/28/2007 | KNOLL 2006-2A C | A | 10,000,000 | 350 | SELL | Citibank | QVT (Facing DB London) |
| 01/10/2007 | 01/16/2007 | LBRTS 2006-1A D | A | 10,000,000 | 255 | SELL | Citibank | Merrill Lynch |
| 01/10/2007 | 01/16/2007 | LBRTS 2006-1A D | A | 10,000,000 | 252 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | LBRTS 2006-1A D | A | 10,000,000 | 235 | SELL | Citibank | JPM (for Harding) |
| 01/17/2007 | 01/22/2007 | LBRTS 2006-1A D | A | 10,000,000 | 232 | BUY | Harding | Citibank |
| 01/23/2007 | 01/26/2007 | LBRTS 2006-1A D | A | 10,000,000 | 190 | BUY | Tricadia (facing CIBC London) | Citibank |
| 02/08/2007 | 02/13/2007 | LBRTS 2006-1A D | A | 10,000,000 | 230 | BUY | Dillon Read (Facing JBS London) | Citibank |
| 02/22/2007 | 02/27/2007 | LBRTS 2006-1A D | A | 10,000,000 | 310 | SELL | Citibank | WACHOVIA |
| 02/22/2007 | 02/27/2007 | LBRTS 2006-1A D | A | 10,000,000 | 275 | SELL | Citibank | MORGAN STANLEY |
| 12/18/2006 | 12/21/2006 | LSTRT 2006-1A D | A | 9,000,000 | 213 | BUY | Merrill Lynch - Dealer | Citibank |
| 01/08/2007 | 01/11/2007 | LSTRT 2006-1A D | A | 10,000,000 | 237 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | LSTRT 2006-1A D | A | 10,000,000 | 240 | SELL | Citibank | Wach Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | LSTRT 2006-1A D | A | 10,000,000 | 260 | SELL | Citibank | Merrill Lynch |
| 01/10/2007 | 01/16/2007 | LSTRT 2006-1A D | A | 10,000,000 | 257 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | LSTRT 2006-1A D | A | 10,000,000 | 245 | SELL | Citibank | ML (for Harding) |
| 01/12/2007 | 01/18/2007 | LSTRT 2006-1A D | A | 10,000,000 | 242 | BUY | Harding | Citibank |
| 01/22/2007 | 01/17/2007 | LSTRT 2006-1A D | A | 10,000,000 | 230 | BUY | Tricadia (facing CIBC London) | Citibank |
| 03/09/2007 | 03/14/2007 | LSTRT 2006-1A D | A | 9,000,000 | 650 | SELL | Citibank | LB |
| 03/09/2007 | 03/14/2007 | LSTRT 2006-1A D | A | 10,000,000 | 650 | SELL | Citibank | ML |
| 01/10/2007 | 01/16/2007 | MIDOR 2006-1A C | A | 10,000,000 | 252 | SELL | Citibank | Bank of America |
| 01/10/2007 | 01/16/2007 | MIDOR 2006-1A C | A | 10,000,000 | 249 | BUY | CSAC Class V Funding | Citibank |
| 01/10/2007 | 01/16/2007 | MIDOR 2006-1A C | A | 10,000,000 | 258 | SELL | Citibank | Magnetar |
| 01/10/2007 | 01/16/2007 | MIDOR 2006-1A C | A | 10,000,000 | 255 | BUY | CSAC Class V Funding | Citibank |
| 02/16/2007 | 02/22/2007 | MIDOR 2006-1A C | A | 10,000,000 | 320 | BUY | GSC (Facing UBS) | Citibank |
| 03/07/2007 | 03/12/2007 | MIDOR 2006-1A C | A | 10,000,000 | 608 | SELL | Citibank | QVT (Facing DB London) |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/08/2007 | 01/11/2007 | MNPT 2006-1A D | A | 10,000,000 | 262 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | MNPT 2006-1A D | A | 10,000,000 | 265 | SELL | Citibank | Leh Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | MNPT 2006-1A D | A | 10,000,000 | 250 | SELL | Citibank | Barclays |
| 01/10/2007 | 01/16/2007 | MNPT 2006-1A D | A | 10,000,000 | 247 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | MNPT 2006-1A D | A | 10,000,000 | 240 | SELL | Citibank | BS (for Harding) |
| 01/17/2007 | 01/22/2007 | MNPT 2006-1A D | A | 10,000,000 | 237 | BUY | Harding | Citibank |
| 01/17/2007 | 01/22/2007 | MNPT 2006-1A D | A | 10,000,000 | 235 | SELL | Tricadia (facing CIBC London) | Citibank |
| 02/09/2007 | 02/14/2007 | MNPT 2006-1A D | A | 10,000,000 | 265 | SELL | Citibank | QVT (Facing DB London) |
| 02/09/2007 | 02/14/2007 | MNPT 2006-1A D | A | 10,000,000 | 245 | BUY | Halcyon CDO II (CA791) Warehouse | Citibank |
| 02/12/2007 | 02/15/2007 | MNPT 2006-1A D | A | 10,000,000 | 300 | BUY | Bear Sterns | Citibank |
| 03/09/2007 | 03/14/2007 | MNPT 2006-1A D | A | 10,000,000 | 720 | SELL | Citibank | LB |
| 03/14/2007 | 03/19/2007 | MNPT 2006-1A D | A | 10,000,000 | 705 | SELL | Citibank | BS |
| 04/05/2007 | 04/12/2007 | MNPT 2006-1A D | A | 10,000,000 | 255 | BUY | Credaris | Citibank |
| 04/05/2007 | 04/12/2007 | MNPT 2006-1A D | A | 10,000,000 | 255 | SELL | Citibank | QVT (Facing DB London) |
| 01/10/2007 | 01/16/2007 | MNTRS 2006-1A C | A | 10,000,000 | 275 | SELL | Citibank | Barclays |
| 01/10/2007 | 01/16/2007 | MNTRS 2006-1A C | A | 10,000,000 | 272 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | MNTRS 2006-1A C | A | 10,000,000 | 247 | SELL | Citibank | GS (for Harding) |
| 01/17/2007 | 01/22/2007 | MNTRS 2006-1A C | A | 10,000,000 | 244 | BUY | Harding | Citibank |
| 01/17/2007 | 01/22/2007 | MNTRS 2006-1A C | A | 5,000,000 | 227 | BUY | Tricadia (facing CIBC London) | Citibank |
| 02/07/2007 | 02/12/2007 | MNTRS 2006-1A C | A | 10,000,000 | 240 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/07/2007 | 02/12/2007 | MNTRS 2006-1A C | A | 10,000,000 | 255 | SELL | Citibank | Peloton |
| 03/09/2007 | 03/14/2007 | MNTRS 2006-1A C | A | 5,000,000 | 725 | SELL | Citibank | LB |
