## Citigroup's Trades of the 25 Assets in Class V III On Which It Took a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/09/2007 | 01/12/2007 | MNPT 2006-2A A4 | A | 10,000,000 | 185 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | MNPT 2006-2A A4 | A | 10,000,000 | 215 | BUY | CSAC Class V Funding | Citibank |
| 03/09/2007 | 03/14/2007 | MNPT 2006-2A A4 | A | 12,500,000 | 720 | SELL | Citibank | LB |
| 03/09/2007 | 03/14/2007 | MNPT 2006-2A A4 | A | 7,500,000 | 725 | SELL | Citibank | BofA |
| 09/28/2006 | 10/03/2006 | OCTAN 2006-1A D | A | 15,000,000 | 147 | BUY | CSAC (CA812) Warehouse | Citibank |
| 11/02/2006 | 11/07/2006 | OCTAN 2006-1A D | A | 15,000,000 | 185 | SELL | Citibank | Magnetar |
| 01/09/2007 | 01/12/2007 | OCTAN 2006-1A D | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | OCTAN 2006-1A D | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/09/2007 | 01/12/2007 | OCTAN 2006-2A C1 | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | OCTAN 2006-2A C1 | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/09/2007 | 01/12/2007 | ORIN 2006-1 C | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/11/2007 | 01/17/2007 | ORIN 2006-1 C | A | 10,000,000 | 250 | SELL | Citibank | GS Dealer (for Harding) |
| 01/11/2007 | 01/17/2007 | ORIN 2006-1 C | A | 10,000,000 | 250 | SELL | Citibank | MS Dealer (for Harding) |
| 01/11/2007 | 01/17/2007 | ORIN 2006-1 C | A | 10,000,000 | 247 | BUY | Harding | Citibank |
| 01/11/2007 | 01/17/2007 | ORIN 2006-1 C | A | 10,000,000 | 247 | BUY | Harding | Citibank |
| 01/12/2007 | 01/18/2007 | ORIN 2006-1 C | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/29/2007 | 01/29/2007 | ORIN 2006-1 C | A | 10,000,000 | 215 | BUY | Wachovia Dealer | Citibank |
| 02/08/2007 | 02/13/2007 | ORIN 2006-1 C | A | 10,000,000 | 251 | SELL | Citibank | Bank of America |
| 02/08/2007 | 02/13/2007 | ORIN 2006-1 C | A | 10,000,000 | 246 | BUY | Cheyne CDO Warehouse CCCDS2 | Citibank |
| 03/07/2007 | 03/07/2007 | ORIN 2006-1 C | A | 10,000,000 | 755 | SELL | Citibank | Magnetar |
| 03/06/2007 | 03/09/2007 | ORIN 2006-1 C | A | 10,000,000 | 755 | SELL | Citibank | Magnetar |
| 03/06/2007 | 03/09/2007 | ORIN 2006-1 C | A | 10,000,000 | 755 | SELL | Citibank | Lehman |
| 03/27/2007 | 09/07/2007 | ORIN 2006-1 C | A | 5,000,000 | 242 | BUY | ML for JP Prop | Citibank |
| 09/06/2007 | 09/07/2007 | ORIN 2006-1 C | A | 5,000,000 | 258 | BUY | Wachovia for JP Prop | Citibank |
| 09/06/2007 | 09/07/2007 | ORIN 2006-1 C | A | 5,000,000 | 242 | SELL | Citibank | Bracebridge |
| 09/06/2007 | 09/07/2007 | ORIN 2006-1 C | A | 5,000,000 | 258 | SELL | Citibank | Bracebridge |
| 01/08/2007 | 01/11/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 260 | BUY | Harding | Citibank |
| 01/08/2007 | 01/11/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 253 | SELL | Citibank | Magnetar |
| 01/09/2007 | 01/12/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 257 | SELL | Citibank | GS (for Harding) |
| 01/17/2007 | 01/22/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 254 | BUY | Harding | Citibank |
| 01/24/2007 | 01/29/2007 | ORIN 2006-2A C1 | A | 10,000,000 | 250 | SELL | Citibank | ML Prop |

Source: CITI 106119469.

## Citigroup's Trades of the 25 Assets in Class V III On Which It Took a Naked Short Position
### (As of September 28, 2007)

