UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
        Plaintiff,

11 **CIVIL** 7388 (JSR)

    -against-

**JUDGMENT**

BRIAN H. STOKER,
        Defendant.
-----------------------------------------------------------X

  The issues in the above-entitled action having been brought on for trial before the Honorable Jed S. Rakoff, United States District Judge, and a jury on July 16, 2012, and at the conclusion of the trial on July 31, 2012, the jury having returned a verdict in favor of the defendant, it is,

  **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
     August 3, 2012

**SO ORDERED**

_____
   USDJ

            **RUBY J. KRAJICK**
            _____
            **Clerk of Court**
        BY: _____
            **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X             Before: Jed S. Rakoff, U.S.D.J.
                                                                         Date: July 16, 2012
SEC                                                            Case #: 11cv7388 (JSR)
                                                                         Courtroom Deputy: Linda Kotowski
                            Plaintiff(s)                                 Court Reporters: Martha & Patti

              -against-

Brian H. Stoker

                            Defendant(s)

-----------------------------------------------------------X

## AN EXTRACT OF THE MINUTES

**Plaintiff(s) by:**    Jeffrey Infelise, Esq.
                        US Securities and Exchange Commission
                        100 F Street NE
                        Washington DC 20549
                        202-551-4904

**Defendant(s) by:**    Brook Dooley, Esq. & Jon Keker
                        Keker & Van Nest LLP
                        633 Battery St
                        San Francisco, CA 94111
                        415-391-5400

A jury trial began on, July 16, 2012, and continued on the following dates:
July 17, 2012, July 18, 2012, July 19, 2012, July 23, 2012, July 24, 2012, July 25, 2012, July 26, 2012, July 27, 2012, July 30, 2012, July 31, 2012
The jury returned with a verdict for the defendant.

8