| 01/10/2007 | 01/16/2007 | ORCHD 2006-3A C | A | 10,000,000 | 252 | SELL | Citibank | Bank of America |
| 01/10/2007 | 01/16/2007 | ORCHD 2006-3A C | A | 10,000,000 | 249 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | ORCHD 2006-3A C | A | 10,000,000 | 251 | SELL | Citibank | Bear Stearns |
| 01/12/2007 | 01/18/2007 | ORCHD 2006-3A C | A | 10,000,000 | 248 | BUY | CSAC Class V Funding | Citibank |
| 01/08/2007 | 01/11/2007 | TABS 2005-4A D | A | 10,000,000 | 232 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | TABS 2005-4A D | A | 10,000,000 | 235 | SELL | Citibank | ML Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | TABS 2005-4A D | A | 10,000,000 | 225 | SELL | Citibank | Morgan Stanley |
| 01/10/2007 | 01/16/2007 | TABS 2005-4A D | A | 10,000,000 | 222 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | TABS 2005-4A D | A | 10,000,000 | 220 | BUY | BSAM | Citibank |
| 01/19/2007 | 01/24/2007 | TABS 2005-4A D | A | 10,000,000 | 210 | SELL | Citibank | Leh (for Harding) |
| 01/19/2007 | 01/24/2007 | TABS 2005-4A D | A | 10,000,000 | 207 | BUY | Harding | Citibank |
| 03/09/2007 | 03/14/2007 | TABS 2005-4A D | A | 5,000,000 | 450 | SELL | Citibank | ML |
| 03/22/2007 | 03/27/2007 | TABS 2005-4A D | A | 5,000,000 | 420 | SELL | Citibank | QVT (Facing DB London) |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 12/14/2006 | 12/19/2006 | TOPG 2006-2A B | A | 10,000,000 | 210 | BUY | Dillon Reed (Facing UBS) | Citibank |
| 01/08/2007 | 01/11/2007 | TOPG 2006-2A B | A | 10,000,000 | 237 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | TOPG 2006-2A B | A | 10,000,000 | 240 | SELL | Citibank | GS Dealer (for Harding) |
| 01/10/2007 | 01/16/2007 | TOPG 2006-2A B | A | 20,000,000 | 235 | SELL | Citibank | Goldman Sachs |
| 01/10/2007 | 01/16/2007 | TOPG 2006-2A B | A | 20,000,000 | 232 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | TOPG 2006-2A B | A | 10,000,000 | 215 | SELL | Citibank | ML (for Harding) |
| 01/12/2007 | 01/18/2007 | TOPG 2006-2A B | A | 10,000,000 | 212 | BUY | Harding | Citibank |
| 02/08/2007 | 02/13/2007 | TOPG 2006-2A B | A | 5,000,000 | 230 | SELL | Citibank | Morgan Stanley |
| 02/08/2007 | 02/13/2007 | TOPG 2006-2A B | A | 5,000,000 | 228 | BUY | Zing 10 warehouse | Citibank |
| 02/09/2007 | 02/14/2007 | TOPG 2006-2A B | A | 8,100,000 | 235 | SELL | Citibank | Front Point |
| 02/09/2007 | 02/14/2007 | TOPG 2006-2A B | A | 1,900,000 | 235 | SELL | Citibank | Front Point |
| 02/13/2007 | 02/16/2007 | TOPG 2006-2A B | A | 5,000,000 | 235 | SELL | Citibank | Morgan Stanley |
| 02/13/2007 | 02/16/2007 | TOPG 2006-2A B | A | 5,000,000 | 230 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/13/2007 | 02/16/2007 | TOPG 2006-2A B | A | 5,000,000 | 230 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 03/06/2007 | 03/09/2007 | TOPG 2006-2A B | A | 5,000,000 | 625 | SELL | Citibank | Dillon Read |
| 03/21/2007 | 03/26/2007 | TOPG 2006-2A B | A | 5,000,000 | 628 | SELL | Citibank | QVT (Facing DB London) |
| 03/29/2007 | 04/03/2007 | TOPG 2006-2A B | A | 4,900,000 | 203 | BUY | PIMCO | Citibank |
| 03/29/2007 | 04/03/2007 | TOPG 2006-2A B | A | 4,900,000 | 203 | SELL | Citibank | QVT (Facing DB London) |
| 04/05/2007 | 04/12/2007 | TOPG 2006-2A B | A | 10,000,000 | 225 | BUY | Credaris | Citibank |
| 04/05/2007 | 04/12/2007 | TOPG 2006-2A B | A | 5,000,000 | 225 | SELL | Citibank | QVT (Facing DB London) |
| 08/28/2007 | 08/31/2007 | TOPG 2006-2A B | A | 5,000,000 | 710 | BUY | Blue Mountain | Citibank |
| 01/10/2007 | 01/16/2007 | TOURM 2006-2A D | A | 10,000,000 | 204 | SELL | Citibank | Bank of America |
| 01/10/2007 | 01/16/2007 | TOURM 2006-2A D | A | 10,000,000 | 201 | BUY | CSAC Class V Funding | Citibank |
| 01/11/2007 | 01/17/2007 | TOURM 2006-2A D | A | 10,000,000 | 215 | SELL | Citibank | ML Dealer (for Harding) |
| 01/11/2007 | 01/17/2007 | TOURM 2006-2A D | A | 10,000,000 | 212 | BUY | Harding | Citibank |
| 01/12/2007 | 01/18/2007 | TOURM 2006-2A D | A | 7,000,000 | 200 | SELL | Citibank | Morgan Stanley |
| 01/12/2007 | 01/18/2007 | TOURM 2006-2A D | A | 7,000,000 | 197 | BUY | Halcyon CDO II (CA791) Warehouse | Citibank |
| 01/18/2007 | 01/23/2007 | TOURM 2006-2A D | A | 15,000,000 | 160 | BUY | KBC | Citibank |
| 01/26/2007 | 01/31/2007 | TOURM 2006-2A D | A | 8,000,000 | 147 | BUY | NIBC | Citibank |
| 02/22/2007 | 02/27/2007 | TOURM 2006-2A D | A | 10,000,000 | 197 | SELL | Citibank | BANK OF AMERICA |
| 02/22/2007 | 03/15/2007 | TOURM 2006-2A D | A | 5,000,000 | 194 | BUY | 888 TACTICAL FUNDING WAREHOUSE | Citibank |
| 03/02/2007 | 03/07/2007 | TOURM 2006-2A D | A | 10,000,000 | 417 | SELL | Citibank | BOA |
| 03/02/2007 | 03/07/2007 | TOURM 2006-2A D | A | 5,000,000 | 417 | SELL | Citibank | BofA (For Harding) |
| 03/02/2007 | 03/15/2007 | TOURM 2006-2A D | A | 5,000,000 | 414 | BUY | 888 Tactical CDO | Citibank |