| Trade Date | Effective Date | Reference Obligation (Ticker) | Generic Rating | Reference Notional at Effective Date | Spread (bps) | Citibank Buy/Sell Protection | Seller (Party B) | Buyer (Party A) |
|---|---|---|---|---|---|---|---|---|
| 01/08/2007 | 01/11/2007 | PYXIS 2006-1A C | A | 10,000,000 | 252 | BUY | Harding | Citibank |
| 01/09/2007 | 01/11/2007 | PYXIS 2006-1A C | A | 10,000,000 | 255 | SELL | Citibank | ML Dealer (for Harding) |
| 01/09/2007 | 01/12/2007 | PYXIS 2006-1A C | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | PYXIS 2006-1A C | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | PYXIS 2006-1A C | A | 10,000,000 | 265 | SELL | Citibank | BOA (for Harding) |
| 01/17/2007 | 01/22/2007 | PYXIS 2006-1A C | A | 10,000,000 | 262 | BUY | Harding | Citibank |
| 01/23/2007 | 01/26/2007 | PYXIS 2006-1A C | A | 10,000,000 | 245 | BUY | Cheyne | Citibank |
| 01/23/2007 | 01/26/2007 | PYXIS 2006-1A C | A | 10,000,000 | 250 | SELL | Citibank | CS (for Cheyne) |
| 08/28/2007 | 08/31/2007 | PYXIS 2006-1A C | A | 5,000,000 | 750 | BUY | Blue Mountain | Citibank |
| 01/09/2007 | 01/12/2007 | SCORP 2006-1A D | A | 10,000,000 | 200 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | SCORP 2006-1A D | A | 10,000,000 | 230 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | SCORP 2006-1A D | A | 10,000,000 | 250 | SELL | Citibank | Wach (for Harding) |
| 01/17/2007 | 01/22/2007 | SCORP 2006-1A D | A | 10,000,000 | 247 | BUY | Harding | Citibank |
| 05/22/2007 | 05/25/2007 | SCORP 2006-1A D | A | 15,000,000 | 795 | SELL | Citibank | LB |
| 01/09/2007 | 01/12/2007 | TABS 2006-5A A3 | A | 10,000,000 | 190 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | TABS 2006-5A A3 | A | 10,000,000 | 220 | BUY | CSAC Class V Funding | Citibank |
| 01/09/2007 | 01/12/2007 | TABS 2006-6A A3 | A | 10,000,000 | 190 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | TABS 2006-6A A3 | A | 10,000,000 | 220 | BUY | CSAC Class V Funding | Citibank |
| 01/09/2007 | 01/12/2007 | VELA 2006-1A C | A | 10,000,000 | 190 | BUY | CSAC Class V Funding | Citibank |
| 01/12/2007 | 01/18/2007 | VELA 2006-1A C | A | 10,000,000 | 220 | BUY | CSAC Class V Funding | Citibank |
| 01/17/2007 | 01/22/2007 | VELA 2006-1A C | A | 10,000,000 | 265 | SELL | Citibank | Leh (for Harding) |
| 01/17/2007 | 01/22/2007 | VELA 2006-1A C | A | 10,000,000 | 262 | BUY | Harding | Citibank |
| 03/09/2007 | 03/14/2007 | VELA 2006-1A C | A | 12,500,000 | 830 | SELL | Citibank | BofA |
| 03/09/2007 | 03/14/2007 | VELA 2006-1A C | A | 7,500,000 | 865 | SELL | Citibank | BofA |

Source: CITI 10619469. The documents original native file was named CDO CDS Book v5.0 09-28-2007 FINAL.xls. Also, the last last trade date in the log was on September 28, 2007.

*Source: CITI 10619469.*

# EXHIBIT 97

MTHM DRAFT
02/22 24/07

**IMPORTANT NOTICE**

ATTACHED IS AN ELECTRONIC COPY OF THE OFFERING CIRCULAR (THE "OFFERING CIRCULAR"), DATED FEBRUARY 12, 2007, RELATING TO THE OFFERING BY (I) CLASS V FUNDING III, LTD., AS ISSUER, AND CLASS V FUNDING III, CORP., AS CO-ISSUER, OF CLASS S FLOATING RATE NOTES DUE 2015, CLASS A1 FLOATING RATE NOTES DUE 2047 2052, CLASS A2 FLOATING RATE NOTES DUE 2047 2052, CLASS A3 FLOATING RATE NOTES DUE 2047 2052, CLASS A4 FLOATING RATE NOTES DUE 2047 2052, CLASS B DEFERRABLE FLOATING RATE NOTES DUE 2047 2052 AND CLASS C DEFERRABLE FLOATING RATE NOTES DUE 2047 2052 AND (II) THE ISSUER OF CLASS Q COMBINATION NOTES DUE 2047 2052 AND INCOME NOTES DUE 2047, 2052, IN EACH CASE IN THE PRINCIPAL AMOUNTS DESCRIBED THEREIN. NO REGISTRATION STATEMENT RELATING TO THESE SECURITIES HAS BEEN FILED WITH THE SECURITIES AND EXCHANGE COMMISSION. THESE SECURITIES ARE BEING OFFERED PURSUANT TO AN EXEMPTION FROM THE REGISTRATION REQUIREMENTS OF THE UNITED STATES SECURITIES ACT OF 1933, AS AMENDED. THIS OFFERING CIRCULAR IS CONFIDENTIAL AND WILL NOT CONSTITUTE AN OFFER TO SELL OR THE SOLICITATION OF AN OFFER TO BUY, NOR WILL THERE BE ANY SALE OF THESE SECURITIES IN ANY JURISDICTION WHERE SUCH OFFER, SOLICITATION OR SALE WOULD BE UNLAWFUL PRIOR TO REGISTRATION OR QUALIFICATION UNDER THE SECURITIES LAWS OF ANY JURISDICTION.