*Source: CITI 10619469.*

## Citigroup's Trades of Assets in Class V III On Which It Did Not Take a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/09/2007 | 01/12/2007 | VERT 2006-1A A3 | A | 10,000,000 | 205 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | VERT 2006-1A A3 | A | 10,000,000 | 208 | SELL | Citibank | RBS Greenwich |
| 01/12/2007 | 01/18/2007 | VERT 2006-1A A3 | A | 10,000,000 | 205 | BUY | CSAC Class V Funding | Citibank |
| 01/19/2007 | 01/24/2007 | VERT 2006-1A A3 | A | 5,000,000 | 210 | BUY | BSAM | Citibank |
| 02/06/2007 | 02/09/2007 | VERT 2006-1A A3 | A | 10,000,000 | 220 | SELL | Citibank | PIMCO |
| 02/21/2007 | 02/26/2007 | VERT 2006-1A A3 | A | 5,000,000 | 325 | SELL | Citibank | Marathon |
| 02/21/2007 | 02/26/2007 | VERT 2006-1A A3 | A | 5,000,000 | 318 | BUY | Zing 10 Warehouse | Citibank |
| 03/12/2007 | 03/15/2007 | VERT 2006-1A A3 | A | 10,000,000 | 500 | BUY | Magnetar | Citibank |
| 03/14/2007 | 03/19/2007 | VERT 2006-1A A3 | A | 5,000,000 | 550 | SELL | Citibank | ML |
| 03/14/2007 | 03/19/2007 | VERT 2006-1A A3 | A | 5,000,000 | 525 | SELL | Citibank | BARCLAYS |
| 05/03/2007 | 05/08/2007 | VERT 2006-1A A3 | A | 5,000,000 | 450 | SELL | Citibank | UBS |
| 01/08/2007 | 01/11/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 265 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 268 | SELL | Citibank | Magnetar |
| 01/10/2007 | 01/16/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 260 | SELL | Citibank | Barclays |
| 01/10/2007 | 01/16/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 257 | BUY | CSAC Class V Funding | Citibank |
| 01/10/2007 | 01/16/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 274 | SELL | Citibank | Magnetar |
| 01/12/2007 | 01/18/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 265 | SELL | Citibank | Lehman Brothers |
| 01/12/2007 | 01/18/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 262 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 270 | SELL | Citibank | Magnetar |
| 01/12/2007 | 01/18/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 267 | BUY | Harding | Citibank |
| 01/17/2007 | 01/22/2007 | VRGO 2006-1A A3 | A | 10,000,000 | 261 | BUY | Tricadia (facing CIBC London) | Citibank |

Source: CITI 10619469. The documents original native file was named CDO CDS Book v5.0 09-28-2007 FINAL.xls. Also, the last last trade date in the log was on September 28, 2007

*Source: CITI 10619469.*

# EXHIBIT 95

 

PRELIMINARY TERMSHEET. SUBJECT TO CHANGE.