DISTRIBUTION OF THIS ELECTRONIC TRANSMISSION OF THE OFFERING CIRCULAR TO ANY PERSON OTHER THAN (A) THE PERSON RECEIVING THIS ELECTRONIC TRANSMISSION FROM THE INITIAL PURCHASER AND PLACEMENT AGENT ON BEHALF OF THE ISSUER AND/OR THE CO-ISSUER AND (B) ANY PERSON RETAINED TO ADVISE THE PERSON RECEIVING THIS ELECTRONIC TRANSMISSION WITH RESPECT TO THE OFFERING CONTEMPLATED BY THE OFFERING CIRCULAR (EACH, AN "AUTHORIZED RECIPIENT") IS UNAUTHORIZED. ANY PHOTOCOPYING, DISCLOSURE OR ALTERATION OF THE CONTENTS OF THE OFFERING CIRCULAR, AND ANY FORWARDING OF A COPY OF THE OFFERING CIRCULAR OR ANY PORTION THEREOF BY ELECTRONIC MAIL OR ANY OTHER MEANS TO ANY PERSON OTHER THAN AN AUTHORIZED RECIPIENT, IS PROHIBITED. BY ACCEPTING DELIVERY OF THIS OFFERING CIRCULAR, EACH RECIPIENT HEREOF AGREES TO THE FOREGOING.

THE INFORMATION CONTAINED HEREIN SUPERSEDES ANY PREVIOUS SUCH INFORMATION DELIVERED TO ANY PROSPECTIVE INVESTOR AND MAY BE SUPERSEDED BY INFORMATION DELIVERED TO SUCH PROSPECTIVE INVESTOR PRIOR TO THE TIME OF SALE.

NY3:#7408292v6 7

Confidential Treatment Requested by Ambac

AMB-V_00077604

## CITIBANK, N.A.

*The information appearing under this heading has not been independently verified by the Initial Purchaser, the Placement Agent or the Manager. None of the Initial Purchaser, the Placement Agent or the Manager assumes responsibility for such information.*

Citibank, N.A., the CDS Collateral Securities Counterparty and the Initial CDS Asset Counterparty, was originally organized on June 16, 1812, and now is a national banking association organized under the National Bank Act of 1864. Citibank, N.A. is an indirect wholly-owned subsidiary of Citigroup Inc., a Delaware holding company. The obligations of Citibank, N.A. under the CDS Collateral Agreement and the CDS Assets will not be guaranteed by Citigroup Inc. As of September 30, 2006, the total assets of Citibank, N.A. and its consolidated subsidiaries represented approximately 47% of the total assets of Citigroup Inc. and its consolidated subsidiaries.

The information in the preceding paragraph has been provided by Citibank, N.A. for use in this Offering Circular. Except for such paragraph, Citibank, N.A. ~~and its affiliates have~~**has** not prepared and ~~do~~**does** not accept responsibility for this Offering Circular. The information concerning Citibank, N.A. and Citigroup Inc. contained in such paragraph has been furnished solely to provide limited information regarding Citibank, N.A. and Citigroup Inc. and does not purport to be comprehensive. This information is qualified in its entirety by the detailed information appearing in the filings made by Citigroup Inc. with the SEC and publicly available portions of the reports filed with the Comptroller of the Currency by Citibank. Copies of the reports filed with the Comptroller of the Currency can be obtained from their offices at 250 E Street, S.W., Washington, D.C. 20219 or from the site maintained by the FDIC on the World Wide Web at http://www.fdic.gov (such website does not form a part of this Offering Circular).

Confidential Treatment Requested by Ambac                                                             AMB-V_00077692

# EXHIBIT 98

| | |
|---|---|
| **From:** | Lee, Hoin [HLee@milbank.com] |
| **Sent:** | Thursday, February 22, 2007 6:27 PM |
| **To:** | dpuglisi@puglisiassoc.com; koren.sumser@abnamro.com; jeffrey.tincher@abnamro.com; matthew.logan@abnamro.com; mitchell.post@abnamro.com; jessica.mead@abnamro.com; barbara.wolf@abnamro.com; marina.hartnett@abnamro.com; Jennifer.Bohannon@abnamro.com; rotimi.sekoni@abnamro.com; phayden@kennedycovington.com; BJohnson@kennedycovington.com; jcantrell@kennedycovington.com; samir.bhatt@credit-suisse.com; michael.shackelford@credit-suisse.com; lauri.whitlock@credit-suisse.com; todd.kornfeld@credit-suisse.com; bill.cirocco@credit-suisse.com; jennifer.chin@credit-suisse.com; jdonovan@whitecase.com; wli@whitecase.com; richard.ellison@maplesfinance.com; steven.o'connor@maplesfinance.com; henry.smith@maplesandcalder.com; jacqueline.forsythe@maplesandcalder.com; melisha.ebanks@maplesandcalder.com; theresa.pitcairn@maplesandcalder.com; v.victor@ixiscm.com; e.laxamana@ixiscm.com; k.alexander@ixiscm.com; j.falcone@ixiscm.com; jhabert@willkie.com; mgordon@willkie.com; lihutter@deloitte.com; kennchen@deloitte.com; rdaswani@deloitte.com; Salz, David; Lachnicht, Christine; He, Emily; Selvaggio, Robert; Mckay, Kristine; frederick.utley@cliffordchance.com; Thien.Nguyen@CliffordChance.com |
| **Cc:** | brian.stoker@citigroup.com; keith.pinniger@citigroup.com; frank.li@citigroup.com; wenhai.pan@citigroup.com; hamidah.thanawala@citigroup.com; jane.s.chwe@citigroup.com; anna.choe@citigroup.com; Hardin, Elizabeth Besio; Lee, Hoin; Robinson, Linda; Ito, Shigeyuki; Walker, Andrew; Mesler, Stacey; Kneip, Frederick C.; Cherington, Rachel |
| **Subject:** | Class V Funding III - Final Offering Circular Draft Distribution |
| **Attachments:** | Class V Funding III - Final OM.pdf |

Attached please find a draft of the Final Offering Circular for the above-referenced transaction, marked to show changes against the Preliminary Offering Circular.