# Class V Funding III, Ltd.
$[1.0] Billion Collateralized Debt Obligation Referencing Primarily CDOs
January 2007

|  | Class S [1] | Class A1A Unfunded SS [2] | Class A1B | Class A2 | Class A3 | Class B | Class C [3] | Income Notes |
|---|---|---|---|---|---|---|---|---|
| Rating (Moody's/S&P) | [Aaa/AAA] | [Aaa/AAA] | [Aaa/AAA] | [Aaa/AAA] | [Aa2/AA] | [A2/A] | [Baa2/BBB] | [NR/NR] |
| Principal (mm) | [ ] | [ ] | [ ] | [120.0] | [75.0] | [50.0] | [35.0] | [22.0] |
| % Of Structure | -- | [ ]% | [ ]% | [12.0]% | [7.5]% | [5.0]% | [3.5]% | [2.2]% |
| % Of Collateral Subordination | -- | [ ]% | [30.0]% | [18.0]% | [10.5]% | [5.5]% | [2.0]% | -- |
| WAL (Years) [4] | [ ] | [ ] | [ ] | [7.0] | [7.0] | [7.0] | [6.3] | -- |
| Legal Maturity | [ ] | [2047] | [2047] | [2047] | [2047] | [2047] | [2047] | [2047] |
| Coupon | 3mL+[ ] bps | [ ] bps | 3mL+[ ] bps | 3mL+[ ] bps | 3mL+[ ] bps | 3mL+[ ] bps | 3mL+[ ] bps | N/A |

[1] The Class S notes will be pari passu with the Class A-1 notes and will be paid primarily with interest proceeds.
[2] The Class A1A notes will be issuable from time to time in Class A1A note fundings by the Class A1A swap counterparty or its Class A1A designee in an aggregate amount up to the aggregate Class A1A swap notional amount.
[3] The Class C Notes will be subject to an early amortization feature where on each Payment Date commencing on the [second] Payment Date, [25]% of the cashflows that would otherwise be paid to the Income Notes will instead be diverted to pay principal on the Class C Notes. The Class C principal coverage tests use interest, but not principal, to amortize the Class C Notes, if triggered. Principal will then be used to pay down senior classes in an amount necessary to cure the tests.
[4] WAL is based on certain assumptions including a successful call in year [8].

### Overview of CDO and Collateral Manager [5]

- Class V Funding III, Ltd., is a $[1.0] billion static CDO referencing ABS CDOs with an expected weighted average rating of approximately [A2].
- Credit Suisse Alternative Investments' Leveraged Investments Group ("LIG") will manage Class V Funding III, Ltd.
- Credit Suisse Alternative Investments is one of the premier credit and structured product investment managers.
- LIG has the discretion to sell (without reinvesting proceeds from sales) any credit impaired, credit improved and/or defaulted assets.
- Credit Suisse Alternative Investments has approximately $13.3 billion of assets under management, including $2.45 billion in structured products. [6]
- LIG is the manager of [11] CDO vehicles (including Class V Funding III) as well as other structured vehicles and separate accounts.

[5] Information provided by LIG.
[6] As of August 2006.

### Certain Portfolio Characteristics

|  | Expected at Close | Constraint |
|---|---|---|
| Moody's Weighted Average Rating Factor | [120] | Max [135] |
| Par Value of Collateral | $[1.0] billion | -- |
| Expected WAL of Collateral Debt Securities | [6.5] years | Max [7.0] years |
| Maximum Issuer Size | [2.0]% | Max [2.0]% |
| % of Securities rated A3/A- | [5.0]% | Max [5.0]% |
| % of Securities rated Baa1/BBB+ or lower | [0.0]% | Max [0.0]% |
| % of ABS CDO Securities | [100.0]% | Max [100.0]% |
| Moody's Asset Correlation | [31.0]% | Max [33.0]% |
| % of Synthetic Collateral Debt Securities | [80.0]% | Min [80.0]% |
| Weighted Average Spread | [225] bps | Min [210] bps |

### Annual Fees & Expenses

| Trustee Fee | [3] bps |
|---|---|
| Other Fees | $[200,000] |
| Senior Management Fee | [10] bps |
| Liquidity Swap Fee [7] | [7.5] bps |

[7] The liquidity swap fee will be applied on the aggregate balance of Class A1, Class A2, and Class A3.

|  | OC Test | OC Level | IC Test |
|---|---|---|---|
| Class A | [103.7]% | [111.7]% | [111.0]% |
| Class B | [100.8]% | [105.8]% | [108.0]% |
| Class C | [100.0]% | [102.0]% | [105.0]% |

Class C Turbo [8]   [25]%

[8] The Class C Notes will be subject to an early amortization feature where on each Payment Date commencing on the [second] Payment Date, [25]% of the cashflows that would otherwise be paid to the Income Notes will instead be diverted to pay principal on the Class C Notes.

### Additional Information

| Closing Date | [ , 2007] |
|---|---|
| First Payment Date | [ , 2007] |
| Payment Frequency | [Quarterly] |
| Non-Call Period Ends | [3] years |
| Auction Call | [8] years |
| Stated Maturity | [40] years |

### Moody's Rating Distribution of Target Portfolio (subject to change)



Aa3: 0.0%, A1: 6.0%, A2: 89.0%, A3: 5.0%, Baa1: 0.0%

This information is not an offer to enter into any transaction or a commitment to enter into any transaction or an offer of any securities or commitment to offer any securities. This information is provided to you for information purposes only. This term sheet merely provides some preliminary projections and various scenarios through the use of models containing variables that impact results. An offering may be made only by means of a final offering circular, which contains a complete description of the terms of the securities, the offering and the Issuer, including a description of certain risks associated with the securities. Accordingly, this preliminary summary of terms is subject to, and will be superceded in its entirety by the final offering circular. Prospective investors should examine the final offering circular before making an investment decision.
The information herein is preliminary, subject to change without notice, and may be incomplete or condensed. No representation or warranty is made as to the accuracy of the information or the reasonableness of the assumptions contained herein. All assumptions and information contained herein constitute a judgment only as of the date hereof and are subject to change. Actual results may vary significantly from the projections. This information is for discussion purposes only. Citigroup is still reviewing this product and has not yet approved this transaction. Accordingly, this product is subject to change and/or may not be approved to be offered to you.