Please note that the attached is being distributed simultaneously to our client and remain subject to further changes, as well as ongoing review by Milbank.

In order to accommodate the tight time frame for this transaction, we respectfully request that any comments on the attached be submitted no later than the end of business tomorrow, Friday (2/23).

Should you have any questions or comments, please do not hesitate to contact me.

Kind regards,
Hoin

**Milbank**
**Global Finance**
**Hoin Lee**
1 Chase Manhattan Plaza
New York, New York 10005
T: 212-530-5783   F: 212-822-5783
hlee@milbank.com
www.milbank.com
<<Class V Funding III - Final OM.pdf>>

Confidential Treatment Requested by Ambac

===============================================================================

**IRS Circular 230 Disclosure:** U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.

===============================================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Confidential Treatment Requested by Ambac

AMB-V_00081774

# EXHIBIT 99

**From:** Herr, Brian [brian.herr@credit-suisse.com]
**Sent:** Wednesday, February 28, 2007 5:45 PM
**To:** Abraham, Charles; Albanese, Francis N [CIB-FI]; Almanzar, Giselle; Bai, Jim [CIB-GCM]; Bejile, Brian [CIB-GFI]; Bhatt, Samir; Bodnar, Paul; Brian Carosiello (brian.r.carosielli@citigroup.com); Cirocco, Bill; Fiuza, Lynda; Flannery, Thomas; Frank Li (frank.li@citigroup.com); Funderburk, Reginald [CIB-FI]; Huang, Jay [CIB-GFI]; Kroujiline, Alexei [CIB-GFI]; Lerner, David.H; Murissi, Michelle; Nitollano, Doreen; Pan, Wenhai [CIB-GFI]; Popp, John.G; Quintin, Donald J [CIB-GFI]; Shackelford, Michael; Sohail Khan (sohail.khan@citigroup.com); Stoker, Brian [CIB-GFI]; Swales, Maria; Whitlock, Lauri
**Subject:** Credit Suisse CDO^2 trade log - Class V Funding 3

**Attachments:** Credit Suisse Alternative Investments Class V Funding III - TRADE LOG.xls

<<Credit Suisse Alternative Investments Class V Funding III - TRADE LOG.xls>>

Brian Herr
Leveraged Investments Group
Credit Suisse Alternative Capital
212.538.4921

==============================================================================
Please access the attached hyperlink for an important electronic communications disclaimer

http://www.credit-suisse.com/legal/en/disclaimer_email_ib.html
==============================================================================



Confidential Treatment Requested by Citi                                                    CITI 21176965