**Citigroup Global Markets (Sole Structuring Agent and Lead Underwriter)**

| U.S. Syndicate | Asia Syndicate | Structured Credit Products |
|---|---|---|
| 212.723.1028 | +852 2501-2644 | 212.723.6173 |

Confidential Treatment Requested by Citi                    CITI 30054163

 

PRELIMINARY TERMSHEET. SUBJECT TO CHANGE.
## Warehoused Portfolio as of January 17, 2007
Information from LIG and Bloomberg

| # | CUSIP | Name | Type | Face | Moody's | S&P |
|---|---|---|---|---|---|---|
| 1 | 00389PAD7 | ACABS 2006-2A A3L | ABS CDO | 20,000,000 | A2 | A |
| 2 | 057760AD2 | BALDW 2006-1A 1 | ABS CDO | 20,000,000 | A1 | A |
| 3 | 07272PAC4 | BAYF 2006-1A 4 | ABS CDO | 19,595,322 | A2 | A |
| 4 | 05539MAD2 | BFCGE 2006-1A A3L | ABS CDO | 19,852,320 | A2 | A |
| 5 | 118011AD7 | BUCHN 2006-1 A4 | ABS CDO | 20,000,000 | A1 | A |
| 6 | 142146AE9 | CACDO 2006-1A C1 | ABS CDO | 20,000,000 | A2 | A |
| 7 | 13189LAD1 | CAMBR 5A B | ABS CDO | 20,000,000 | A3 | A- |
| 8 | 15719MAC5 | CETUS 2006-2A B | ABS CDO | 20,000,000 | A2 | A |
| 9 | 15719RAF7 | CETUS 2006-3A C1 | ABS CDO | 20,000,000 | A2 | A |
| 10 | 903399AA1 | JACKS 2006-4A D | ABS CDO | 20,000,000 | A1 | A |
| 11 | 553129AD9 | MKP 6A C | ABS CDO | 20,000,000 | A2 | A |
| 12 | 50547QAC1 | LCERT 2006-1A B | ABS CDO | 25,000,000 | A2 | A |
| 13 | 87337WAD2 | TABS 2006-5A A3 | ABS CDO | 20,000,000 | A2 | A |
| 14 | 87337YAD8 | TABS 2006-6A A3 | ABS CDO | 20,000,000 | A2 | A |
| 15 | 67572GAF8 | OCTAN 2006-1A D | ABS CDO | 20,000,000 | A2 | A |
| 16 | 67572JAC9 | OCTAN 2006-2A C1 | ABS CDO | 20,000,000 | A2 | A |
| 17 | 68626VAC6 | ORIN 2006-1 C | ABS CDO | 20,000,000 | A2 | A |
| 18 | 68630QAF4 | ORIN 2006-2A C1 | ABS CDO | 20,000,000 | A2 | A |
| 19 | 74732AAD9 | PYXIS 2006-1A C | ABS CDO | 20,000,000 | A2 | A |
| 20 | 25454XAD7 | DGCDO 2006-2A C | ABS CDO | 20,000,000 | A2 | A |
| 21 | 12777CAE9 | CRNMZ 2006-2A C | ABS CDO | 20,000,000 | A2 | A |
| 22 | 53160QAC1 | LBRAC 2006-1A C | ABS CDO | 20,000,000 | A2 | A |
| 23 | 55313HAC2 | VELA 2006-1A C | ABS CDO | 20,000,000 | A2 | A |
| 24 | 612181AJ6 | MNPT 2006-2A A4 | ABS CDO | 20,000,000 | A2 | A |
| 25 | 80918HAG0 | SCORP 2006-1A D | ABS CDO | 20,000,000 | A2 | A |
| 26 | 193067AD7 | CLDW 2006-1A B | ABS CDO | 10,000,000 | A2 | A |
| 27 | 925345AE0 | VERT 2006-1A A3 | ABS CDO | 20,000,000 | A2 | A |
| 28 | 00082WAD2 | ACABS 2006-1A A3L | ABS CDO | 19,945,014 | A2 | A |
| 29 | 000829AD3 | ACABS 2006-AOA A3 | ABS CDO | 20,000,000 | A2 | A |
| 30 | 26925WAD8 | ETRD 2006-5A A3 | ABS CDO | 20,000,000 | A2 | A |
| 31 | 37638NAD3 | GLCR 2006-4A C | ABS CDO | 9,936,305 | A2 | A |
| 32 | 46426VAC4 | ICM 2006-S1 A3L | ABS CDO | 10,000,000 | A2 | A |
| 33 | 46426YAC8 | ICM 2006-S2A A3L | ABS CDO | 20,000,000 | A2 | A |
| 34 | 45072HAJ9 | IXCBO 2006-2A C | ABS CDO | 10,000,000 | A2 | A |
| 35 | 49916RAE0 | KNOLL 2006-2A C | ABS CDO | 9,996,371 | A2 | A |
| 36 | 530150AL5 | LBRTS 2006-1A D | ABS CDO | 10,000,000 | A2 | A |
| 37 | 543175AJ2 | LSTRT 2006-1A D | ABS CDO | 10,000,000 | A2 | A |
| 38 | 59802RAL0 | MIDOR 2006-1A C | ABS CDO | 20,000,000 | A2 | A |
| 39 | 612180AJ8 | MNPT 2006-1A D | ABS CDO | 9,890,091 | A2 | A |
| 40 | 615120AE2 | MNTRS 2006-1A C | ABS CDO | 10,000,000 | A2 | A |
| 41 | 68571WAG0 | ORCHD 2006-3A C | ABS CDO | 19,925,522 | A2 | A |
| 42 | 87337UAD6 | TABS 2005-4A D | ABS CDO | 10,000,000 | A2 | A |
| 43 | 89054BAE3 | TOPG 2006-2A B | ABS CDO | 20,000,000 | A2 | A |
| 44 | 89155WAE5 | TOURM 2006-2A D | ABS CDO | 10,000,000 | A2 | A |
| 45 | 92534FAD0 | VRGO 2006-1A A3 | ABS CDO | 20,000,000 | A2 | A |
| 46 | 362479AD9 | GSCSF 2006-4A A3 | ABS CDO | 20,000,000 | A2 | A |
| 47 | 36868FAE1 | GEMST 2006-5A C | ABS CDO | 20,000,000 | A2 | A |
| 48 | 36868QAE7 | GEMST 2006-6A C | ABS CDO | 20,000,000 | A2 | A |
| | | | Total | 849,443,946 | | |