| # | Trade Date | Buy/Sell | Settle Date | Cusip/ISIN | Issue Name | Bloomberg Ticker | Domicile of Obligors | ABS/RMBS/CMBS/CDO | Diversity Type | Original Face | Factor | Current Face | % of deal | Moody's | S&P | Fitch | WARF | Final Spread | Spread to Swaps DM | Pricing Benchmark | Flat Price | Average Life | Maturity | Expected Maturity | Payments per year | DV01 | Modified Duration | Group | Pricing Speed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/9/2007 | B | 1/12/2007 | 00388PAD7 | ACABS 2006-2A A3L | ACABS 2006-2A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.85% | 185 | Premium | 100.00000000 | 4.03 | #NAME? | 1/11/11 | #NAME? | #NAME? | #NAME? | #NAME? |
| 2 | 1/9/2007 | | 1/12/2007 | 05760AD2 | BALDW 2006-4A 1 | BALDW 2006-4A 1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.35% | 235 | Premium | 100.00000000 | 7.43 | #NAME? | 5/11/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 3 | 1/9/2007 | | 1/12/2007 | 07272PAC4 | BAYF 2006-1A 4 | BAYF 2006-1A 4 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.35% | 235 | Premium | 100.00000000 | 5.42 | #NAME? | 5/15/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 4 | 1/9/2007 | | 1/12/2007 | 05539MAC2 | BFCGE 2006-1A A3L | BFCGE 2006-1A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.85% | 185 | Premium | 100.00000000 | 3.49 | #NAME? | 8/21/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 5 | 1/9/2007 | | 1/12/2007 | 118011AD1 | BUCHN 2006-1 A4 | BUCHN 2006-1 A4 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.35% | 235 | Premium | 100.00000000 | 7.58 | #NAME? | 7/4/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 6 | 1/9/2007 | | 1/12/2007 | 142146AE9 | CACDO 2006-1A C1 | CACDO 2006-1A C1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 7.17 | #NAME? | 2/4/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 7 | 1/9/2007 | | 1/12/2007 | 13168LAD1 | CAMBR 5A B | CAMBR 5A B | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.85% | 185 | Premium | 100.00000000 | 7.78 | #NAME? | 9/12/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 8 | 1/9/2007 | | 1/12/2007 | | CETUS 2006-2A B | CETUS 2006-2A B | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 7.85 | #NAME? | 10/8/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 9 | 1/9/2007 | | 1/12/2007 | 15719MAC5 | CETUS 2006-3A C1 | CETUS 2006-3A C1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 6.83 | #NAME? | 10/7/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 10 | 1/9/2007 | | 1/12/2007 | 15719RAF7 | JACKS 2006-4A D | JACKS 2006-4A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.35% | 235 | Premium | 100.00000000 | 6.22 | #NAME? | 2/27/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 11 | 1/9/2007 | | 1/12/2007 | 90399AA1 | MKP 6A C | MKP 6A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.85% | 185 | Premium | 100.00000000 | 6.23 | #NAME? | 3/3/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 12 | 1/9/2007 | | 1/12/2007 | 553129AD8 | LCERT 2005-1A B | LCERT 2005-1A B | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 6.83 | #NAME? | 10/5/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 13 | 1/9/2007 | | 1/12/2007 | 50547QAC1 | TABS 2005-5A A3 | TABS 2005-5A A3 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.90% | 190 | Premium | 100.00000000 | 5.71 | #NAME? | 8/28/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 14 | 1/9/2007 | | 1/12/2007 | 87337WAC2 | TABS 2006-6A A3 | TABS 2006-6A A3 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.90% | 190 | Premium | 100.00000000 | 5.82 | #NAME? | 10/7/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 15 | 1/9/2007 | | 1/12/2007 | 87337YAD1 | OCTAN 2006-1A D | OCTAN 2006-1A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 5.34 | #NAME? | 4/17/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 16 | 1/9/2007 | | 1/12/2007 | 67572GAF8 | OCTAN 2006-1A D | OCTAN 2006-1A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 6.01 | #NAME? | 12/14/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 17 | 1/9/2007 | | 1/12/2007 | 67572JAC1 | OCTAN 2006-2A C1 | OCTAN 2006-2A C1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 6.35 | #NAME? | 10/13/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 18 | 1/9/2007 | | 1/12/2007 | 68626VAC6 | ORIN 2006-1 C | ORIN 2006-1 C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 7.13 | #NAME? | 1/23/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 19 | 1/9/2007 | | 1/12/2007 | 68630OAF1 | ORIN 2006-2A C1 | PYXIS 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 6.37 | #NAME? | 4/24/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 20 | 1/9/2007 | | 1/12/2007 | 74732AAD1 | PYXIS 2006-1A C | DGCDO 2006-2A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.90% | 190 | Premium | 100.00000000 | 5.95 | #NAME? | 11/26/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 21 | 1/9/2007 | | 1/12/2007 | 25454XAD7 | DGCDO 2006-2A C | GRIMAC 2006-2A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.90% | 190 | Premium | 100.00000000 | 8.17 | #NAME? | 2/9/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 22 | 1/9/2007 | | 1/12/2007 | 12777CAE9 | GRIMAC 2006-2A C | LBRAC 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.05% | 205 | Premium | 100.00000000 | 5.64 | #NAME? | 8/0/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 23 | 1/9/2007 | | 1/12/2007 | 53160QAC1 | LBRAC 2006-1A C | VELA 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.90% | 190 | Premium | 100.00000000 | 6.51 | #NAME? | 6/12/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 24 | 1/9/2007 | | 1/12/2007 | 55313HAC2 | VELA 2006-1A C | MNPT 2006-2A A4 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.85% | 185 | Premium | 100.00000000 | 5.74 | #NAME? | 9/8/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 25 | 1/9/2007 | | 1/12/2007 | 61218LAJ6 | MNPT 2006-2A A4 | SCORP 2006-2A C1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.00% | 200 | Premium | 100.00000000 | 5.78 | #NAME? | 9/22/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 26 | 1/9/2007 | | 1/12/2007 | 80918HAG3 | SCORP 2006-1A D | CLDW 2006-1A B | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 1.95% | 195 | Premium | 100.00000000 | 5.28 | #NAME? | 3/26/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 27 | 1/9/2007 | | 1/12/2007 | 19306TAD7 | CLDW 2006-1A B | VERT 2006-1A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.05% | 205 | Premium | 100.00000000 | 6.18 | #NAME? | 2/13/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 28 | 1/9/2007 | | 1/12/2007 | 92534SAE0 | VERT 2006-1A A3L | ACABS 2006-1A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.80% | 280 | Premium | 100.00000000 | 3.34 | #NAME? | 5/2/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 29 | 1/9/2007 | | 1/12/2007 | 00082WAC2 | ACABS 2006-1A A3L | ACABS 2006-1A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.82% | 282 | Premium | 100.00000000 | 3.34 | #NAME? | 5/2/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 30 | 1/10/2007 | | 1/16/2007 | 00082AD1 | ACABS 2006-AOA A3 | ACABS 2006-AOA A3 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.65% | 265 | Premium | 100.00000000 | 6.19 | #NAME? | 2/21/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 31 | 1/10/2007 | | 1/16/2007 | 00082AD0 | ACABS 2006-AOA A3 | ACABS 2006-AOA A3 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.64% | 268 | Premium | 100.00000000 | 6.19 | #NAME? | 2/21/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 32 | 1/10/2007 | | 1/16/2007 | 26925WAC6 | ETRD 2006-5A A3 | ETRD 2006-5A A3 | US | CDO | ABS CDO | $ 20,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.61% | 261 | Premium | 100.00000000 | 5.84 | #NAME? | 10/18/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 33 | 1/10/2007 | | 1/16/2007 | 37636NAD3 | GLCR 2006-4A C | GLCR 2006-4A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.20% | 220 | Premium | 100.00000000 | 3.92 | #NAME? | 11/27/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 34 | 1/10/2007 | | 1/16/2007 | 46429VAC1 | ICM 2006-S1 A3L | ICM 2006-S1 A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.38% | 238 | Premium | 100.00000000 | 5.85 | #NAME? | 10/22/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 35 | 1/10/2007 | | 1/16/2007 | 46426YAC3 | ICM 2006-S2A A3L | ICM 2006-S2A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.55% | 255 | Premium | 100.00000000 | 6.29 | #NAME? | 3/30/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 36 | 1/10/2007 | | 1/16/2007 | 45072HAJ8 | IXCBO 2006-2A C | IXCBO 2006-2A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.75% | 275 | Premium | 100.00000000 | 6.29 | #NAME? | 8/24/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 37 | 1/10/2007 | | 1/16/2007 | 49916RAE0 | KNOLL 2006-2A C | KNOLL 2006-2A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.30% | 230 | Premium | 100.00000000 | 6.70 | #NAME? | 3/31/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 38 | 1/10/2007 | | 1/16/2007 | 68571WAG0 | ORCHD 2006-3A C | ORCHD 2006-3A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.69% | 269 | Premium | 100.00000000 | 3.25 | #NAME? | 10/11/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 39 | 1/10/2007 | | 1/16/2007 | 530150AL6 | LBRTS 2006-1A D | LBRTS 2006-1A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.55% | 255 | Premium | 100.00000000 | 5.22 | #NAME? | 5/27/12 | #NAME? | #NAME? | #NAME? | #NAME? |
| 40 | 1/10/2007 | | 1/16/2007 | 54317SAJ1 | LSTRT 2006-1A D | LSTRT 2006-1A D | US | CDO | ABS CDO | $ 20,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.60% | 260 | Premium | 100.00000000 | 7.08 | #NAME? | 1/9/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 41 | 1/10/2007 | | 1/16/2007 | 87337UAD6 | TABS 2005-4A D | TABS 2005-4A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.25% | 225 | Premium | 100.00000000 | 6.69 | #NAME? | 10/31/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 42 | 1/10/2007 | | 1/16/2007 | 89054BAE3 | TOPG 2006-2B A | TOPG 2006-2B A | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.35% | 235 | Premium | 100.00000000 | 6.69 | #NAME? | 10/31/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 43 | 1/10/2007 | | 1/16/2007 | 59802RAL0 | MIDOR 2006-1A C | MIDOR 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.52% | 252 | Premium | 100.00000000 | 6.69 | #NAME? | 10/31/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 44 | 1/10/2007 | | 1/16/2007 | 59802RAL0 | MIDOR 2006-1A C | MIDOR 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.55% | 255 | Premium | 100.00000000 | 6.69 | #NAME? | 10/31/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 45 | 1/10/2007 | | 1/16/2007 | 61218DAJ6 | MNPT 2006-1A D | MNPT 2006-1A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.50% | 250 | Premium | 100.00000000 | 3.68 | #NAME? | 9/1/10 | #NAME? | #NAME? | #NAME? | #NAME? |
| 46 | 1/10/2007 | | 1/16/2007 | 61512GAE1 | MNTRS 2006-1A C | MNTRS 2006-1A C | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.52% | 252 | Premium | 100.00000000 | 3.79 | #NAME? | 3/28/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 47 | 1/10/2007 | | 1/16/2007 | 89155WAE5 | TOURM 2006-2A D | TOURM 2006-2A D | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.04% | 204 | Premium | 100.00000000 | 8.50 | #NAME? | 6/3/15 | #NAME? | #NAME? | #NAME? | #NAME? |
| 48 | 1/10/2007 | | 1/16/2007 | 92534FAD3 | VRGO 2006-1A A3 | VRGO 2006-1A A3 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.80% | 260 | Premium | 100.00000000 | 6.34 | #NAME? | 4/16/13 | #NAME? | #NAME? | #NAME? | #NAME? |
| 49 | 1/10/2007 | | 1/18/2007 | 00388PAD7 | ACABS 2006-2A A3L | ACABS 2006-2A A3L | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.15% | 215 | Premium | 100.00000000 | 4.03 | #NAME? | 1/7/11 | #NAME? | #NAME? | #NAME? | #NAME? |
| 50 | 1/10/2007 | | 1/18/2007 | 05760AD2 | BALDW 2006-4A 1 | BALDW 2006-4A 1 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.65% | 265 | Premium | 100.00000000 | 7.43 | #NAME? | 5/17/14 | #NAME? | #NAME? | #NAME? | #NAME? |
| 51 | 1/12/2007 | | 1/18/2007 | 07272PAC4 | BAYF 2006-1A 4 | BAYF 2006-1A 4 | US | CDO | ABS CDO | $ 10,000,000 | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | #NAME? | 2.65% | 265 | Premium | 100.00000000 | 5.42 | #NAME? | 5/21/12 | #NAME? | #NAME? | #NAME? | #NAME? |