This information is not an offer to enter into any transaction or a commitment to enter into any transaction or an offer of any securities or commitment to offer any securities. This information is provided to you for information purposes only. This term sheet merely provides some preliminary projections and various scenarios through the use of models containing variables that impact results. An offering may be made only by means of a final offering circular, which contains a complete description of the terms of the securities, the offering and the Issuer, including a description of certain risks associated with the securities. Accordingly, this preliminary summary of terms is subject to, and will be superceded in its entirety by the final offering circular. Prospective investors should examine the final offering circular before making an investment decision.

The information herein is preliminary, subject to change without notice, and may be incomplete or condensed. No representation or warranty is made as to the accuracy of the information or the reasonableness of the assumptions contained herein. All assumptions and information contained herein constitute a judgment only as of the date hereof and are subject to change. Actual results may vary significantly from the projections. This information is for discussion purposes only. Citigroup is still reviewing this product and has not yet approved this transaction. Accordingly, this product is subject to change and/or may not be approved to be offered to you.

Citigroup Global Markets (Sole Structuring Agent and Lead Underwriter)

| U.S. Syndicate | Asia Syndicate | Structured Credit Products |
|---|---|---|
| 212.723.1028 | +852 2501-2644 | 212.723.6173 |

Confidential Treatment Requested by Citi          CITI 30054164

# EXHIBIT 96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

BRIAN H. STOKER,

        Defendant.

11 Civ. 07388 (JSR)

ECF Case

---

## DECLARATION OF ROBERT M. MACLAVERTY

Robert M. MacLaverty hereby declares, pursuant to 28 U.S.C. '1746, that the following is true and correct:

1. I am a director with Berkeley Research Group, LLC who has been engaged by the Securities and Exchange Commission in this case to provide expert testimony and consulting services.

2. I was asked by the Securities and Exchange Commission to create a table summarizing, as of September 28, 2007, Citigroup's trading activity with respect to the 25 assets in Class V III on which it took a naked short position. Attached to this declaration is the summary I created.

3. The information in the attached summary was taken from the trade log of the secondary trading desk in Citigroup's CDO group, bates number CITI10619469.

4. The attached summary was prepared under my direction and accurately reflects the information contained in the document bates numbered CITI10619469.

5. The attached summary shows that Citigroup made off-setting trades on three of the 25 assets in Class V III on which it took a naked short position. On January 24, 2007,

Citigroup made an off-setting $10 million long trade on ORIN 2006-2A C1, on February 6, 2007, it made an off-setting $10 million trade on BFCGE 2006-1A A3L, and on February 8, 2007, it made an off-setting $5 million long trade on CACDO 2006-1A C1. However, none of the 25 naked short positions was fully off-set before February 28, 2007.

Executed under the pains and penalties of perjury this 22nd day of May, 2012 at Boston, Massachusetts.