| # | Trade Date | Buy/Sell | Settle Date | Cusip/ISIN | Issue Name | Bloomberg Ticker | Domicile of Obligors | ABS/RMBS/CMBS/CDO | Diversity Type | WARF | Moody's | S&P | Fitch | Original Face | Factor | Current Face | % of Deal | Float Speed | Spread to Swaps/DM | Pricing Benchmark | Flat Price | Average Life | Maturity | Expected Maturity | Payments per year | DV01 | Modified Duration | Group | Pricing Speed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | 1/12/2007 | b | 1/16/2007 | 05539MAD2 | BFCGE 2006-1A A3L | BFCGE 2006-1A A3L | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.15% | 215 | Premium | 100.00000000 | 3.49 | #NAME? | 6/27/10 | #NAME? | #NAME? | #NAME? | | |
| 53 | 1/12/2007 | | 1/16/2007 | 118011AD7 | BUCHN 2006-1A A4 | BUCHN 2006-1A A4 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.65% | 265 | Premium | 100.00000000 | 7.58 | #NAME? | 7/10/14 | #NAME? | #NAME? | #NAME? | | |
| 54 | 1/12/2007 | | 1/18/2007 | 14246AE9 | CACDO 2006-3A A4 | CACDO 2006-1A C1 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.30% | 230 | Premium | 100.00000000 | 7.17 | #NAME? | 2/10/14 | #NAME? | #NAME? | #NAME? | | |
| 55 | 1/12/2007 | | 1/18/2007 | 13198LAD1 | CAMBR 5A B | CAMBR 5A B | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.15% | 215 | Premium | 100.00000000 | 7.78 | #NAME? | 9/18/14 | #NAME? | #NAME? | #NAME? | | |
| 56 | 1/12/2007 | | 1/18/2007 | | CETUS 2006-2A B | CETUS 2006-2A B | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.30% | 230 | Premium | 100.00000000 | 7.85 | #NAME? | 10/14/14 | #NAME? | #NAME? | #NAME? | | |
| 57 | 1/12/2007 | | 1/16/2007 | 157191MAC5 | CETUS 2006-2A C1 | CETUS 2006-2A C1 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.10% | 230 | Premium | 100.00000000 | 6.83 | #NAME? | 10/13/13 | #NAME? | #NAME? | #NAME? | | |
| 58 | 1/12/2007 | | 1/18/2007 | 157199RAF7 | CETUS 2006-3A C1 | CRNMZ 2006-2A C | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.20% | 230 | Premium | 100.00000000 | 6.17 | #NAME? | 2/15/13 | #NAME? | #NAME? | #NAME? | | |
| 59 | 1/12/2007 | | 1/18/2007 | 12777CAE9 | CRNMZ 2006-2A C | DGCDO 2006-2A C | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.20% | 220 | Premium | 100.00000000 | 5.96 | #NAME? | 12/2/12 | #NAME? | #NAME? | #NAME? | | |
| 60 | 1/12/2007 | | 1/18/2007 | 25454XAD7 | DGCDO 2006-2A C | GSCSF 2006-4A A3 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.45% | 220 | Premium | 100.00000000 | 6.00 | #NAME? | 12/17/12 | #NAME? | #NAME? | #NAME? | | |
| 61 | 1/12/2007 | | 1/18/2007 | 38247RAD1 | GSCSF 2006-4A A3 | GSCSF 2006-4A A3 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.45% | 245 | Premium | 100.00000000 | 6.00 | #NAME? | 12/17/12 | #NAME? | #NAME? | #NAME? | | |
| 62 | 1/12/2007 | | 1/18/2007 | 36247RADN | GSCSF 2006-4A D | JACKS 2006-4A D | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.65% | 245 | Premium | 100.00000000 | 8.22 | #NAME? | 3/5/13 | #NAME? | #NAME? | #NAME? | | |
| 63 | 1/12/2007 | | 1/18/2007 | 903139AA1 | JACKS 2006-4A D | LBRAC 2006-1A C | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.35% | 265 | Premium | 100.00000000 | 5.64 | #NAME? | 8/9/12 | #NAME? | #NAME? | #NAME? | | |
| 64 | 1/12/2007 | | 1/18/2007 | 53160CAC1 | LBRAC 2006-1A C | LCERT 2006-1A B | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.30% | 235 | Premium | 100.00000000 | 6.83 | #NAME? | 10/11/13 | #NAME? | #NAME? | #NAME? | | |
| 65 | 1/12/2007 | | 1/18/2007 | 50547OAC1 | LCERT 2006-1A B | MKP 8A C | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.15% | 230 | Premium | 100.00000000 | 8.23 | #NAME? | 3/9/13 | #NAME? | #NAME? | #NAME? | | |
| 66 | 1/12/2007 | b | 1/18/2007 | 55312GAD4 | MKP 8A C | MNPT 2006-2A A4 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.15% | 215 | Premium | 100.00000000 | 5.74 | #NAME? | 9/14/12 | #NAME? | #NAME? | #NAME? | | |
| 67 | 1/12/2007 | b | 1/18/2007 | 61210IAJ6 | MNPT 2006-2A A4 | OCTAN 2006-1A D | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.30% | 215 | Premium | 100.00000000 | 5.34 | #NAME? | 4/23/12 | #NAME? | #NAME? | #NAME? | | |
| 68 | 1/12/2007 | | 1/18/2007 | 67572GAF3 | OCTAN 2006-1A D | OCTAN 2006-2A C1 | US | CDO | ABS CDO | #NAME? | #NAME? | #NAME? | #NAME? | $ 10,000,000 | #NAME? | #NAME? | #NAME? | 2.30% | 230 | Premium | 100.00000000 | 6.00 | #NAME? | 12/20/12 | #NAME? | #NAME? | #NAME? | | |