_____
Robert M. MacLaverty

## Citigroup's Trades of the 25 Assets in Class V III On Which It Took a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/09/2007 | 01/12/2007 | ACABS 2006-2A A3L | A | 10,000,000 | 185 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | ACABS 2006-2A A3L | A | 10,000,000 | 215 | BUY | CSAC Class V Funding | Citibank |
| 01/23/2007 | 01/26/2007 | ACABS 2006-2A A3L | A | 10,000,000 | 230 | BUY | Cheyne | Citibank |
| 03/16/2007 | 03/21/2007 | ACABS 2006-2A A3L | A | 10,000,000 | 230 | SELL | Citibank | CSFB |
| 09/06/2007 | 09/11/2007 | ACABS 2006-2A A3L | A | 5,000,000 | 225 | BUY | UBS for JP Prop | Citibank |
| 09/06/2007 | 09/11/2007 | ACABS 2006-2A A3L | A | 5,000,000 | 225 | SELL | Citibank | Bracebridge |
| 10/03/2006 | 10/06/2006 | BALDW 2006-4A 1 | A | 15,000,000 | 230 | BUY | Vanderbilt (CA712) Warehouse | Citibank |
| 10/19/2006 | 10/24/2006 | BALDW 2006-4A 1 | A | 15,000,000 | 350 | SELL | Citibank | Morgan Stanley Prop |
| 01/09/2007 | 01/12/2007 | BALDW 2006-4A 1 | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | BALDW 2006-4A 1 | A | 10,000,000 | 265 | BUY | CSAC Class V Funding | Citibank |
| 10/03/2006 | 10/06/2006 | BAYF 2006-1A 4 | A | 15,000,000 | 170 | BUY | Vanderbilt (AVACD2) Warehouse | Citibank |
| 10/05/2006 | 10/11/2006 | BAYF 2006-1A 4 | A | 15,000,000 | 205 | BUY | CSAC (CA812) Warehouse | Citibank |
| 10/19/2006 | 10/24/2006 | BAYF 2006-1A 4 | A | 15,000,000 | 330 | SELL | Citibank | Morgan Stanley Prop |
| 11/02/2006 | 11/07/2006 | BAYF 2006-1A 4 | A | 7,500,000 | 325 | SELL | Citibank | Magnetar |
| 01/09/2007 | 01/12/2007 | BAYF 2006-1A 4 | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | BAYF 2006-1A 4 | A | 10,000,000 | 265 | BUY | CSAC Class V Funding | Citibank |
| 02/28/2007 | 11/07/2006 | BAYF 2006-1A 4 | A | 7,500,000 | 325 | SELL | Citibank | Lehman |
| 01/08/2007 | 01/11/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 222 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 225 | SELL | Citibank | GS Dealer (for Harding) |
| 01/09/2007 | 01/12/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 185 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 215 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 210 | BUY | BSAM | Citibank |
| 01/12/2007 | 01/18/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 220 | SELL | Citibank | BS (for Harding) |
| 01/12/2007 | 01/18/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 217 | BUY | Harding | Citibank |
| 02/06/2007 | 02/09/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 225 | SELL | Citibank | PIMCO |
| 03/09/2007 | 03/14/2007 | BFCGE 2006-1A A3L | A | 10,000,000 | 650 | SELL | Citibank | MS |
| 03/09/2007 | 03/14/2007 | BFCGE 2006-1A A3L | A | 5,000,000 | 550 | SELL | Citibank | ML |
| 03/14/2007 | 03/19/2007 | BFCGE 2006-1A A3L | A | 5,000,000 | 565 | SELL | Citibank | BS |
| 08/28/2007 | 08/31/2007 | BFCGE 2006-1A A3L | A | 5,000,000 | 750 | BUY | Blue Mountain | Citibank |
| 01/09/2007 | 01/12/2007 | BUCHN 2006-1A A4 | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | BUCHN 2006-1A A4 | A | 10,000,000 | 265 | BUY | CSAC Class V Funding | Citibank |

*Source: CITI 10619469.*

## Citigroup's Trades of the 25 Assets in Class V III On Which It Took a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/08/2007 | 01/11/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 260 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 263 | SELL | Citibank | ML Dealer (for Harding) |
| 01/09/2007 | 01/12/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/18/2007 | 01/18/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 252 | SELL | Citibank | CS (for Harding) |
| 01/12/2007 | 01/18/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 249 | BUY | Harding | Citibank |
| 01/23/2007 | 01/26/2007 | CACDO 2006-1A C1 | A | 10,000,000 | 240 | BUY | Cheyne | Citibank |
| 02/08/2007 | 02/13/2007 | CACDO 2006-1A C1 | A | 5,000,000 | 340 | SELL | Citibank | Halcyon |
| 01/08/2007 | 01/11/2007 | CAMBR 5A B | A | 10,000,000 | 232 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | CAMBR 5A B | A | 10,000,000 | 235 | SELL | Citibank | BS Dealer (for Harding) |
| 01/09/2007 | 01/12/2007 | CAMBR 5A B | A | 10,000,000 | 185 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CAMBR 5A B | A | 10,000,000 | 215 | BUY | CSAC Class V Funding | Citibank |
| 03/02/2007 | 03/07/2007 | CAMBR 5A B | A | 10,000,000 | 565 | SELL | Citibank | MS |
| 03/02/2007 | 03/07/2007 | CAMBR 5A B | A | 10,000,000 | 525 | SELL | Citibank | DB |
| 11/21/2006 | 11/27/2006 | CETUS 2006-2A B | A | 10,000,000 | 195 | BUY | Dillon Reed | Citibank |
| 01/09/2007 | 01/12/2007 | CETUS 2006-2A B | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CETUS 2006-2A B | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 05/22/2007 | 05/25/2007 | CETUS 2006-2A B | A | 15,000,000 | 826 | SELL | Citibank | LB |
| 05/24/2007 | 05/30/2007 | CETUS 2006-2A B | A | 15,000,000 | 140 | SELL | Citibank | ABS Correlation |
| 01/09/2007 | 01/12/2007 | CETUS 2006-3A C1 | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CETUS 2006-3A C1 | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 11/17/2006 | 11/22/2006 | CRNMZ 2006-2A C | A | 5,000,000 | 174 | SELL | Citibank | Credit Suisse |
| 11/17/2006 | 11/22/2006 | CRNMZ 2006-2A C | A | 5,000,000 | 174 | SELL | Citibank | Credit Suisse |
| 01/08/2007 | 01/11/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 247 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 250 | SELL | Citibank | Magnetar |
| 01/09/2007 | 01/12/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 190 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 220 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 245 | SELL | Citibank | Magnetar |
| 01/12/2007 | 01/18/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 242 | BUY | Harding | Citibank |
| 03/09/2007 | 03/14/2007 | CRNMZ 2006-2A C | A | 10,000,000 | 610 | SELL | Citibank | LB |
| 01/09/2007 | 01/12/2007 | DGCDO 2006-2A C | A | 10,000,000 | 190 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | DGCDO 2006-2A C | A | 10,000,000 | 220 | BUY | CSAC Class V Funding | Citibank |
| 01/23/2007 | 01/26/2007 | DGCDO 2006-2A C | A | 10,000,000 | 250 | BUY | Cheyne | Citibank |
| 01/23/2007 | 01/26/2007 | DGCDO 2006-2A C | A | 10,000,000 | 255 | SELL | Citibank | CS (for Cheyne) |
| 05/22/2007 | 05/25/2007 | DGCDO 2006-2A C | A | 15,000,000 | 200 | SELL | Citibank | CSFB |
| 10/02/2006 | 10/05/2006 | JACKS 2006-4A D | A | 15,000,000 | 175 | BUY | CSAC (CA812) Warehouse | Citibank |