| Speed Type? | Senior/ Sub | Tranche % of Deal Structure | Total Money | Accrued Interest | Settlement (DTC/EUROP HYSICAL) | Broker | Broker Contact Name | Broker Telephone | Master Servicer | Primary Servicer | Collateral Manager (CDOs only) | Synthetic? (Yes/No) | Moody's | S&P | Fitch | Step-Up Coup? (Yes/No) | Step Down? | PIKable? (Yes/No) | Overlap Bond? | Neg AM? | Interest Only? (Yes/No) | Private Placement (Y/N) | Guarantor | Cash Flows |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | ACA | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | | Aa1 | AA- | AA+ | | | | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | RaboBank | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Braddock Financial | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | | Aa1 | AA- | AA+ | Yes | | NO | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | SSGA | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Cambridge Place | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | Yes | Aa1 | AA- | AA+ | Yes | | NO | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | MKP | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Tricadia | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Tricadia | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Harding | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Harding | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | NIB Capital | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | NIB Capital | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Putnam | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | SSGA | Yes | Aa2 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Carin | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | LBAM | Yes | Aa3 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | MKP | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Fortis Investments | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Cohen Bros | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | MetWest | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Vertical Capital | Yes | Aa3 | AA- | AA | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Irena Alagic | 212-761-1502 | | | ACA | Yes | Aa1 | AA- | AA | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Morgan Stanley | Sohail Khan | 212-723-6452 | | | ACA | Yes | Aa1 | AA- | AA | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | David Wright | 212 412 1350 | | | ACA | Yes | Aa2 | AA- | AA | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Barclays | Sohail Khan | 212-723-6452 | | | ACA | Yes | Aa3 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Curt Willing | 212-902-4570 | | | E-Trade | Yes | Aa3 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Goldman Sachs | Curt Willing | 212-902-4570 | | | Torwin | Yes | Aa3 | AA- | AA- | Yes | | YES | NO | NC | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Goldman Sachs | Hunt Roeder | 212-583-8035 | | | Ischus | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Bank of America | David Wright | 212 412 1350 | | | Ischus | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Barclays | Curt Willing | 212-902-4570 | | | IXIS North America | Yes | Aa3 | AA- | A+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Goldman Sachs | Hunt Roeder | 212-583-8035 | | | Deerfield | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Bank of America | Catherine Chao | 212-449-0394 | | | Cohen Bros. | Yes | Aa3 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Merrill Lynch | Catherine Chao | 212-449-0394 | | | JPMIM | Yes | Aa3 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Merrill Lynch | Hunt Roeder | 212-583-8035 | | | LBAM | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Bank of America | Hunt Roeder | 212-583-8035 | | | LBAM | Yes | Aa2 | AA- | A | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Fortis Investments | Yes | Aa1 | AA- | A+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Barclays | David Wright | 212 412 1350 | | | Vanderhill | Yes | Aa1 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Barclays | Hunt Roeder | 212-583-8035 | | | STAM | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Bank of America | Irena Alagic | 212-761-1502 | | | Tricadia | Yes | Aa3 | A+ | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Morgan Stanley | Curt Willing | 212-902-4570 | | | MetWest | Yes | Aa3 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Goldman Sachs | Hunt Roeder | 212-583-8035 | | | Blackrock | Yes | Aa2 | AA- | A- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Bank of America | David Wright | 212 412 1350 | | | Vertical Capital | Yes | Aa2 | AA- | A | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Barclays | Sohail Khan | 212-723-6452 | | | ACA | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | Yes | Aa1 | AA- | AA+ | Yes | | NO | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| NO | Sub | #NAME? | #NAME? | $ | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | RaboBank | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |

| Speed of Type | Sinking Fund? | Senior/Sub | Tranche % of Deal Structure | Accrued Interest | Total Money | Settlement (DTC/EURO/PHYSICAL) | Broker | Broker Contact Name | Broker Telephone | Master Servicer | Primary Servicer | Collateral Manager (CDOs only) | Synthetic? (Yes/No) | Moody's | S&P | Fitch | Step-Up Coup? (Yes/No) | Step Down? | PIKable? (Yes/No) | Overlap Bond? | Neg AM? | Interest-only? (Yes/No) | Private Placement (Y/N) | Guarantor | Cash Flows |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Braddock Financial | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | Yes | Aa1 | AA- | AA+ | Yes | | NO | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | SSGA | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Cambridge Place | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Carin | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | SSGA | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | GSC | Yes | Aa3 | A+ | A+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Deutsche Bank | Elizabeth Santini | 212.250.6940 | | | STATIC | Yes | Aa1 | AA- | AA- | Yes | | NO | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | LBAM | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | STATIC | Yes | Aa1 | AA- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | MKP | Yes | Aa1 | A- | AA- | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Fortis Investments | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Harding | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |
| ABS CDO Mezz | NO | Sub | #NAME? | $ | #NAME? | DTC | Citigroup | Sohail Khan | 212-723-6452 | | | Harding | Yes | Aa1 | AA- | AA+ | Yes | | YES | NO | NO | NO | #NAME? | | ABS CDO Mezz |

| Notes | WA FICO Category for Optimizer |
|---|---|
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Variable Cap/No Implied Writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |
| Fixed cap/implied writedown | ABS CDO |

| Notes | WA FICO | Category for Optimizer |
|---|---|---|
| Variable Cap/No Implied Writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Variable Cap/No Implied Writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |
| Fixed cap/implied writedown | | ABS CDO |