*Source: CITI 10619469.*

## Citigroup's Trades of the 25 Assets in Class V III On Which It Took a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/09/2007 | 01/12/2007 | JACKS 2006-4A D | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 01/18/2007 | 01/18/2007 | JACKS 2006-4A D | A | 10,000,000 | 265 | BUY | CSAC Class V Funding | Citibank |
| 09/28/2006 | 10/03/2006 | LBRAC 2006-1A C | A | 15,000,000 | 142 | BUY | CSAC (CA812) Warehouse | Citibank |
| 10/11/2006 | 10/17/2006 | LBRAC 2006-1A C | A | 5,000,000 | 150 | BUY | Maxim (facing Merrill Lynch) | Citibank |
| 11/02/2006 | 11/07/2006 | LBRAC 2006-1A C | A | 15,000,000 | 185 | SELL | Citibank | Magnetar |
| 11/27/2006 | 11/30/2006 | LBRAC 2006-1A C | A | 10,000,000 | 155 | BUY | Harding (Facing IBOCTANS) | Citibank |
| 01/08/2007 | 01/11/2007 | LBRAC 2006-1A C | A | 10,000,000 | 245 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | LBRAC 2006-1A C | A | 10,000,000 | 248 | SELL | Citibank | Magnetar |
| 01/09/2007 | 01/12/2007 | LBRAC 2006-1A C | A | 10,000,000 | 205 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | LBRAC 2006-1A C | A | 10,000,000 | 235 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | LBRAC 2006-1A C | A | 10,000,000 | 245 | SELL | Citibank | Magnetar |
| 01/12/2007 | 01/18/2007 | LBRAC 2006-1A C | A | 10,000,000 | 242 | BUY | Harding | Citibank |
| 03/14/2007 | 03/19/2007 | LBRAC 2006-1A C | A | 10,000,000 | 651 | SELL | Citibank | BS |
| 03/14/2007 | 03/19/2007 | LBRAC 2006-1A C | A | 5,000,000 | 651 | SELL | Citibank | BofA |
| 05/22/2007 | 05/25/2007 | LBRAC 2006-1A C | A | 10,000,000 | 645 | SELL | Citibank | GS |
| 06/06/2007 | 06/11/2007 | LBRAC 2006-1A C | A | 10,000,000 | 165 | SELL | Citibank | Bracebridge |
| 01/09/2007 | 01/12/2007 | LCERT 2006-.-A B | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | LCERT 2006-.-A B | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 10/11/2006 | 10/16/2006 | MKP 6A C | A | 10,000,000 | 140 | BUY | Vanderbilt (AVACD2) Warehouse | Citibank |
| 10/11/2006 | 10/16/2006 | MKP 6A C | A | 5,000,000 | 154 | SELL | Citibank | Tricadia |
| 10/11/2006 | 10/16/2006 | MKP 6A C | A | 2,500,000 | 154 | SELL | Citibank | Tricadia |
| 10/11/2006 | 10/16/2006 | MKP 6A C | A | 2,500,000 | 154 | SELL | Citibank | Tricadia |
| 11/02/2006 | 11/07/2006 | MKP 6A C | A | 5,000,000 | 179 | SELL | Citibank | Tricadia |
| 11/02/2006 | 11/07/2006 | MKP 6A C | A | 5,000,000 | 179 | SELL | Citibank | Tricadia |
| 11/03/2006 | 11/08/2006 | MKP 6A C | A | 10,000,000 | 168 | BUY | Merrill Lynch - Dealer | Citibank |
| 12/22/2006 | 12/28/2006 | MKP 6A C | A | 10,000,000 | 245 | SELL | Citibank | Cambridge |
| 01/09/2007 | 01/12/2007 | MKP 6A C | A | 10,000,000 | 185 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | MKP 6A C | A | 10,000,000 | 215 | BUY | CSAC Class V Funding | Citibank |
| 02/13/2007 | 02/16/2007 | MKP 6A C | A | 5,000,000 | 290 | SELL | Citibank | Morgan Stanley |
| 02/13/2007 | 02/16/2007 | MKP 6A C | A | 5,000,000 | 285 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 02/13/2007 | 02/16/2007 | MKP 6A C | A | 5,000,000 | 285 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 09/06/2007 | 09/11/2007 | MKP 6A C | A | 5,000,000 | 245 | BUY | Lehman for QVT | Citibank |
| 09/11/2007 | 09/14/2007 | MKP 6A C | A | 10,000,000 | 185 | SELL | Citibank | CSAC |
| 09/11/2007 | 09/14/2007 | MKP 6A C | A | 10,000,000 | 215 | SELL | Citibank | CSAC |

*Source: CITI 10619469.*